# In the United States Court of Federal Claims

No. 11-779C

(Filed:  August 27, 2012)

```
************************************** *
                                      *
STARR INTERNATIONAL COMPANY,          *
INC.,                                 *
                                      *
                  Plaintiff,          *
                                      *
v.                                    *
                                      *
THE UNITED STATES,                    *
                                      *
                  Defendant,          *
                                      *
 and                                  *
                                      *
AMERICAN INTERNATIONAL GROUP,         *
INC.,                                 *
                                      *
                  Nominal Defendant.  *
                                      *
************************************** *
```

## ORDER

Under the current schedule in this case, counsel for the parties were to file their Joint Preliminary Status Report ("JPSR") today, August 27, 2012.  However, Defendant has two motions pending:  (1) an August 9, 2012 motion for reconsideration; and (2) an August 22, 2012 renewed motion to dismiss and motion for stay of proceedings or, in the alternative, motion for an enlargement of time.  In light of these pending motions, the requirement for counsel to file the JPSR is deferred until further order of the Court.

A briefing schedule for the first motion already is in place, with only an August 31, 2012 reply from the Government yet to be filed.  Regarding the second motion, the Court requests Plaintiff, Starr International Company to respond on or before September 5, 2012.  Nominal Defendant, American International Group also may respond by the same date. The Government may file a reply brief within seven days, by Wednesday, September 12, 2012.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge