**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STARR INTERNATIONAL COMPANY, INC., Individually and on Behalf of All Others Similarly Situated, and derivatively on behalf of AMERICAN INTERNATIONAL GROUP, INC., | No. 11-CV-00779 (TCW) |
| Plaintiff, | |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant, | |
| and AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation, | |
| Nominal Defendant | |

**<u>DECLARATION OF GORDON RAUSSER, Ph.D.</u>**
**<u>IN SUPPORT OF CLASS CERTIFICATION</u>**

**Table of Contents**

I.     QUALIFICATIONS AND BACKGROUND ................................................................. 2

II.    SCOPE OF ANALYSIS ............................................................................................. 4

III.   OPINIONS .................................................................................................................. 5

A.    ONLY COMMON EVIDENCE IS REQUIRED TO EVALUATE THE
GOVERNMENT'S LIABILITY AND THE IMPACT ON THE CLASSES ......................... 5

B.    MEMBERS OF THE TWO PLAINTIFF CLASSES ARE NUMEROUS,
READILY IDENTIFIABLE, AND WITHOUT RESOURCES NECESSARY TO
INDEPENDENTLY LITIGATE ....................................................................................... 7

C.    THE IMPACT OF THE GOVERNMENT'S ACTIONS WAS EXPERIENCED IN
THE SAME WAY BY ALL MEMBERS OF THE TWO CLASSES .................................... 8

IV.   CONCLUSION ......................................................................................................... 9

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STARR INTERNATIONAL COMPANY, INC., Individually and on Behalf of All Others Similarly Situated, and derivatively on behalf of AMERICAN INTERNATIONAL GROUP, INC., | |
| Plaintiff, | No. 11-CV-00779 (TCW) |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant, | |
| and AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation, | |
| Nominal Defendant | |

## DECLARATION OF DR. GORDON RAUSSER, Ph.D

1.      I, Gordon Rausser, Ph.D., am an economist with expertise in the fields of finance, corporate governance, and the trading of both securities and commodities.  I have been retained by counsel for the plaintiff, Starr International Company, Inc. ("plaintiff"), to analyze issues relevant to its motion to certify this case as a class action brought on behalf of two groups of shareholders who owned common stock in American International Group, Inc. ("AIG") in 2008 and 2009, respectively.  As I understand it, plaintiff seeks to certify two separate classes of common stockholders defined as follows:

- The first class ("Credit Agreement Class") consists of all persons or entities who

    held shares of AIG Common Stock on or before September 16, 2008 and who

owned those shares as of September 22, 2008 (the date of execution of the Credit

Agreement), excluding Defendant, any directors, officers, political appointees,

and affiliates thereof, as well as members of the immediate families of Jill M.

Considine, Chester B. Feldberg, Douglas L. Foshee, and Peter A. Langerman.

- The second class ("Stock Split Class") consists of all persons or entities who

    owned shares of AIG Common Stock on June 30, 2009 and were eligible to vote

    those shares at the annual shareholder meeting held on that date ("The Stock

    Split Class"), excluding Defendant, any directors, officers, political appointees,

    and affiliates thereof, as well as members of the immediate families of Jill M.

    Considine, Chester B. Feldberg, Douglas L. Foshee, and Peter A. Langerman.

    Only those registered as shareholders as of May 22, 2009 were eligible to vote

    on June 30, 2009.

## I.    QUALIFICATIONS AND BACKGROUND

2.      My qualifications to undertake this analysis and express the expert opinions set

forth in this Declaration are founded in more than thirty-five years of work as an economist and

statistician with extensive experience in financial economics, risk management and the trading

of both securities and commodities.  A true and correct copy of my curriculum vita is attached

as Exhibit A.

3.      I am currently the Robert Gordon Sproul Distinguished Professor at the

University of California at Berkeley.  I received a Ph.D. with Highest Honors from the

University of California at Davis in 1971, and in 1973 I was awarded a Postdoctoral Fellowship

in Economics and Statistics at the University of Chicago.  I am an Elected Fellow of the

American Association for the Advancement of Science (1994), the American Statistical

Association (1991), and the American Agricultural and Applied Economics Association (1990). In 1987, I was a Fulbright Scholar in Australia.

4.      In my academic career, I have held positions teaching economics and statistics at many universities including the University of Chicago, Harvard University, University of California at Berkeley, University of Illinois, Iowa State University, the University of California at Davis, and Hebrew University.  I have served three terms as the Chair of my academic department, at the selection of my colleagues. I also served as Dean of the College of Natural Resources at the University of California at Berkeley from 1994–2000.  I have published extensively in academic and professional journals on the application of statistical methods, market dynamics, industrial organization, environmental and resource economics, public policy, and futures and options.  During my academic career, I have published more than 250 articles, books and book chapters.  In addition, I have written more than 100 commissioned papers, governmental reports, and working papers.  I have won 16 national awards and honors for my teaching and research.

5.      I am the Editor of the Annual Review of Resource Economics.  I am a past Associate Editor of the Journal of the American Statistical Association and the Journal of Economic Dynamics and Control and a past Editor of the American Journal of Agricultural Economics.  From 1986 to 1987, I was Senior Economist at the President's Council of Economic Advisors with responsibility for finance, trade, and agriculture.  While on leave from the University of California at Berkeley, I served as the Chief Economist at the Agency for International Development in Washington, D.C. from 1988 to 1990.

6.      In addition to my academic experience, I have served as an economic consultant to government agencies and private clients for more than thirty years.  My work has focused on

the application of economics and finance to complex legal and public policy disputes.  I have

extensive consulting experience in market analysis, traded instruments (including securities and

commodities), financial contracts, antitrust violations, economic damage determination, and

statistical and econometric modeling.  I am frequently called upon to analyze the

appropriateness of class certification, including existence of common questions, numerosity and

size of claims, common impact upon class members, workable damage methodologies, and the

adequacy of common evidence to prove both merits and damages. A true and correct listing of

my testimony over the last four years is attached as Exhibit B.

## II.    SCOPE OF ANALYSIS

7.      I was engaged by plaintiff's counsel to independently evaluate three questions

relevant to the pending motion to certify each of the two proposed Classes.  First, I was asked to

evaluate whether evidence common to the members of each Class would be sufficient for the

determination of liability and compensation related to the claims of that Class. Second, I was

asked to consider whether the number and size of the individual claims within each Class favor

certification.  Third, I was asked to determine whether the members within each proposed Class

would have suffered the same impact from the Government's allegedly unlawful takings or

illegal exactions pertinent to that Class.

8.      To assist in my analysis, I was given access to extensive records relevant to this

case. These documents generally included press releases, published articles, testimony to

congressional oversight committees, AIG and FRBNY meeting notes, AIG financial statements,

credit and loan agreements and industry reports.   An accurate and complete list of the materials

I relied upon in rendering the opinions herein is attached hereto as Exhibit C.

9.      The hourly rate charged for my services in this matter is $850.  I have been

supported in my work by the staff of OnPoint Analytics, Inc., an economic and statistical

consulting firm that also provides data services.

## III.    OPINIONS

10.     Based upon the documents, data, and other information available to me, I was

able to address each of the three issues raised by plaintiff's counsel and my conclusions are

summarized below.

### A.    ONLY COMMON EVIDENCE IS REQUIRED TO EVALUATE THE GOVERNMENT'S LIABILITY AND THE IMPACT ON THE CLASSES

11.     Both liability and just compensation can be determined using only evidence

common to the members of each Class: there is no need for an individual inquiry beyond

determining the number of shares held by each member of the respective Class to which that

member belongs.  All evidence regarding the Government's actions is common to each member

of the respective Class to which that member belongs. The Government actions alleged in the

complaint at each relevant point in time were directed at the common shareholders collectively,

rather than at any common shareholder standing alone. The conduct alleged was either a

wrongful taking from *all* common shareholders, or a wrongful taking from none of them. The

value of the rights lost by common stockholders is shared by all members of each Class, and

differs only in the magnitude of each member's ownership and resulting magnitude of each

member's loss.

12.     Each of the two plaintiff Classes is narrowly defined to include only those

common stockholders similarly situated: those owning common stock in AIG on specific dates

who were therefore simultaneously affected in the same manner, by the same events.  Because

every share is valued at the same market price – corresponding to each of the two plaintiff

5

Classes – members of any one of the two Classes will have suffered the same per share damage. Therefore, evidence pertaining to liability and impact is common to the members of the two proposed Classes.

13.     The Credit Agreement Class is alleged to have been wrongfully deprived of the value of their common stock through the provisions of the Credit Agreement executed September 22, 2008.  The Credit Agreement Class includes only those shareholders who held AIG common stock on or prior to September 16, 2008 (preceding execution of the Term Sheet that resulted in the Credit Agreement), and continued to hold that AIG Common Stock through the final execution of the Credit Agreement on September 22, 2008.  The definition of this Class thus deliberately excludes any common stockholders who may have purchased shares with knowledge of the Term Sheet or of the Credit Agreement, or who managed to sell their stock between those two events. As a result, the members of this Class as defined are all similarly situated.

14.     The terms of the Credit Agreement, the facts that led up to its execution, and the manner in which the Government utilized its provisions to take over control of AIG, are the same as to each and every member of the Credit Agreement Class.  Valuation of the property rights taken from these Class members therefore depends only on common evidence.

15.     The Stock Split Class includes only those shareholders who held and were entitled to vote AIG common stock on June 30, 2009, at a single date when the annual meeting of AIG shareholders occurred. At that meeting the common shareholders, voting as a separate class, rejected the authorization of additional common shares which could not take place without their approval under the terms of AIG's Bylaws.  Their common shares were nonetheless massively diluted by a 20 to 1 reverse stock split which effectively accomplished

the same result over the common shareholders' objection. Only those common shareholders who held AIG common stock at the time of this reverse stock split authorization are included in the Stock Split Class.

16.     All members of the Stock Split Class were allegedly deprived of their right to vote upon, and thereby prohibit, the authorization of additional common shares and the reduction of the par value of the common shares necessary for the Series C Preferred Shares to be convertible into AIG common stock.  That right (which constitutes the primary protection against dilution and its attendant loss of share value) is provided under Section 242 of the Delaware General Corporation law and was expressly reflected in the Credit Agreement, the Stock Purchase Agreement, the settlement of the *Walker* litigation, and numerous SEC filings. If that right was wrongfully taken from one member of the Stock Split Class, then it was wrongfully taken from all. Once again, this second taking resulted in a loss to all shareholders who held common stock at the time of the June 30, 2009 shareholders meeting and who had the right to vote at that meeting.  As a result, common evidence can be used to establish liability and compensation for the Stock Split Class, just as it can for the Credit Agreement Class; neither requires an individual inquiry.

**B.     MEMBERS OF THE TWO PLAINTIFF CLASSES ARE NUMEROUS, READILY IDENTIFIABLE, AND WITHOUT RESOURCES NECESSARY TO INDEPENDENTLY LITIGATE**

17.     The members of each Class are readily identifiable and are so numerous as to make a class action the most efficient means of adjudicating these claims. As of January 30, 2009 AIG had approximately 58,182 shareholders of record.[1]  This is a reasonable approximation of the number of members of the Credit Agreement Class and the number of

---

[1] AIG, Inc, 2008 Annual Report, p.34.

members of the Stock Split Class. Although some stockholders will belong to both Classes,

many will not, as a result of the large share turnover following the first taking.

18.     Further, many members of each plaintiff Class held so few shares that it would

be economically infeasible for them to pursue their claims individually.  There were

approximately 2.689 billion shares of common stock outstanding as of September 16, 2008[2] and

approximately 2.692 billion shares outstanding as of June 30, 2009.[3]  Although there were some

large shareholders (such as plaintiff Starr) there were also large numbers of small shareholders

who would lack the economic resources and incentives to pursue their claims independently.

Most public companies have relatively few institutional investors with very large holdings, and

instead have many individual investors with small holdings.[4]   As result, the class action forum

provides the only feasible opportunity for most common stockholders to adjudicate such claims.

C.     **THE IMPACT OF THE GOVERNMENT'S ACTIONS WAS EXPERIENCED IN THE SAME WAY BY ALL MEMBERS OF THE TWO CLASSES**

19.     Each of the actions taken by the Government had an effect that was shared across

all of the common stock on a ratable basis, share for share. Whether Government actions had

the result of wresting control over AIG and placing it under federal management, or of stripping

voting rights that had been promised to stockholders, each of those actions impacted each

common stockholder in precisely the same way.  The economic value of stock reflects the

bundle of legal rights and restrictions that govern the relationship between the stockholder and

---

[2] As of June 30, 2008, AIG reported 2,688,833,724 shares outstanding. As of September 30, 2008, AIG reported 2,689,938,313 shares outstanding. See AIG, Inc, Form 10-Q, Filed on 08/06/2008, File Period 06/30/2008 and See AIG, Inc, Form 10-Q, Filed on 11/10/2008, File Period 09/30/2008.

[3] As of July 31, 2009, AIG reported 134,575,809 shares outstanding. This figure is on a post-split basis. Multiply this figure by 20 to arrive at 2,691,516,180 shares outstanding on a pre-split basis. See AIG, Inc, Form 10-Q, Filed on 08/07/2009, File Period 06/30/2009.

[4] For example, Barber and Odean (2001) analyze transactions for 66,465 households from 1991 to 1996. They find that the typical size of a single transaction was $22,275 (Table B1). Barber, B. M. and Odean, T. (2000), Trading Is Hazardous to Your Wealth: The Common Stock Investment Performance of Individual Investors. The Journal of Finance, 55: 773–806.

the issuer.  These rights are embodied both in the general financial conventions applied to the

form of equity security, and to the specific provisions enacted by the particular corporation in its

corporate charter as binding commitments to the shareholders.  These contractual promises

explain why preferred stock is valued differently than common stock, and why different classes

of preferred stock issued by the same corporation may have radically different values.  In this

case, the Government is alleged to have fundamentally altered the rights promised to AIG

common stockholders and, in doing so, to have stripped them of property without providing just

compensation. Although this concept may be more easily understood in the context of a piece of

land whose use the government so restricts that it alters its basic value, the economic principles

are the same when applied to common stock. The actions taken by the Government altered the

rights and expectations of the entire class of common stock and affected the value of all shares

in precisely the same manner.  As a result, common impact clearly occurred.

20.      Class members assert that they were wrongfully deprived of their legally

protected economic and voting rights and, as a consequence, lost the value of the stock they

held immediately prior to each taking.  Reliable, commonly employed empirical evidence can

be used to determine the loss of value experienced by each member of each Class.  As a result,

common impact clearly occurred.


IV.      <u>CONCLUSION</u>

21.      Based on this analysis, I conclude that 1) only common evidence will be required

to adjudicate this case, 2) each Class is numerous and many members of the Class would be

unable to pursue their claims absent the class action forum, 3) all Members of the Credit

Agreement Class suffered the same impact from the first alleged taking (the execution of the

Credit Agreement), and 4) all members of the Stock Split Class suffered the same impact when they were deprived of their right to separately control the common stock authorization.

22.     My opinions are based upon the documents, data, and information that are currently available to me.  I reserve the right to update or modify my opinions if new information becomes available to me.


I declare under penalty of the perjury laws of the United States that the foregoing is true and correct and that this Declaration was executed on December 3, 2012 at Emeryville, California.

Gordon Rausser, Ph.D.

# Exhibit A

## Curriculum Vita of
## Gordon Rausser, Ph.D.



# GORDON C. RAUSSER, Ph.D.
Senior Consultant

OnPoint Analytics, Inc.
2000 Powell Street, Suite 860
Emeryville, CA 94608
(510) 643-9942 Phone
(510) 643-0287 Fax

Robert Gordon Sproul
Distinguished Professor,
University of California, Berkeley

Postdoctoral Fellowship,
Department of Economics
and Statistics,
University of Chicago

Ph.D., Agricultural and
Resources Economics,
University of California, Davis

## Awards and Honors

Western Agricultural Economics Association Distinguished Scholar Award, 2012

Editor of *Annual Review of Resource Economics*, 2007-2011; reappointed 2011–2016

Member, International Scientific Council, University of Leuven, Belgium, 2012-

Editorial Council, *Strategic Behavior and the Environment*, 2008–

Senior Economic Consultant and Founder, OnPoint Analytics, 2006–

Career Achievement Award, College of Natural Resources, University of California, Berkeley, 2010

California State University, "Award for Top Dog" Alumni of the Year, 2009

Business Advisory Board, Mendel Biotechnology, 2008–09

Senior Economic Consultant, Charles River Associates, 2000–2005

Director: AAEA, university, and departmental Outstanding Dissertation Awards (9), 1979–2005

College of Natural Resources Citation, University of California, Berkeley, 2004

Galbraith Forum Lecture, 2003

AAAS, Chair of the Electorate Nominating Committee for the Section on Social, Economic, and Political Sciences, 2001–2002

AAEA Quality of Research Discovery Award, 2001

UC Berkeley, Board of Trustees, 1994–2001

USDA Secretary of Agriculture Award for outstanding accomplishments in the areas of agricultural public policy research and formulation, 2000

Cofounder and Principle, LECG, Inc., 1990–2000

AAEA Fellows Address, 1999

Member, Economic Discipline Board, Fulbright Scholarship Awards, 1989–96

WAEA Outstanding Published Research Award ("Price Distorting Compensation Serving the Consumer and Taxpayer Interest"), 1994

Member, Board for International Development Studies, Fletcher School of Law and Diplomacy, Tufts University, 1992–94

Cofounder and President of the Institute for Policy Reform, Washington, DC, 1989–1994

Elected Fellow of the American Association for the Advancement of Science, 1993

AAEA Publication of Enduring Quality Award for contributions to environmental economics, statistical decision theory, and natural resource analysis, 1993

AAEA Distinguished Policy Contribution Award for econometric analysis of public policies, 1993

AAEA Outstanding Journal Article Award Finalist ("Productive and Predatory Public Policies: Research Expenditures and Producer Subsidies in Agriculture"), 1992

Editor, Agricultural Management and Economics, Springer-Verlag, 1988–92
Fellow of the American Statistical Association, 1991
Agency for International Development, Superior Unit Citation Award, 1990
Fellow of the American Agricultural Economics Association, 1990
Special Recognition, "Outstanding Professional Research Contributions." In G. L. Cramer and C. W.
    Jones, *Agricultural Economics and Agribusiness*, 3rd edition, J. Wiley and Sons, 1990
Chief Economist, Agency for International Development, 1988–1990
AAEA Outstanding Journal Article Award Finalist ("Incomplete Markets and Government Policy"),
    1989
Chairman, Intergovernmental Consultative Group on Indonesia, The Hague, June, 1989
Founder of the IPR Fellow Program, 1989
Chairman, Berkeley Department of Economics and All Economic Programs Evaluation Committee,
    1987–88
Robert Gordon Sproul Distinguished Professor, University of California, Berkeley, 1986–
Senior Economist, Council of Economic Advisors, 1986–87
AAEA Award for Best Published Research ("Macroeconomic Linkages, Taxes, and Subsidies in the
    U.S. Agricultural Sector"), 1986
Editor, American Journal of Agricultural Economics, 1983–1986
Resident Fellow, Resources for the Future, National Center for Food and Agricultural Policy,
    1984–85
AAEA Award for Best Journal Article ("Commodity Price Forecasting With Large-Scale
    Econometric Models and the Futures Markets"), 1982
Associate Editor, Journal of Economic Dynamics and Control, 1978–1982
Associate Book Review Editor, Journal of the American Statistical Association, 1974–1982
Teaching and course materials in agriculture policy selected for publication in *Economics Reading
    Lists, Courses, Outlines, Exams, Puzzles, and Problems*, compiled by Edward Tower, Duke
    University, July 1981
AAEA Honorable Mention Award for Best Published Research ("Dynamics of Agricultural
    Systems: Economic Prediction and Control"), 1980
Editorial Board, American Journal of Agricultural Economics, 1977–1980
AAEA Outstanding Journal Article Award Finalist ("Active Learning, Control Theory, and Policy"),
    1978
WAEA Award for Best Published Research ("Firm Growth Policies Under Different Pollution
    Abatement, Production, and Financial Structures"), 1978
Faculty Excellence in Teaching Award, Harvard University, 1978
Associate Editor, Journal of the American Statistical Association, 1973–1977
AAEA Award for Best Published Research ("Stochastic Control of Environmental Externalities"),
    1976
Commissioned by the AAEA to prepare a monograph, "Systems Analysis and Simulation
    Techniques," 1973
Ford Foundation Visiting Scholar, Argentina, 1972
Highest Honors, Ph.D. Degree, University of California, Davis, 1971
Doctoral Dissertation Award for Best Thesis, University of California, Davis, 1971

**Other Awards:**
Member of Alpha Zeta; Phi Kappa Phi; Blue Key; National Defense and Education Act Fellowship
    Grant; Blue Key Award for Outstanding Graduate; Greek Man of the Year Award; Alpha Zeta


Alumni Award to the Outstanding Graduating Senior; College Outstanding Leadership Award; Alpha Zeta President; Alpha Gamma Rho President; Agricultural Executive Council President; Senior Class President; Summa Cum Laude.

**Listed in:**
*American Men and Women of Science*
*Community Leaders of the World*
*Dictionary of International Biography*
*Directory of Distinguished Americans*
*Men of Achievement*
*Personalities of America*
*Who's Who in America*
*Who's Who in American Colleges and Universities*
*Who's Who in American Education*
*Who's Who in California*
*Who's Who in Finance and Business*
*Who's Who in Finance and Industry*
*Who's Who in Technology*
*Who's Who in the West*
*Who's Who in the World*
*Who's Who Internationally*
*Who's Who Among Executives and Professionals*

# EDUCATION

Postdoctoral Fellowship, University of Chicago, Chicago, IL, 1972–73, Departments of
        Economics and Statistics
Ph.D., University of California, Davis, 1971, Highest Honors, Agricultural Economics
M.S., University of California, Davis, 1968, Highest Honors, Agricultural Economics
B.S., California State University, Fresno, 1965, *summa cum laude*, Agriculture and Statistics

# ACADEMIC AND GOVERNMENT POSITIONS

1986–      Robert Gordon Sproul Distinguished Professor, University of California, Berkeley
1994–2000 Dean, College of Natural Resources, University of California, Berkeley
1990–94    President, Institute for Policy Reform
1993–94    Chairman, Department of Agricultural and Resource Economics, University of
           California, Berkeley
1972–93    Visiting Faculty Appointments:
           Hebrew University, Israel (1993)
           Australian National University (1987)
           Monash University, Australia (1987)
           Ben Gurion University, Israel (1980)
           Hebrew University, Israel (1978)
           University of Illinois (1974)
           University of Chicago (1972–73)
1988–90    Chief Economist, Agency for International Development, Washington, DC



| | |
|---|---|
| 1986–87 | Special Consultant and Senior Staff Economist, Council of Economic Advisors, Washington, DC |
| 1984–85 | Senior Resident Fellow, Resources for the Future, Washington, DC |
| 1979–85 | Professor of Agricultural and Resource Economics, University of California, Berkeley |
| 1979–85 | Chairman, Department of Agricultural and Resource Economics, University of California, Berkeley |
| 1982–84 | Chairman, Executive Committee, Giannini Foundation, University of California, Berkeley |
| 1975–78 | Professor of Managerial Economics and Statistics, Harvard University |
| 1974–75 | Professor of Economics and Statistics, Iowa State University |
| 1971–74 | Full Professor of Agricultural Economics (offered), University of California, Davis (1974) |
| 1972 | Associate Professor of Agricultural Economics, University of California, Davis |
| 1971 | Assistant Professor of Agricultural Economics, University of California, Davis |

## FIELDS OF INTEREST

Agricultural economics
Collective decision-making
Futures and options markets
Industrial organization and antitrust analysis
Law and economics
Applied econometrics
Natural resource and environmental
    economics

Public policy and economic regulation
Quantitative models
Statistical decision theory
Development economics

## MEMBERSHIP IN PROFESSIONAL SOCIETIES

Agricultural and Applied Economics Association
American Agricultural Economics Association
American Economic Association
American Statistical Association
Econometric Society

Institute of Management Science
International Agribusiness Mgmt. Assn.
Internat'l Agricultural Economics Assn.
Mathematical Association of America
Western Agricultural Economics Assn.

## PATENTS

April 2010     "Integrated Electronic Exchange of Structured Contracts with Dynamic Risk-Based Transaction Permissioning"

May 2006  "Analysis and Methodology for Selecting Capital-efficient Film-asset Portfolios," Provisional Patent Application

# PUBLICATIONS

## I.  Articles in Refereed Journals

### Forthcoming
"Political Economy of Public Policies: Insights from Distortions to Agricultural and Food
    Markets" (with J.Swinnen and K. Anderson). Forthcoming in *Journal of Economic Literature*.

"Can Investment in Microfinance Funds Improve Risk-Return Characteristics of a Portfolio?"
    (with K. Janda and B. Svarovska). Forthcoming in *Technical and Economic Development of
    Economy.*

### Submitted
"The Effect of Ethanol on Corn Prices" (with Aaron Smith and Colin Carter). Submitted to
*American Economic Review.*

### Published
2011. "Agri-environmental Programmes and Trade Negotiations in the United States and the
    European Union" (with K. Baylis, S. Peplow, and L. Simon). *Eurochoices* 10(2): 55–60.

2011. "Commodity Booms and Busts" (with C. Carter and A. Smith). *Annual Review of Resource
    Economics* 3: 87–118.

2011. "Comparing American and European Regulation of Over-the-Counter Derivative
    Securities" (with K. Janda). *European Finance and Accounting Journal* 6(4): 1–13.

2011. "Complementarities and Spillovers in Mergers: An Empirical Investigation Using Patent
    Data" (with A. Marco). *Economics of Innovation and New Technology* 20(3): 207–31.

2011. "Local Negotiation with Heterogeneous Groundwater Users" (with S. S. Sayre and L.K.
    Simon). *Strategic Behavior and the Environment* 1(2): 61–82.

2011. "Property Rights and Water Transfers: Bargaining Among Multiple Stakeholders" (with S.
    S. Sayre and L. K. Simon). *Strategic Behavior and the Environment* 1: 1-29.

2010. "Centralized Clearing for Over-the-Counter Derivatives" (with W. Balson and R. Stevens).
    *Journal of Financial Economic Policy* 2(4): 346–359.

2010. "Governance Structures, Political Economy, and Public Policy" (with J. Swinnen).
    *American Journal of Agricultural Economics* 93(2): 310–16.

2010. "Interactions between Incentive Instruments: Contracts and Quality in Processing
    Tomatoes" (with R. E. Goodhue and S. Mohaptra). *American Journal of Agricultural
    Economics* 92(5): 1283–93.

2010. "Managing R&D Risk in Renewable Energy: Biofuels vs. Alternate Technologies"
        (with R. Stevens and K. Torani). *AgBioForum* 13 (4): 375–381.

2010. "Optimal Taxation with Joint Production of Agriculture and Rural Amenities" (with G. Casamatta and L. K. Simon). *Resource and Energy Economics* 33(3): 544–53.

2010. "Preface" (with V. K. Smith and D. Zilberman). *Annual Review of Resource Economics* 2(1): v–vii.

2009. "Preface" (with D. Zilberman and V. Kerry Smith). *Annual Review of Resource Economics* 1: v-vi.

2009. "Public-Private Partnerships: Goods and the Structure of Contracts" (with R. Stevens). *Annual Review of Resource Economics* 1(1): 75–97.

2009. "Unintended Consequences:  The Spillover Effects of Common Property Regulations" (with M. Kovach, R. Stifter and S. Hamilton). *Marine Policy* 33(1), 24-39, 2009.

2008. "Agri-Environmental Policies in the European Union and United States" (with K. Baylis, S. Peplow, and L. Simon). *Ecological Economics* 65(4): 753–64.

2008. "The Food Price Boom and Bust" (with C. Carter and A. Smith). *ARE Update* 12(2): 2–4.

2008. "The Marginal Willingness-to-Pay for Health Related Food Characteristics" (with L. Thunström). *Food Economics,* 5(3), 194–206.

2008. "Ownership and Control in Mexico's Community Forestry Sector" (with C. Antinori). *Economic Development and Cultural Change* 57(1): 101–136.

2008. "Pollution and Land Use: Optimum and Decentralization" (with R. Arnott and O. Hochman). *Journal of Urban Economics* 64(2): 390–407.

2008. "Public vs. Private Good Research at Land-Grant Universities" (with L. Simon and R. Stevens). *Journal of Agricultural and Food Industrial Organization* 6(2).  Berkeley Electronic Press.

2008. "The Role of Patent Rights in Mergers: Consolidation in Plant Biotechnology" (with A. Marco). *American Journal of Agricultural Economics* 90(1), 133–151.

2007. "Collective Choice and Community Forest Management in Mexico: an Empirical Analysis" (with C. Antinori). *Journal of Development Studies* 43(3): 512–536.  .

2007. "Do Incentives for Quality Matter?" (with C. Alexander and R. E. Goodhue). *Journal of Agricultural and Applied Economics* 39(1), 1-15.

2007. "General Equilibrium in Vertical Market Structures: Overselling versus Overbuying" (with R. Just). In *Research in Law and Economics*, edited by R. O. Zerbe, 149–181. Oxford: Elsevier (JAI Press).

2005. "Does Food Processing Contribute to Childhood Obesity Disparities" (with B. MacInnis). *American Journal of Agricultural Economics* 87(5): 1154–8.



2005. "Including Non-Trade Concerns: The Environment in EU and U.S. Agricultural Policy,"
(with K. Baylis and L. Simon). *International Journal of Agricultural Resources Governance
and Ecology,* Special Issue on Non-Trade Concerns, 4(3/4): 262–276.

2004. "Estimating Statistical Properties of Political Economic Decisions" (with D. M.
Burton and H. A. Love). *Applied Economics* 36:1489–1499.

2004. "Public-Private Partnerships Needed in Horticultural Research and Development"
(with H. Ameden). *California Agriculture* 58(2):116–119.

2003. "Agricultural Biotechnology's Complementary Intellectual Assets" (with G.g Graff
and A. Small). *Review of Economics and Statistics* 85 (2): 349–63.

2003. "Hazardous Waste Sites and Housing Appreciation Rates" (with J. J. McCluskey),
*Journal of Environmental Economics and Management* 45:166 76, March 2003.

2003. "Stigmatized Asset Value: Is It Temporary or Long-term?" (with J. J. McCluskey).
*Review of Economics and Statistics* 85 (2): 276–85.

2003. "Value Differentiation" (with R. Goodhue). *Journal of Agricultural and Resource
Economics* 28(3): 375–395.

2002. "Neighborhood Effects and Compensation for Property Value Diminution" (with J. J.
McCluskey and R. G. Huffaker). *Law & Policy* 24(1): 37–50.

2001. "A Bargaining Model to Simulate Negotiations Between Water Users" (with S.
Thoyer, S. Morardet, P. Rio, L. Simon, and R. Goodhue). *Journal of Artificial
Societies and Social Simulation* 4(2).

2001. "Estimation of Perceived Risk and Its Effect on Property Values" (with J. J.
McCluskey). *Land Economics* 7(1): 42–55.

2001. "Rules, Policy and Rent Seeking: A Cross-border Comparison" (with K. Baylis).
*Canadian Journal of Agricultural Economics* 49(4): 493–504.

2000. "Food Import Demand in the Czech Republic" (with K. Janda and J. J. McCluskey*).
Journal of Agricultural Economics* 51(1): 22–44.

2000. "The Political Economy of Public Research Investment and Commodity Policies in
Agriculture: an Empirical Study" (with A. Banerjee, H. de Gorter, and J.
Swinnen). *Agricultural Economics* 22: 111–122.

2000. "Public-Private Alliances in Biotechnology: Can They Narrow the Knowledge Gaps
Between Rich and Poor?" (with H. Ameden and L. K. Simon). *Food Policy* 25:
499–513.

2000. "Regulating Multiple Polluters: Deterrence and Liability Allocation" (with C. Hyde
and L. K. Simon. *International Economic Review* 41(2): 495–521.

2000. "Valuing Research Leads: Bioprospecting and the Conservation of Genetic Resources" (with A. A. Small). *Journal of Political Economy* 108(1): 173–206, February 2000. Reprinted in *The Economics of Biodiversity Conservation*, edited by S. Polasky. International Library of Environmental Economics and Policy. Aldershot, UK: Ashgate, 2002.

1999. "Federal Grazing Reform and Avoidable Risk" (with J. J. McCluskey). *Journal of Agricultural and Resource Economics* 24: 140–54.

1999. "Public/Private Alliances." *AgBioForum* 2(1): 5–10.

1999. "Public/Private Research: Knowledge Assets and Future Scenarios," *American Journal of Agricultural Economics* 81(5): 1011–27.

1998. "Information Asymmetries, Uncertainties, and Cleanup Delays at Superfund Sites" (with L. K. Simon and J. Zhao). *Journal of Environmental Economics and Management* 35(1): 48–68.

1998. "Privatization, Market Liberalization and Learning in Transition Economies" (with R. E. Goodhue and L. K. Simon). *American Journal of Agricultural Economics* 80(4): 724–37.

1997. "Central European Agricultural Policy and the EU Accession" (with R. E. Goodhue and J. McCluskey). *Current Politics and Economics of Europe* 7(1): 35–47.

1997. "An Economic Evaluation of BWI Custom Kitchens and Indirect Purchaser Classes in Horizontal Price Fixing Cases" (with G. Adams). *Competition* 6(1): 1–41.

1997. "The Estimation of Hicksian and Expenditure Elasticities of Conditional Demand for Food in Transition Economy 1993–1995" (with K. Janda). *Central European Journal for Operations Research and Economics* 5(2): 155–171.

1997. "Flexible Public Policy: The Case of the United States Wheat Sector" (with A. Love). *Journal of Policy Modeling* 19(2): 207–236.

1996. "A Computable Policy Model of Eastern European Agriculture and the Food Industry" (with K. Janda, R. Goodhue, R. Lyons, and L. Simon). *Quarterly Journal of Economic Theory and Policy* (Prague Economic Papers, University of Economics, Prague) V(1): 70–79.

1996. "Modelling Multilateral Negotiations: An Application to California Water Policy" (with G.ory D. Adams and L. K. Simon). *Journal of Economic Behavior and Organization* 30(1): 97–111.

1995. "Flexible Technology and the Cost of Improving Groundwater Quality" (with D. Sunding, D. Zilberman, and A. Marco). *Natural Resource Modeling* 9(2): 177–92.

1995. "Governance Structures and the Durability of Reforms: Evidence from Inflation Stabilizations" (with R. Ball). *World Development* 23(6): 897–912.

1994. "Intraorganizational Influence Relations and the Optimality of Collective Action" (with P. Zusman). *Journal of Economic Behavior and Organization* 24(1): 1–22.

1994. "Natural Resource Damages: Knowledge of Valuation Techniques Useful, as Liability Exposure Grows" (with A. Fargeix). *Environmental Compliance & Litigation Strategy* 9(8): 1–5.

1993. "The Governance Structure of Agricultural Science and Agricultural Economics: A Call to Arms" (with R. E. Just). *American Journal of Agricultural Economics* 75: 69–83.

1993. "Nutrient Demand and the Allocation of Time: Evidence from Guam" (with G. Gawn, R. Innes, and D. Zilberman). *Applied Economics* 25: 811–30.

1993. "Price Distorting Compensation Serving the Consumer and Taxpayer Interest" (with W. E. Foster). *Public Choice* 77(2): 275–91.

1993. "State-Market-Civil Institutions: The Case of Eastern Europe and the Soviet Republics" (with S. R. Johnson). *World Development* 21(4): 675–89.

1992. "Environmental and Agricultural Policy Linkages and Reforms in the United States Under the GATT" (with R. Just). *American Journal of Agricultural Economics* 74(3): 766–74.

1992. "Predatory Versus Productive Government: The Case of U.S. Agricultural Policy." *Journal of Economic Perspectives* 6(3): 133–57.

1992. "Public Policy and Constitutional Prescription" (with P. Zusman). *American Journal of Agricultural Economics* 74(2): 247–57.

1992. "Political Preference Functions and Public Policy Reform: Reply" (with W. E. Foster). *American Journal of Agricultural Economics* 74(1): 227–30.

1992. "Productive and Predatory Public Policies: Research Expenditures and Producer Subsidies in Agriculture" (with H. de Gorter and D. J. Nielson). *American Journal of Agricultural Economics* 74(1): 27–37.

1991. "Farmer Behavior Under Risk of Failure" (with W. E. Foster). *American Journal of Agricultural Economics* 73(2): 276–88.

1991. "Food Security, Price Uncertainty, and Country Hedging: A Case Study of China" (with J. Liu). *The Review of Futures Markets* 10(2): 357–371.

1991. "The Political Economy of Commodity and Public Good Policies in European
Agriculture: Implications for Policy Reform" (with H. de Gorter), *European
Review of Agricultural Economics* 18: 481–504.

1991. "Preconditions for the Emergence of East European Market Economies." *Current
Politics and Economics of Europe* 1(3/4): 347–61.

1990. "Implications of Structural Adjustment: Experience in Developing World for Eastern
Europe." *American Journal of Agricultural Economics* 72(5):1252–56.

1990. "Linkages Among Commodity Futures Markets and Dynamic Welfare Analysis"
(with N. Walraven). *Review of Economics and Statistics* 72(4): 631–39.

1990. "An Assessment of the Agricultural Economics Profession" (with R. E. Just),
*American Journal of Agricultural Economics* 71(5):1177–90.

1990. "Looking Ahead: Agricultural Policy in the 1990" (with D. Nielson). *UC Davis Law
Review* 12(3): 415–30.

1990. "Market Politics and Foreign Assistance" (with S. T.). *Development Policy Review* 8:
365–81.

1990. "A New Paradigm for Policy Reform and Economic Development." *American
Journal of Agricultural Economics* 72(3): 821–26.

1990. "Political Preference Functions and Public Policy Reform" (with W. E. Foster).
*American Journal of Agricultural Economics* 72(3): 642–52. Reprinted in *Agro-
Environmental Policy*, edited by Sandra S. Batie and Rick Horan. Aldershot,
UK: Ashgate Publishing.

1989. "Incomplete Markets and Government Agricultural Policy" (with R. D. Innes),
*American Journal of Agricultural Economics* 71(4): 915–31.

1989. "Interest Rates and Commodity Prices" (with J. Kitchen). *Journal of Agricultural
Economics Research* 41(2): 5–11.

1989. "The Political Economy of Agricultural Policy Reform" (with D. A. Irwin).
*European Review of Agricultural Economics* 15(4): 349–66.

1987. "Managing Farm Supply: Kick the Habit; But Make Other Reforms, Too" (with W.
E. Foster). *Choices* 2(3): 18–21.

1986. "Macroeconomic Linkages, Taxes, and Subsidies in the U.S. Agricultural Sector"
(with J. A. Chalfant, H. A. Love, and K. G. Stamoulis). *American Journal of
Agricultural Economics* 68(2): 399–412.

1986. "Modeling the Effects of Policy on Farmers in Developing Agriculture" (with R. E.
Just and D. Zilberman). *International Journal of Development Planning
Literature* 1(3): 287–300.

1986. "Some Political Economy Aspects of Macroeconomic Linkages with Agriculture" (with M. S. Andrews). *American Journal of Agricultural Economics* 68(2): 413–7.

1984. "Country Hedging for Real Income Stabilization: A Case Study of South Korea and Egypt" (with K. M. Gordon). *Journal of Futures Markets* 4(4): 449–464.

1984. "The Distributional Effects of Land Controls in Agriculture" (with D. Zilberman and R. E. Just). *Western Journal of Agricultural Economics* 9(2): 215–32.

1983. "The Effect of Asymmetrically Held Information and Market Power in Agricultural Markets" (with J. M. Perloff). *American Journal of Agricultural Economics* 65(2): 366–71.

1983. "Efficient Asset Portfolios and a Theory of Normal Backwardation" (with C. Carter and Andrew Schmitz). *Journal of Political Economy* 91(2): 319–31.

1983. "Futures Market Efficiency in the Soybean Complex" (with C. Carter). *Review of Economics and Statistics* 65(3): 469–78.

1983. "Systems Science and Natural Resource Economics" (with S. R. Johnson and Cleve Willis). *International Journal of Systems Science* 14(8): 829–858.

1982. "Political Economic Markets: PERTs and PESTs in Food and Agriculture," *American Journal of Agricultural Economics* 64(5): 821–33.

1981. "Commodity Price Forecasting with Large-Scale Econometric Models and the Futures Market" (with R. E. Just). *American Journal of Agricultural Economics* 63(2): 197–215. Rpt. in *Readings and Futures Markets, IV: Selected Writings on Futures Markets: Research Directions in Commodity Markets, 1970–1982.* Chicago: Chicago Board of Trade.

1981. "Multi-attribute Utility Analysis: The Case of Filipino Rice Policy" (with J. Yassour). *American Journal of Agricultural Economics* 63(3): 484–94.

1981. "Optimal Choices among Alternative Technologies with Stochastic Yields" (with J. Yassour and D. Zilberman). *American Journal of Agricultural Economics* 63(4): 718–23.

1980. "Economics of Soil Conservation from the Farmer's Perspective." *American Journal of Agricultural Economics* 62(5): 1093–94.

1980. "Hedging and Joint Production, Theory and Illustrations." *Journal of Finance* 35(2): 498–501.

1979. "Natural Resources, Goods, Bads, and Alternative Institutional Frameworks" (with H. Lapan). *Resources and Energy* 2(4): 293–324.

1979. "Systems Methods in Natural Resource Economics" (with S. R. Johnson and C. Willis). *Cybernetics* 1979.

1978. "Active Learning, Control Theory, and Agricultural Policy." *American Journal of Agricultural Economics* 60(3): 476–90.

1978. "Adaptive Control: Survey of Methods and Applications" (with D. Pekelman). *Management Science* 9: 89–120.

1978. "Public Intervention and Producer Supply Response" (with D. P. Stonehouse). *American Journal of Agricultural Economics* 60(5): 885–90.

1977. "Daily Fluctuations in Campground Use: An Economic Analysis" (with R. A. Oliveira). *American Journal of Agricultural Economics* 59(2): 283–93.

1977. "The Economic Impact of EPA Sulfur Standards on the U.S. Coal Industry" (with R. A. Levins, M. D. Boehlje, and J. A. Otte). *SME Transactions* 262: 65–74.

1976. "Econometric Policy Model Construction: The Post-Bayesian Approach" (with A. Faden). *Annals of Economic and Social Measurement* 5: 349–62.

1976. "An Economic Analysis of Wilderness Area Use" (with R. A. Oliveira). *Journal of the American Statistical Association* 71(354): 276–285.

1976. "Investment Sequencing, Allocation, and Learning in the Design of Water Resource Systems: An Empirical Application" (with C. Willis). *Water Resources Research* 12: 317–30.

1976. "The Stability of the Demand for Money in Canada" (with P. Laumas). *Journal of Monetary Economics* 2: 367–80.

1975. "Book Review of The Computation of General Equilibria by H. Scarf" (with Q. Paris). Journal of the American Statistical Association 70(350): 485–86.

1975. "Effects and Changes in the Level of U.S. Beef Imports" (with J. W. Freebairn). *American Journal of Agricultural Economics* 57(4): 676–88.

1975. "The Limitations of Simulation in Model Evaluation and Decision Analysis" (with S. R. Johnson). *Simulation and Games* 6(2):115–50.

1975. "Stochastic Control of Environmental Externalities" (with R. Howitt). *Annals of Economic and Social Measurement* 4(2): 271–92.

1975. "Stochastic Control Theory and Economic Policy: An Application" (with J. W. Freebairn). *Australian Economic Papers* 14(25): 216–30.

1975. "Technical Progress and Environmental Tradeoffs in Natural Resource Industries." *Journal of Economics and Business* 28: 1–14.

1975. "Temporal Price Behavior in Commodity Futures Markets (with T. F. Cargill). *Journal of Finance* 30(4): 1043–53.

1974. "Alternative Econometric Forms." *Journal of Economics* 2: 27–37.

1974. "An Adaptive Control Approach to Agricultural Policy"(with J. W. Freebairn). *Australian Journal of Agricultural Economics* 18(3): 208–20.

1974. "Approximate Adaptive Control Solutions to U.S. Beef Trade Policy" (with J. W. Freebairn). *Annals of Economic and Social Measurement* 3(1): 177–203.

1974. "Discrete Variations Across Subsets of Parameters in Simultaneous Equation Models" (with S. R. Johnson). *Metroeconomica* 26: 226–244.

1974. "Estimation of Policy Preference Functions: An Application to U.S. Beef Import Policy" (with J. W. Freebairn). *Review of Economics and Statistics* 56(4):437–49.

1974. "Technological Change, Production, and Investment in Natural Resource Industries." *American Economic Review* 64(6): 1049–59.

1974. "Updating Parameter Estimates: A Least Squares Approach with an Illustrative Application to the Inventory of Beef Cows" (with J. W. Freebairn). *Review of Marketing and Agricultural Economics* 42(2): 83–89.

1973. "Investment Sequencing Recognizing Externalities in Water Desalting" (with C. Willis). *Water Resource Bulletin* 9(1): 54–72.

1973. "Sufficient Conditions for AgG.ation in Linear Programming Models" (with Q. Paris). *American Journal of Agricultural Economics* 55(4): 659–66.

1973. "The Validity and Verification of Complex System Models: Discussion on Shapiro and Fromm" (with C. F. Christ). *American Journal of Agricultural Economics* 55(2): 271–79.

1972. "Approximate Distribution of Parameters in Distributed Lag Models" (with Theodore P. Lianos). *Journal of the American Statistical Association* 67(337): 64–67.

1972. "Learning External Benefits and Subsidies in Water Desalination" (with C. Willis and P. Frick). *Water Resources Research* 8(6): 1385–400.

1972. "Time and Frequency Domain Representations of Future Prices as a Stochastic Process" (with T. F. Cargill). *Journal of the American Statistical Association* 67(337): 23–30.

1971. "Effects of Misspecifications of Log-Linear Functions When Sample Values Are Zero or Negative" (with S. R. Johnson). *American Journal of Agricultural Economics* 53(1): 120–24.

1971. "Effects of Misspecification of Linear Functions When Sample Values Are Zero or Negative—A Reply" (with S. R. Johnson). *American Journal of Agricultural Economics* 53(4): 673–74.

1971. "On the Measurement of Price Elasticity of Demand" (with S. H. Logan and R. A. Oliveira). *American Journal of Agricultural Economics* 53(1): 112–115.

1970. "The Demand for Fertilizer, 1949–1969: An Analysis of Coefficients from Periodic Cross Sections" (with T. F. Moriak). *Agricultural Economics Research* 22(2): 45–56.

1970. "The Existence of Broiler Cycles: An Application of Spectral Analysis" (with T. F. Cargill). *American Journal of Agricultural Economics* 52(1): 109–21.

**Papers Submitted for Refereed Journal Publication**

"Biotechnology, Intellectual Property and Value Differentiation in Agriculture" (with R. Goodhue, Suzanne Scotchmer and L. K. Simon). Submitted to *Review of Industrial Organization*.

" 'Buyer Power' and Economic Policy:  Is Monopsony Really Symmetric with Monopoly?" (with R. Just).  Submitted to *Antitrust Bulletin*.

"Can Microfinance Funds Reduce Portfolio Volatility?" (with K. Janda). Submitted to *Technological and Economic Development of Economy*.

"Centralized Clearing" (with W. Balson and R. Stevens). Submitted to *Review of Derivatives Research*.

"The Determinants of Bargaining Power in Three-Player Negotiation Games" (with L. Simon). Submitted to *Review of Economic Studies*.

"A Dynamic Model of the Food Processing Sector in the New Market Economies of Central Europe" (with R. E. Goodhue, R. Lyons, and L. K. Simon), to be submitted to *Journal of Policy Modeling*.

"Nash Bargaining and Risk Aversion" (with L. Simon). Submitted to *Games and Behavior*.

"Predatory Behavior in Vertical Market Structures: A General Equilibrium Approach" (with R. E. Just). To be submitted to *Journal of Law and Economics*.

"Rational Exaggeration in Information AgG.ation Games" (with L. K. Simon and J. Zhao). Submitted to *Econometrica*.

"Pollution or Politics: The Case of Environmental Programs in the EU" (with K. Baylis, S. Peplow and L. Simon), to be submitted to *American Economic Journal: Economic Policy*.

"Price and Location" (with L. Simon). To be submitted to Journal of Economic Theory.

"Processors, Placements, and Producer Incentives: Analyzing Broiler Chicken Production
Contracts" (with R. E. Goodhue and L. K. Simon). To be submitted to *Journal of Economic Management Strategy*.

"SSNIP Test: Partial vs General Equilibrium" (with R. E. Just). To be submitted to *Rand Journal of Economics.*


# II. Books and Monographs Authored

**Forthcoming**
Structuring Public-Private Research Partnerships (with H. Ameden). Cheltenham, UK:
Edward Elgar.


**Published**
2011. *Political Power and Economic Policy: Theory, Analysis, and Empirical Applications*
(with Johan Swinnen and P. Zusman). Cambridge: Cambridge University Press.


2007. *Structure and Power in Multilateral Negotiations: An Application to French Water Policy* (with L. K. Simon, R. E. Goodhue, S. Thoyer, S. Morardet, and P. Rio).
Giannini Foundation Research Monograph 47. Berkeley: University of California.

2004. *Social Costs of an MTBE Ban in California* (with G.ory D. Adams, W. D.
Montgomery, and Anne E. Smith). University of California, Berkeley: Giannini
Foundation Report.

1994. *Economic Growth, Political and Civil Liberties* (with J. McMillan and S. R.
Johnson). Occasional Paper No. 53. San Francisco: Institute for Contemporary
Studies.

1989. *Development and the National Interest* (with several collaborators). Washington,
D.C.: Agency for International Development Monograph.

1985. *Macroeconomic Environment for U.S. Agricultural Policy.* Washington, DC:
Occasional Paper for the American Enterprise Institute for Public Policy
Research.

1979. Dynamics of Agricultural Systems: Economic Prediction and Control (with
E. Hochman). New York: North-Holland.


**In Preparation**
Property Rights and Collective Action in Natural Resources with Application to Mexico
(with C. Antinori).

## III.     Books and Monographs Edited

2002. *Agricultural Globalization, Trade and the Environment* (with C. Moss, Andrew
        Schmitz, Timothy G. Taylor, and D. Zilberman). Boston: Kluwer Academic
        Publisher (Springer).

2002. *Handbook of Agricultural Economics*, Vol 2A (with Bruce L. Gardner). Amsterdam:
        Elsevier Science, North-Holland.

2002. *Handbook of Agricultural Economics*, Vol 2B (with Bruce L. Gardner ). Amsterdam:
        Elsevier Science, North-Holland.

2001. *Handbook of Agricultural Economics*, Vol 1A (with Bruce L. Gardner ). Amsterdam:
        Elsevier Science, North-Holland.

2001. *Handbook of Agricultural Economics*, Vol 1B (with Bruce L. Gardner). Amsterdam:
        Elsevier Science, North-Holland.

1995. GATT Negotiations and the Political Economy of Policy Reform. Berlin,
        Heidelberg, New York: Springer-Verlag.

1992. *The Emergence of Market Economies in Eastern Europe* (with Christopher Clague).
        Cambridge, MA: Blackwell Publishers.

1984. *Alternative Agricultural and Food Policies and the 1985 Farm Bill* (with Kenneth R.
        Farrell). Giannini Foundation of Agricultural Economics, University of
        California, Berkeley, and Resources for the Future, Washington, DC.
        San Leandro, CA: Blaco Publishers.

1983. New Directions in Econometric Modeling and Forecasting in U.S. Agriculture. New
        York: Elsevier.

1997. *Urban Malnutrition: Problem Assessment and Intervention Guidelines* (with
        J. Austin, Johanna Dwyer, et al.). World Bank Monograph.

1977. *A Survey of Agricultural Economics Literature: Quantitative Methods* (with
        George. G. Judge, R. H. Day, S. R. Johnson, and Lee R. Martin). Minneapolis:
        University of Minnesota Press. Reprinted in paperback (2009).

## IV.     Chapters and Articles In Books and Proceedings

**Forthcoming**
"Incomplete Contracting and Public-Private Partnerships" (with H. Ameden). Forthcoming in *The
        Routledge Companion to Public-Private Partnerships*, edited by Piet de Vries and Étienne
        Yehoue. New York: Routledge.

"Rational Industrial Policy: Structuring R&D Investments in Renewable Energy." Forthcoming in
        *Bioeconomy Governance: Policy, Environmental and Health Regulation, and Public
        Investments in Research*. Rome: International Consortium of Applied Bioeconomy Research.

"US versus EU Biotechnology Regulations and Comparative Advantage: Implications for Future
    Conflicts and Trade" (with D. Zilberman and Gal Hochman). Forthcoming in *Cooperating in
    Managing Biosafety and Biodiversity: California, the United States and the European Union*.

**Published**

2011. "Structuring University-Private Partnerships for Developing and Commercializing
        Transgenic Horticultural Crops" (with R. Stevens). In *Transgenic Horticultural
        Crops: Challenges and Opportunities*, edited by Beiquan Mou and Ralph
        Scorza, 233–248. Boca Raton, FL: CRC Press.

2011. "US versus EU Biotechnology Regulations and Comparative Advantage: Implications for
        Future Conflicts and Trade" (with Gal Hochman and D. Zilberman). In *Transatlantic
        Regulatory Cooperation: The Shifting Roles of the EU, the US, and California*, edited by D.
        Vogel and Johan Swinnen, 161–179. Cheltenham, UK: Edward Elgar.

2010. "Special Interests Versus the Public Interest in Policy Determination" (with Gerard
        Roland). In *Political Economy of Agricultural Price Distortions*, edited by Kym Anderson,
        105–125. New York: Cambridge University Press.

2009. "The Giannini Foundation and the Welfare of California Agriculturalists in a
        Changing State, Nation, and World." In *A.P. Giannini and the Giannini
        Foundation of Agricultural Economics*, edited by W. Johnson and A. McCalla,
        147–164. University of California: Giannini Foundation.

2009. "Managing R&D Risk in Renewable Energy" (with Maya Papineau). In *Transition to
        a Bioeconomy: Risk, Infrastructure, and Industry Evolution*, edited by Burt
        English, 29–41. Oak Brook, IL: Farm Foundation.

2008. "Negotiating over the Allocation of Water Resources: The Strategic Importance of
        Bargaining Structure" (with R. Goodhue, L. Simon, and S. Thoyer). In *Game Theory and
        Policy Making in Natural Resources and the Environment*, edited by Ariel Dinar, Jose Albiac,
        and Joaquin Sanchez-Soriano, 132–154. New York: Routledge.

2008. "Information Assymetries, Uncertainties, and Cleanup Delays at Superfund Sites" (with L.
        Simon and J. Zhao). Reprinted in *The Economics of Hazardous Waste and Contaminated
        Land*, edited by Hilary Sigman, 324–44. Cheltenham, UK: Edward Elgar.

2006. "Estimating Toxic Tort and Damages" (with Mark Berman). In *Perchlorate: a Scientific,
        Legal, and Economic Assessment*, edited by Earl L. Hagström, 375–407. Tucson, AZ:
        Lawyers &Judges Publications.

2006. "Stan Johnson: A Giant Among Mentors." In *Exploring Frontiers in Applied Economics:
        Essays in Honor of S. R. Johnson*, edited by Jean-Paul Chavas and Matt Holt. Berkeley, CA:
        Berkeley Electronic Press.

2004. "Agri-Environmental Programs in the United States and European Union" (with L. Simon and K. Baylis). In *Agricultural Policy Reform and the WTO: Where Are We Heading?* edited by Giovanni Anania, Mary E. Bohman, C. A. Carter, and Alex F. McCalla, 53167. Cheltenham, UK, and Northampton, MA: Edward Elgar.

2005. "Political Economic Markets: PESTs and PERTs in Food and Agriculture." In *The WTO and Agriculture*, edited by Kym Anderson and Tim Josling. Cheltenham, UK, and Northampton, MA: Edward Elgar.

2002. "Mergers and Intellectual Property in Agricultural Biotechnology" (with A. Marco). In *Economic and Social Issues in Agricultural Biotechnology*, edited by R.E. Evenson, V. Santaniello, and D. Zilberman, 119–35. Wallingford, UK, and New York: CABI Publishing.

2002. "Public Policy: Its Many Analytical Dimensions" (with R. Goodhue). In *Handbook of Agricultural Resource Economics,* vol. 2, chap. 39, edited by Bruce L. Gardner and Gordon C. Rausser, 2058–2102. Amsterdam: Elsevier Science, North Holland.

2001. "Conceptual Foundations of Expectations and Implications for Estimation of Risk Behavior" (with R.E. Just). In *A Comprehensive Assessment of the Role of Risk in U.S. Agriculture*, edited by R.. E. Just and R.D. Pope, 53–80. Boston: Kluwer Academic Publishers.

2001. "Rent Seeking and International Trade in Agriculture" (with H. de Gorter and Andrew Schmitz). In *Agricultural Globalization, Trade and the Environment*, edited by C. Moss, Gordon Rausser, Andrew Schmitz, Timothy Taylor, and D. Zilberman, 179–211. Boston: Kluwer Academic Publishers.

2001. "Community Integration in Mexico's Forest Industry: Survey Data from Oaxaca" (with C. Antinori). In *World Forests, Markets and Policies*, edited by Matti Palo, Jussi Uusivuori, and Gerardo Mery, 294–94. Boston: Kluwer Academic Publishers.

2001. "Public Research/Private Alignments." In *Knowledge Generation and Technical Change: Institutional Innovation in Agriculture*, edited by Steven Wolf and D. Zilberman, 55–62. Boston: Kluwer Academic Publishers.

2001. "Production and Marketing" (with R. Goodhue). In *Handbook of Agricultural Economics*, vol. 1, chap. 21, edited by Bruce L. Gardner and Gordon C. Rausser, 1084–1209. Amsterdam: Elsevier Science, North-Holland.

2000. "Collective Choice in Water Resource Systems." In *The Political Economy of Water Pricing Implementation,* edited by Ariel Dinar, 49–78. The World Bank, Washington, DC. New York: Oxford University Press.

2000. "Putty-Clay Politics in Transition Economies." In *Current Politics and Economics of Europe*, edited by F. Columbus, 245–70. Commack, NY: Nova Science.

1999. "Alignment of Public/Private Institutions in the Biotechnology Revolution." In
*Agricultural Outlook Forum 1999 Proceedings*. Washington, DC: US
Department of Agriculture.

1999. "Value Differentiation in Agriculture: Driving Forces and Complementarities" (with
R. Goodhue) In *Vertical Relationships and Coordination in the Food System*,
edited by Giovanni Galizzi and Luciano Venturini. Heidelberg: Physica-Verlag.

1999. "An Empirical Study of the Determinants of Public Research Investment and
Commodity Policies in Agriculture" (with Johan F.M. Swinnen, H. de Gorter,
and Anurag N. Banerjee). In *Food Security, Diversification, and Resource
Management: Refocusing the Role of Agriculture*? edited by Joachim von
Braun, and G. H. P.s. International Association of Agricultural Economists.
Aldershot, UK: Ashgate.

1996. "The Choice of Commodity Policies and Research Investment in Agriculture" (with
Johann F.M. Swinnen and H. de Gorter). In *Global Agricultural Science Policy
for the Twenty-First Century*. Melbourne, AU: Conference Secretariat of Global
Agricultural Science Policy for the Twenty-first Century, Victoria Department
of Natural Resources and Environment.

1996. "The Economic Value of Patents, Licenses, and Plant Variety Protection" (with A.
A. Small). In *Building Partnerships for Commercializing University Research*.
Proceedings, conference held in May in Tahoe City, California.

1996. "GATT Agricultural Policy Reform: A United States Perspective." In *Agricultural
Markets: Mechanisms, Failures and Regulations*, edited by D. Martimort, 331–
71. Amsterdam: Elsevier Science.

1995. "Political-Economic Processes and Collective Decision Making" (with L. K. Simon
and Klaas T. van 't Veld). In *Agricultural Competitiveness: Market Forces and
Policy*, edited by George H. P.s and D. D. Hedley, 261–273. Aldershot, UK:
Dartmouth Publishing.

1995. "State-Market-Civil Institutions: The Case of Eastern Europe and the Soviet
Republics" (with S. R. Johnson). In *State, Market and Civil Organizations*,
edited by Alain de Janvry, Samir Radwan, Elisabeth Sadoulet, and Erik
Thorbecke, 458–86. London: Macmillan.

1995. "The Uruguay Round and the GATT Negotiations." In *GATT Negotiations and the
Political Economy of Policy Reform*, edited by Gordon C. Rausser, 1–34.
Berlin, Heidelberg, New York: Springer-Verlag.

1995. "Compensation and Political Feasibility: Facilitating Welfare Improving Policies"
(with R. E. Just and D. Zilberman). In *GATT Negotiations and the Political
Economy of Policy Refor*m, edited by Gordon C. Rausser, 65–84. Berlin,
Heidelberg, New York: Springer-Verlag.

1995. "The Political Economy of Redistributive Policies and the Provision of Public Goods in Agriculture" (with H. de Gorter and D. J. Nielson). *In GATT Negotiations and the Political Economy of Policy Reform,* edited by Gordon C. Rausser, 85–106. Berlin, Heidelberg, New York: Springer-Verlag.

1995. "Coalition Breaking and Policy Reform" (with W. E. Foster). *In GATT Negotiations and the Political Economy of Policy Reform*, edited by Gordon C. Rausser, 107–24. Berlin, Heidelberg, New York: Springer-Verlag.

1995. "Public Goods and Welfare Transfer Tradeoffs" (with W. E. Foster). In *GATT Negotiations and the Political Economy of Policy Reform*, edited by Gordon C. Rausser, 125–43. Berlin, Heidelberg, New York: Springer-Verlag.

1995. "Mobility, Diversification, and Sustainability of Trade Reform" (with W. E. Foster and R. GR.). In *GATT Negotiations and the Political Economy of Policy Reform*, edited by Gordon C. Rausser, 145–64. Berlin, Heidelberg, New York: Springer-Verlag.

1995. "Modeling Policy Reform in the U.S. Wheat and Feed Grain Sectors" (with R. E. Just and D. Zilberman). In *GATT Negotiations and the Political Economy of Policy Reform,* edited by Gordon C. Rausser, 175–254. Berlin, Heidelberg, New York: Springer-Verlag.

1995. "The Determination of Technology and Commodity Policy in the U.S. Dairy Industry" (with H. de Gorter and D. Nielson). In *GATT Negotiations and the Political Economy of Policy Reform*, edited by Gordon C. Rausser, 253–74. Berlin, Heidelberg, New York: Springer-Verlag.

1995. "Modeling Phased Reductions of Distortionary Policies in the U.S. Wheat Market under Alternative Macroeconomic Environments" (with Steve Labson). In *GATT Negotiations and the Political Economy of Policy Reform*, edited by Gordon C. Rausser, 275–314. Berlin, Heidelberg, New York: Springer-Verlag.

1995. "Alternative Subsidy Reduction Paths: The Role of Fiscal and Monetary Policy Linkages" (with Pier-Giorgio Ardeni). In *GATT Negotiations and the Political Economy of Policy Reform,* edited by Gordon C. Rausser, 315–45. Berlin, Heidelberg, New York: Springer-Verlag.

1994. "Government Agricultural Policy, the United States." In *The Encyclopedia of Agricultural Sciences* vol. 2, edited by C. J. Arntzen, 465–476. San Diego, CA: Academic Press.

1994. "Disruption and Continuity in Bulgarian Agrarian Reform" (with R. F. Lyons and L..K. Simon). In *Privatization of Agriculture in New Market Economies: Lessons from Bulgaria,* edited by Andrew Schmitz, Kirby Moulton, Allan Buckwell, and Sofia D.ola. Boston: Kluwer Academic Publishers.

1994. "Productive and Predatory Public Policies: Research Expenditures and Producer Subsidies in Agriculture." Rpt. in *Agricultural Economics*, edited by G. H. P.s. Aldershot, UK: Edward Elgar.

1993. "International Impacts of Reduced Intervention in Agricultural Markets." In *International Agricultural Trade and Market Development Policy in the 1990s*, edited by J. W. Helmuth and Don F. Hadwiger, 81–114 .Westport, CT: Greenwood Press.

1993. "Managing Groundwater Quality under Uncertainty" (with D. Sunding, D. Zilberman, and A. Marco). In *Quantifying Long-Run Risks in Agriculture,* edited by Michele Marra, 1–33. Proceedings, seminar sponsored by Southern Regional Project S-232, Jekyll Island, GA, March, 1993. Orono, ME: Department of Resource Economics and Policy.

1993. "An Emerging Framework for Economic Development: A LDC Perspective." In *Industrial Policy for Agriculture in the Global Economy*, edited by S. R. Johnson and S. A. Martin 229–45. Ames, IA: Iowa State University Press.

1992. "The Structure of Research and Transfer Policies in International Agriculture" (with D. R. Lee). In *Issues in Agricultural Development, Sustainability and Cooperation,* edited by Margot Bellamy and Bruce Greenshields. International Association of Agricultural Economists Occasional Paper 6, 34–42.

1992. "Environmental and Agricultural Policy Linkages and Reforms in the United States under the GATT" (with R. Just and D. Zilberman). In *Improving Agricultural Trade Performance under the GATT*, edited by Tilman Becker, R. GR., and A. Schmitz. Wissenschaftsverlag Vauk Kiel KG.

1992. "The Political Economy of Transition in Eastern Europe: Packaging Enterprises for Privatization" (with L. K. Simon). In *The Emergence of Market Economies in Eastern Europe*, edited by Christopher Clague and Gordon Rausser, 245–70. Cambridge, MA: Blackwell.

1992. "Lessons for Emerging Market Economies in Eastern Europe." In *The Emergence of Market Economies in Eastern Europe,* edited by Christopher Clague and Gordon Rausser, 311–32. Cambridge, MA: Blackwell.

1991. "An Assessment of the Agricultural Economics Profession." In *Social Science Agricultural Agendas and Strategies,* edited by Glenn R. Johnson and J. T. Bonnen. East Lansing, MI: Michigan State University Press.

1991. "The Political Economy of Agriculture in the United States." In *The Political Economy of North America Agricultural Policies and Trade*, edited by Hans Michelmann, Jack Stabler, and Gary Storey, 57–91. Boulder, CO: Westview Press.

1991. "Public Research in Agriculture: An Alternative Institutional Framework" (with D. Zilberman). In *Economic Models, Estimation, and Socioeconomic Systems: Essays in Honor of Karl Fox*, edited by Tej K. Kaul and Jati K. Sengupta, 33–53. Amsterdam: Elsevier.

1991. "Organizational Failure and the Political Economy of Water Resources Management" (with P. Zusman). In *The Economics and Management of Water and Drainage in Agriculture*, edited by Ariel Dinar and D. Zilberman, 735–58. Boston: Kluwer Academic Publishers.

1991. "The Evolution and Coordination of U.S. Commodity and Resource Policies" (with W. E. Foster). In *Commodity and Resource Policies in Agricultural Systems*, edited by R. E. Just and Nancy Bockstael, 17–45. Berlin, Heidelberg, New York: Springer-Verlag.

1991. "Dynamic Welfare Analysis and Commodity Futures Markets Overshooting" (with N. Walraven). In *International Commodity Market Modelling: Advances in Methodology and Applications,* edited by Orhan Guvenen, Walter C. Labys, and Jean-Baptiste Lesourd, 211–32. London and New York: Chapman and Hall.

1990. "Empirical Pricing Measures for Futures Markets" (with N. Walraven). In *Commodity Futures and Financial Markets,* edited by Louis Philips, 179–203. Boston: Kluwer Academic Publishers.

1990. "The Politics of Economic Policy Reform" (with E. Scott T.). In *Development Issues, 1990,* edited by R. Roskens, 4–19. Washington, DC: U.S. Government Printing Office.

1990. "World Commodity Prices: The Role of External Debt and Industrial Country Policies" (with M.G. Rose and D.A. Irwin). In *Agricultural Trade Liberalization: Implications for Developing Countries,* edited by Ian Goldin and Odin Knudsen, 415–45. (Paris: Organisation for Economic Cooperation and Development, and Washington, DC: The World Bank.

1989. "Endogenizing Policy in Models of Agricultural Markets" (with H. de Gorter). In *Agriculture and Governments in an Interdependent World*, edited by Allen Maunder and Alberto Valdés, 259–74. Proceedings, Twentieth International Conference of Agricultural Economists, Buenos Aires, August, 1988. Aldershot, UK: Dartmouth.

1989. "The Macroeconomic Dimension of Agricultural and Food Policy Reform." In *World Food System: Hunger in the Midst of Plenty,* vol. 2, edited by J. W. Helmuth and S. R. Johnson, 90–109. Ames, IA: Iowa State University Press.

1989. "The Impacts of Economic Reform for Agricultural and Food Policy" (with W. E. Foster). In *World Food System: Hunger in the Midst of Plenty,* vol. 1, edited by J. W. Helmuth and S. R. Johnson, 95–99. Ames, IA: Iowa State University Press.

1989. "Alternative Strategies for Trade Policy Reform" (with Brian D. Wright). In *Policy Coordination in World Agriculture,* edited by Harald von Witzke, C. Ford Runge, and Brian Job, 117–159. Minneapolis: University of Minnesota Press.

1989. "A Coherent Policy for U.S. Agriculture" (with W. E. Foster). In *Food, Policy, and Politics: A Perspective on Agriculture and Development*, edited by George Horwich and Gerald J. Lynch, 191–237. Boulder, CO: Westview Press.

1988. "Developments in Economics of Importance to Agricultural Economics: A Discussion." In *Agriculture and Rural Areas Approaching the 21st Century: Challenges for Agricultural Economics,* edited by R. J. Hildreth et al., 257–264. Ames, IA: Iowa State University Press.

1988. "The Macroeconomics of Agriculture in Rural America." In *Agriculture and Rural Areas Approaching the 21st Century: Challenges for Agricultural Economics,* edited by R. J. Hildreth et al., 384–95. Ames, IA: Iowa State University Press.

1988. "Stability Issues and Policy Analysis." In *Agricultural Stability and Farm Programs,* edited by Dan Sumner, 143–170. Boulder, CO: Westview Press.

1988. "Overshooting of Agricultural Prices" (with Kostas G. Stamoulis). In *Macroeconomics, Agriculture, and Exchange Rates*, edited by P. L. Paarlberg and R. G. Chambers, 163–189. International Agricultural Trade Research Consortium. Boulder, CO: Westview Press.

1987. "The Food Marketing System: The Relevance of Economic Efficiency Measures" (with J. M. Perloff and P. Zusman). In *Economic Efficiency in Agricultural and Food Marketing,* edited by R. L. Kilmer and Walter J. Armbruster, 3–31. Ames, IA: Iowa State University Press.

1987. *Toward Agricultural Policy Reform*. Economic Report of the President, 147–78. Washington, DC: U.S. Council of Economic Advisors.

1986. "Modeling the Effects of Policy on Farmers in Developing Agriculture" (with R. E. Just and D. Zilberman). *International Journal of Development Planning Literature* 1(3): 287–300. Rpt. in 1992, *Theoretical Foundations of Development Planning*, edited by S.B. Dahiya. Delhi Vedams Books International, Concept Publishing Company.

1986. "Modeling Alternative Trade and Macroeconomic Scenarios: Implications for U.S. Agriculture" (with Kostas G. Stamoulis, H. A. Love, and J. A. Chalfant). In *Impacts of Farm Policy and Technological Change on U.S. and California Agriculture.* edited by Harold O. Carter, 91–136. Davis, CA: University of California, Agricultural Issues Center.

1985. "Instability in Agricultural Markets: The U.S. Experience" (with J. A. Chalfant and Kostas G. Stamoulis). In *Agriculture in a Turbulent World: Proceedings of the Nineteenth International Conference of Agricultural Economists*, edited by Allen Maunder and Ulf Renborg, 595–604. Aldershot, UK: Gower.

1985. "A Synthesis of Major Studies and Options for 1984." In *The Dilemmas of Choice*, edited by Kent A. Price, 201–46. Washington, DC: The National Center for Food and Agricultural Policy, Resources for the Future.

1985. "Macroeconomics and U.S. Agricultural Policy." In *U.S. Agricultural Policy: 1985 Farm Legislation,* edited by Bruce L. Gardner, 207–52. Washington, DC: American Enterprise Institute for Public Policy Research.

1984. "Review and Assessment of Alternative Agricultural Policy Proposals" (with L. S. Calvin and W. E. Foster). In *Alternative Agricultural and Food Policies and the 1985 Farm Bill,* edited by Gordon C. Rausser and Kenneth R. Farrell, 143–82. Berkeley, CA: University of California Giannini Foundation of Agricultural Economics, and Washington, DC: Resources for the Future. San Leandro, CA: Blaco.

1984. "Uncertain Economic Environments and Conditional Policies" (with R. E. Just). ). In *Alternative Agricultural and Food Policies and the 1985 Farm Bill,* edited by Gordon C. Rausser and Kenneth R. Farrell, 101–32. Berkeley, CA: University of California Giannini Foundation of Agricultural Economics, and Washington, DC: Resources for the Future. San Leandro, CA: Blaco.

1984. "Summary and Conclusions" (with Kenneth R. Farrell). ). In *Alternative Agricultural and Food Policies and the 1985 Farm Bill,* edited by Gordon C. Rausser and Kenneth R. Farrell, 1–8. Berkeley, CA: University of California Giannini Foundation of Agricultural Economics, and Washington, DC: Resources for the Future. San Leandro, CA: Blaco.

1984. "Monetary Policy and U.S. Agriculture" (with J. W. Freebairn and H. de Gorter). In *International Agricultural Trade: Advanced Readings in Price Formation, Market Structure, and Price Instability*, edited by Andrew Schmitz and Alexander H. Sarris, 99–123. Boulder, CO: Westview Press.

1984. "Agricultural Policy: A Synthesis of Major Studies and Options for 1985" (with W. E. Foster), 120. National Conference on Food, Agriculture, and Resources. Washington, DC: Resources for the Future.

1983. "A Proper Perspective for Considering Adaptive Economics" (with D. Zilberman). In *Modeling Farm Decisions for Policy Analysis*, edited by Kenneth H. Baum and Lyle P. Schertz, 56–60. Boulder, CO: Westview Press.

1980. "Implications of United States Experience for Water Resource Planning in Egypt" (with Margriet F. Caswell). In *The Economic Challenges of Peace: Agriculture and the Economic Transition in Egypt,* edited by S. R. Johnson, J. R. Moore, and Martin Wannanen, 48–64. Proceedings, Conference held in Alexandria, Egypt, July 7–9, 1980. Columbia, MO: University of Missouri Department of Agricultural Economics.

1983. "Expectation and Intertemporal Pricing in Commodity Futures and Spot Markets" (with R. E. Just). In *Applied Commodity Price Analysis, Forecasting, and Market Risk Management,* edited by Martin L. Hayenga, 252–79. Proceedings, NCR-134 Conference, April 20–21, 1980, Des Moines, Iowa. Ames, IA: Iowa State University, Department of Agricultural Economics.

1983. "Modeling Equity and Efficiency in Agricultural Production Systems" (with R. E. Just and D. Zilberman). In *Growth and Equity in Agricultural Development,* edited by A. Maunder and Kazushi Ohkawa, 120–35. Proceedings, 18th International Conference of Agricultural Economics, Jakarta, Indonesia, 1982. Aldershot, UK: Gower; and Oxford: Institute of Agricultural Economics.

1983. "Lead-Lag Price Relationships Between Thinly and Heavily Traded Commodity Futures Markets" (with C. A. Carter). In *Applied Commodity Price Analysis, Forecasting, and Market Risk Management,* edited by Martin L. Hayenga, 252–79. Proceedings, NCR-134 Conference, April 241–51, 1980, Des Moines, Iowa. Ames, IA: Iowa State University, Department of Agricultural Economics.In *Applied Commodity Price Analysis, Forecasting, and Market Risk Management*.

1982. "The Distributional Impacts of Agricultural Programs" (with D. Zilberman and R. E. Just). In *Proceedings from Perspectives on Food and Agricultural Policy Research Workshop,* 33–60. Oak Brook, IL: Farm Foundation.

1981. "Principles of Policy Modeling in Agriculture" (with R. E. Just). In *Modeling Agriculture for Policy Analysis in the 1980s,* 139–74. Kansas City: Federal Reserve Bank of Kansas City. Rpt. 1982, *New Directions in Econometric Modeling and Forecasting in U.S. Agriculture,* 763–800. New York: Elsevier.

1982. "Institutionalizing a Large Scale Econometric Model: The Case of Agricultural Canada" (with S. R. Johnson and Bruce Huff). In *New Directions in Econometric Modeling and Forecasting in U.S. Agriculture,* edited by Gordon C. Rausser, 801–30. New York: Elsevier.

1982. "Composite Forecasting in Commodity Systems" (with S. R. Johnson). In *New Directions in Econometric Modeling and Forecasting in U.S. Agriculture,* edited by Gordon C. Rausser, 719–62. New York: Elsevier.

1982. "Structural Change, Updating, and Forecasting" (with Yair Mundlak and S. R. Johnson). In *New Directions in Econometric Modeling and Forecasting in U.S. Agriculture,* edited by Gordon C. Rausser, 659–718. New York: Elsevier.

1982. "Developments in Theory and Empirical Applications of Endogenous Governmental Behavior" (with Erik Lichtenberg and Ralph Lattimore). In *New Directions in Econometric Modeling and Forecasting in U.S. Agriculture,* edited by Gordon C. Rausser, 547–614.

1982. "Food and Agriculture Sector Linkages to the International and Domestic
Macroeconomies" (with J. W. Freebairn and H. de Gorter). In *New Directions
in Econometric Modeling and Forecasting in U.S. Agriculture,* edited by
Gordon C. Rausser, 503–46. New York: Elsevier.

1982. "Price Supports and Demand in Commodity Market Modeling" (with Chris Riboud).
In *New Directions in Econometric Modeling and Forecasting in
U.S. Agriculture,* edited by Gordon C. Rausser, 319–42. New York: Elsevier.

1982. "Consumer Demand, Grades, Brands, and Margin Relationships" (with P. Berck). In
*New Directions in Econometric Modeling and Forecasting in U.S. Agriculture,*
edited by Gordon C. Rausser, 99–130. New York: Elsevier.

1982. "New Conceptual Developments and Measurements for Modeling the
U.S. Agricultural Sector." In *New Directions in Econometric Modeling and
Forecasting in U.S. Agriculture,* edited by Gordon C. Rausser, 1–14. New
York: Elsevier.

1982. "Simple Quantitative Models for Integrative Planning Frameworks." In *Planning and
Decision in Agribusiness: Principles and Experiences*, edited by Claus H. Hanf
and Gerhard W. Schiefer, 335–69. New York: Elsevier.

1982. "Food Grain Policy in Bangladesh." In *Planning and Decision in Agribusiness:
Principles and Experiences*, edited by Claus H. Hanf and Gerhard W. Schiefer,
241–62. New York: Elsevier.

1981. "Principal Issues in the Evaluation of Public Research in Agriculture" (with Alain
de Janvry, Andrew Schmitz, and D. Zilberman). In *Methodology for Evaluation
of Agriculture Research,* edited by Walter L. Fishel, G.W. Norton, A. Paulsen,
and W. Burt Sunquist. Minneapolis: University of Minnesota Agricultural
Experiment Station Miscellaneous Publication No. 8.

1981. "Policy: Alternatives and Consequences of Conservation Technology on Agricultural
Land." In *Soil and Water Resources: Research Priorities for the Nation,* edited
by W. E. Larsen, L. M. Walsh, B. A. Stewart, and Don H. Boelter, 83–102.
Madison, WI: Soil Science Society of America.

1980. "A Putty-Clay Approach to the Distributional Effects of New Technology Under
Risk" (with R. E. Just and D. Zilberman). In *Operations Research in
Agriculture and Water Resources,* edited by Dan Yaron and C. Tapiero, 97–
121. Amsterdam: North-Holland.

1980. "Prospects and Limitations of Operations Research Applications in Agriculture and
Agricultural Policy" (with R. E. Just and D. Zilberman). In *Operations
Research in Agriculture and Water Resources*, Chapter 2, edited by Dan Yaron
and C. Tapiero, 17–40. Amsterdam: North-Holland.

1980. "The Israeli Poultry Marketing Board: Price Production and Inventory Controls" (with E. Hochman and Eliahu Comay). In *Applied Stochastic Control in Econometrics and Management Science,* edited by Alain Bensoussan, Paul R. Kliendorfer, and C. S. Tapiero, 1–38. Amsterdam and New York: North-Holland .

1980. "Futures Versus Commercial Econometric Models" (with R. E. Just). In *Futures Trading Seminar*, edited by Anne Peck, 6. Chicago: Board of Trade of the City of Chicago.

1979. "Models of the U.S. Corn System." In *Agribusiness Management for Developing Countries—Southeast Asia Corn Systems*, edited by R. Allan Goldberg and R. C. McGinity, 576–626. Harvard University Southeast Asian Regional Centre for Graduate Study and Research in Agriculture. Boston: Ballinger.

1977. "A Survey of Systems Analysis and Simulation in Agricultural Economics" (with S. R. Johnson). In *Quantitative Methods in Agricultural Economics, 1940s to 1970s*, edited by G.G. Judge et al, 156–301. Minneapolis: University of Minnesota Press.

1977. "Firm Growth Policies Under Different Pollution Abatement, Production, and Financial Structures" (with E. Hochman). In *Economic Growth of the Agricultural Firm*, edited by C. Baker and R. Barry. Pullman, WA: Washington State University College of Agriculture Research Center.

1976. "Environmental Impacts on Electricity Systems Growth" (with A.. S. Cohen and Gideon Fishelson). In *Environmental Pollutants and the Urban Economy*, edited by George S. Tolley and A. S. Cohen. Chicago: University of Chicago Center for Urban Studies.

1976. "Environmental Policies for Power Plants" (with Gideon S. Fishelson and A. S. Cohen. In *Environmental Pollutants and the Urban Economy*, edited by George S. Tolley and A. S. Cohen. Chicago: University of Chicago Center for Urban Studies.

1976. "Economic Forecasting: The Case of Australian Agriculture" (with J. W. Freebairn). In Proceedings of the Business and Economic Statistics Section: Papers presented at the annual meeting of the American Statistical Association, Boston, Massachusetts, August 23–26, 1976, 5425–48. Washington, DC: American Statistical Association Business and Economic Statistics Section.

1975. "An Estimating Method for Models with Stochastic, Time Varying Parameters" (with S. R. Johnson). ). In Proceedings of the Business and Economic Statistics Section: Papers presented at the annual meeting of the American Statistical Association, Atlanta Georgia, August 25–28, 1975, 356–61. Washington, DC: American Statistical Association Business and Economic Statistics Section.

1972. "Normalization Rules, Approximate Small Sample Properties and the TSLS
       Estimator" (with S. R. Johnson). In Proceedings of the Business and Economic
       Statistics Section: Papers presented at the annual meeting of the American
       Statistical Association, Montreal, Canada, August 14–17, 1972, 420–25.
       Washington, DC: American Statistical Association Business and Economic
       Statistics Section.

1971. "Uncertainty and Decision-Making in Water Resources" (with G. W. Dean). In
       *California Water: A Study in Resource Management*, edited by D. Seckler,
       233–50. Berkeley: University of California Press.

1971. "An Appendix on Water Resource Decision Making Under Conditions of
       Uncertainty" (with G. W. Dean). In *California Water: A Study in Resource
       Management*, edited by D. Seckler, 310–44. Berkeley: University of California
       Press.

1970. "Forecasting Weekly Lemon Prices by a Distributed Lag Model with Fourier
       Transform Methods" (with Dean Chen). In Proceedings of the Business and
       Economic Statistics Section: Papers presented at the annual meeting of the
       American Statistical Association, Detroit, MI. Washington, DC: American
       Statistical Association Business and Economic Statistics Section.

1970. "A General Framework for AgG.ation in Linear Programming Models" (with
       Quirino Paris). *Proceedings, Annual Meeting, Western Agricultural Economics
       Association.*

1969. "A Time Series Analysis of the U.S. Hog Industry." Proceedings, Annual Meeting,
       Western Agricultural Economics Association.

1969. "Futures Price Behavior as a Stochastic Process" (with T. F. Cargill). *American
       Statistical Association Proceedings*, Business and Economic Statistics Section.

## IV.    Commissioned Papers, Governmental Reports, and Panel Discussion Papers

2010. "Declaration of Gordon C. Rausser, Ph.D." Implementation of Regulations Required Under
       Title XI of the Food, Conservation and Energy Act of 2008; Conduct in Violation of Act. RIN
       0580-AB07. U.S. Department of Agriculture Grain Inspection, Packers and Stockyards
       Administration.

2010. "Unintended Consequence of Proposed GIPSA Regulations."

2010. "An Assessment of Proposed EPA Financial Assurances Regulations."

2006. "Agri-environmental Policy in the European Union: Who's in Charge?" (K. Baylis and L.
       Simon). Canadian Agricultural Trade Policy and Competitiveness Research Network
       (CATPRN) Commissioned Paper CP 2006-4.

2005. "Multifunctionality in the EU: pollution or politics? Implications for Canadian Trade" (with
       K. Baylis, S. Peplow, and L. Simon). Report for Agriculture and Agri-Food Canada.

2005. "Agri-Environmental Programs in the United States and European Union" (with K. Baylis and L. Simon). Feedinfo 2005 http://www.feedinfo.com

1999. "Fueling the Research Engine." *California Monthly* 109(5).

1999. "Private/Public Research: Knowledge Assets and Future Scenarios." Annual meeting of the American Agricultural Economics Association, Nashville, TN, August.

1997. "Agricultural Trade Liberalization and Capital Flows in the Americas" (with J. Reitzes, Roger Hickey, and Jeremy Arnone). Center for Agricultural and Rural Development, GATT Paper 96–GATT 2.

1997. "The Judgment Proof Opportunity" (with Klaas van 't Veld and L. K. Simon). Discussion paper presented at the 2nd Toulouse Conference on Environmental Economics, May 14–16, Toulouse, France. Working Paper No. 83.97. Fondazione Eni Enrico, Mattei Institut d'Economie Industrielle, and INFRA.

1997. "Information Asymmetries, Uncertainties, and Cleanup Delays at Superfund Sites" (with L. K. Simon and J. Zhao). Discussion paper presented at the 2nd Toulouse Conference on Environmental Economics, May 14–16, Toulouse, France. Fondazione Eni Enrico, Mattei Institut d'Economie Industrielle, and INFRA.

1995. "Trade Analyses and Policy Design (TAPD) Activity to Support Agriculture and Agribusiness Projects in Central and Eastern European Countries." Project report, Department of Agricultural and Resource Economics, University of California, Berkeley; coordinated by the Institute of Policy Reform (Grant No. M2055, Fund No. 79048) and funded by the U.S. Agency for International Development (Agreement PDC-0095-A-00-1126-00).

1994. "Animal Agriculture's Impact on Water Quality in California." Panel discussion at a conference sponsored by the University of California Animal Agriculture Research Center, Agricultural Issues Center, and the Division of Agriculture and Natural Resources. Sacramento, CA, October 20.

1991. "Multidisciplinary Problem-Solving and Issue-Oriented Work with the PC/TC Approach." Prepared for the Social Science Agricultural Agenda Project's multidisciplinary workshop "Strategies and Agendas for the Rural Social Sciences." Sponsored by The American Agricultural Economics Association, the Rural Sociological Society, the Agricultural History Society, and others. Kansas City, MO, August 1–4.

1991. "International Policy Reform: Opportunities and Obstacles." Prepared for Plenary Presentation at the Summer 1991 Meeting of the Business-Higher Education Forum. University of California, Santa Barbara, June 27–29.

1991. "Futures Market Performance and Behavior." Report prepared for the Managed Futures Symposium, New York, May 1–3.

1990. "Urban Labor Markets and Economic Policy/Institutional Reform: Summary of a Workshop" (one of many collaborators). Development Discussion Paper No. 329 (Economic Policy Series). Cambridge: Harvard Institute for International Development.

1989. "Professional Relationships and the Role of Increasing Sophistication: Agricultural Economics and Economics" (with R. E. Just). Unpublished manuscript. Berkeley: University of California Department of Agricultural and Resource Economics.

1989. "United States Pledging Statement." Report to the 32nd Meeting of the Intergovernmental Group on Indonesia. The Hague, Netherlands.

1989. "The Structure of the Intergovernmental Group on Indonesia." Unpublished report to the 32nd Meeting of the Intergovernmental Group on Indonesia." The Hague, Netherlands.

1989. "A New Approach to Country Development Strategy Statements." Report to the Administrator, Agency for International Development, Washington, DC.

1989. "Privatization and the Provision of Social Services." Confidential report to the Administrator, Agency for International Development, Washington, DC.

1989. "The Thailand Mission and Economic Analytical Support." Confidential report to the Administrator, Agency for International Development, Washington, DC.

1989. "The Philippines Mission and Economic Analytical Support." Confidential report to the Administrator, Agency for International Development, Washington, DC.

1989. "The Pakistan Mission and Economic Analytical Support." Confidential report to the Administrator, Agency for International Development, Washington, DC.

1989. "Major Economic Constraints, Challenges and Objectives of the U.S. Foreign Assistance Program." Unpublished position paper to the Administrator, Agency for International Development, Washington, DC.

1989. "The Indonesia Mission and Economic Analytical Support." Confidential report to the Administrator, Agency for International Development, Washington, DC.

1989. "The Bangladesh Mission and Economic Analytical Support." Confidential report to the Administrator, Agency for International Development, Washington, DC.

1989. "The Afghanistan Mission and Economic Analytical Support." Confidential report to the Administrator, Agency for International Development, Washington, DC.

1989. "Third World Debt and A.I.D.'s Position." Confidential report to the Administrator, Agency for International Development, Washington, DC.

1989. "An Institute for Policy Reform." Unpublished position paper to the Administrator, Agency for International Development, Washington, DC.

1989. "An Economic Development Consortium." Unpublished position paper to the Administrator, Agency for International Development, Washington, DC.

1989. "An A.I.D. Economic Research Associate and Fellowship Program." Unpublished position paper to the Administrator, Agency for International Development, Washington, DC.

1988. "Toward a Framework for the Design of Internal Agricultural Policy Reform." Report presented to the Economic Research Service, U.S. Department of Agriculture, Washington, DC.

1988. "The Honduras Mission and Economic Analytical Support." Confidential report to the Administrator, Agency for International Development, Washington, DC.

1988. "The Guatemala Mission and Economic Analytical Support." Confidential report to the Administrator, Agency for International Development, Washington, DC.

1988. "Government Credibility, Partial Compensation, and the Market for Policy Reform." Report to the International Agricultural Trade Consortium. Washington, DC.

1988. "The El Salvador Mission and Economic Analytical Support." Confidential report to the Administrator, Agency for International Development, Washington, DC.

1988. "The Costa Rica Mission and Economic Analytical Support." Confidential report to the Administrator, Agency for International Development, Washington, DC.

1988. "Determination of the Predominance of Various Expectation Patterns in Commodity Future and Spot Markets" (with R. E. Just). Unpublished manuscript, University of California, Department of Agricultural and Resource Economics.

1987. "Restructuring the Farm Credit System" (with S. Woodward). Confidential report to the Farm Credit Administration, Washington, DC.

1987. "The Effects of U.S. Macro and Micro Policies on LDC Debtors: Measuring Commodity Price Linkages" (with Marjorie Rose). Report presented to the International Monetary Fund, Washington, DC, 1987.

1987. "The Environmental Effects of U.S. Agriculture and Food Policies: The Case of Water Quality and Quantity." Confidential report presented to the Environmental Protection Agency. Washington, DC.

1987. "The Design and Implementation of Public Policy Reform." Report to the Agency for International Development, Washington, DC.

1987. "Political Failure and the Reform of Agricultural Policy." Paper presented to the Australian Society of Agricultural Economics, Adelaide, Australia.

1987. "Necessary and Sufficient Conditions for Policy Reform." Report to the Agency for
International Development, Washington, DC.

1987. "GATT Negotiations and Agriculture: Alternative Measures of Government
Intervention." Confidential Report presented to the U.S. Trade Representative,
Washington, DC.

1987. "Agriculture Research: The Incidence of Burden in the Public and Private Sector."
Confidential report to the Agriculture Research Service, U.S. Department of
Agriculture, Washington, DC.

1986. "Political Failure and the Design of U.S. Agricultural Policy." In *The Science of
Agriculture and Natural Resources—A Foundation for the Future*. Berkeley:
Division of Agricultural and Natural Resources, University of California.

1986. "Sources of Misery in California and U.S. Agriculture." Report presented to the
California League of Women Voters, Los Angeles, CA.

1986. "Effects of Dollar Value Changes." Report to the Conference on Pacific Rim: Issues
and Opportunities, California Agricultural Trade Seminars.

1987. "Political Failure and the Design of U.S. Agricultural Policy." Town Hall California
Reporter, 3–4.

1986. "Multiple Effects of Exchange Rates on Import Demand: The Case of
U.S. Agricultural Trade with Japan" (with Yasuo Nishiyama). Unpublished
manuscript, University of California, Berkeley, Department of Agricultural and
Resource Economics.

1986. "Information, Risk Allocation, Transaction, and Linkage Efficiencies in Futures
Markets" (with W. E. Foster, Dermot Hayes, and N. Walraven). Unpublished
manuscript, University of California, Berkeley, Department of Agricultural and
Resource Economics.

1985. "Lead-Lag Price Relationships Among Commodity Futures Markets" (with C. A.
Carter). Unpublished manuscript, University of California, Berkeley,
Department of Agricultural and Resource Economics.

1984. "Real Income Stabilization and Food Security for LDC's" (with Kathryn M.
Gordon). Unpublished manuscript, University of California, Berkeley,
Department of Agricultural and Resource Economics.

1982. "The Efficiency and Equity Implications of Policy Alternatives in Agricultural
Systems of LDCs" (with R. E. Just and D. Zilberman). Unpublished manuscript,
University of California, Berkeley, Department of Agricultural and Resource
Economics.

1982. "Post-Bayesian Statistical Inference" (with Arnold Faden). Unpublished manuscript, University of California, Berkeley, Department of Agricultural and Resource Economics.

1991. "An Optimal Dynamic Hedging Model for Grains" (with R. Nelson and Andrew Schmitz). Unpublished manuscript, University of California, Berkeley, Department of Agricultural and Resource Economics.

1979. "Construction of Decision Support Systems for Agricultural Marketing Boards and Other Public Agencies in Less Developed Countries: Part I" (with J. Yassour). AID Contract No. AID/DSAN-C-0001, Washington, DC.

1979. "Construction of Decision Support System for the National Grains Authority of the Philippines: Part II" (with J. Yassour). AID Contract No. AID/DSAN-C 0001, Washington, DC.

1975. "Development of Iowa Coal: A Systems Analytical Approach" (with R. Levins and A. Pagoulatos). Iowa State University, Energy and Mineral Resources Research Institute Report No. IS-ICP-9, Ames, IA.

1975. "The Feasibility of Mining Coal in Iowa: An Economic Evaluation" (with R. A. Levins and M. D. Boehlje). Ames, IA: Iowa State University, Energy and Mineral Resources Research Institute Report No. IS-ICP-6.

1975. "The Commonwealth Edison System" (with Gideon Fishelson). University of Chicago Urban Economics Report.

1975. "Environmental Impacts of an Electrical Energy Systems Growth" (with Gideon Fishelson). University of Chicago Urban Economics Report.

1975. "Environmental Effects of Altering the Existing Commonwealth Edison System" (with Gideon S. Fishelson). University of Chicago Urban Economics Report.

1974. "Taxes as Solutions to Externalities" (with R. Zerbe). University of Chicago Urban Economics Report.

1974. "Enforcement, Transaction Costs, and Monitoring of Pollution" (with Gideon Fishelson). University of Chicago Urban Economics Report.

1973. "Approximate Adaptive Control Solutions to the U.S. Beef Trade Policy Problem." (with J. W. Freebairn). University of Chicago, Center for Mathematical Studies in Business and Economics, Report No. 7337.

1973. "Learning, Production, and Investment in Natural Resource Industries." University of Chicago, Center for Mathematical Studies in Business and Economics, Report No. 7336.

1971. "A Dynamic Econometric Model of the California-Arizona Orange Industry." Unpublished Ph.D. dissertation, University of California, Davis, 1971.

# V. Working Papers

2011. "The Impact of Economic Factors on Food Consumption and Obesity" (with L. Thurström). Working Paper No. 48 of the Department of Economics, UMEA University and The Swedish Retail Institute, Stockholm.

2010. "The Mexican Common Property Forestry Sector" (with C. M. Antinori). Working Paper No. 1105, Department of Agricultural and Resource Economics, University of California, Berkeley. (Spanish version also available, "El Sector de la Propiedad Social Forestal en Mexico.")

2007. "General Equilibrium in Vertical Market Structures: Overselling versus Overbuying" (with R. Just). Working Paper, Department of Agricultural and Resource Economics University of California, Berkeley.

"Domestic Support Disciplines in the WTO" (with H.D. Gorter, Q. Luong, and L.K. Simon).

2007. "Incentives and tradeoffs for politicians in the policy setting process" (with Ricardo H. Cavazos-Cepeda). Submitted to 2007 Midwest Political Science Association Conference.

2005. "Option Values and Externalities from Public/Private Interaction in Agricultural Research" (with Jason A. Winfree and J. J. McCluskey). Presented at the Annual Meeting of American Agricultural Economics Association (AAEA), August.

"Law in Vertical Market Structures: The Role of Benefit-Cost Analysis" (with R. E. Just).

2005. "Causes of Multifunctionality: Pollution or Politics?" (with K. Baylis, S. Peplow, and L. Simon). Food and Resource Economics Working Paper, 2005-01, University of British Columbia. http://agecon.lib.umn.edu/cgi-bin/pubview.pl?pubid=78

2000. "Fitting the Glass Slipper: Optimal Capital Structure in the Face of Liability" (with Klaas T. van 't Veld and L. K. Simon). Department of Agricultural and Resource Economics Working Paper No. 917. University of California, Berkeley.

2000. "Environmental Remedies: An Incomplete AgG.ation Game" (with L. K. Simon and J. Zhao). Berkeley Program in Law & Economics, Working Paper Series 21. http://repositories.cdlib.org/blewp/21/.

2000. "Processor Placements and Producer Incentives: Analyzing Broiler Chicken Production Contracts" (with R. E. Goodhue and L. K. Simon). Department of Agricultural and Resource Economics Working Paper No. 858 rev., University of California, Berkeley.

1999. "A Matlab Version of the Multilateral Bargaining Model Applied to the Ardour Case Study" (with R. Goodhue, S. Morardet, P. Rio, L. Simon and S. Thoyer). Working Paper, Cemagref, Montpellier, France.

1999. "Les Formes Institutionnelles de la Gestion de l'Eau en France et en Californie:
Droits de propriete, decentralization et delegation" (with R. Goodhue, S.
Morardet, P. Rio, L. Simon and S. Thoyer). Department of Agricultural and
Resource Economics Working Paper, University of California, Berkeley.

1999. "Intellectual Property and Market Structure in Agriculture" (with L. K. Simon and
Suzanne Scotchmer). Department of Agricultural and Resource Economics
Working Paper No. 880, University of California, Berkeley.

1999. "Bioprospecting with Patent Races" (with A. Small). Department of Agricultural and
Resource Economics Working Paper No. 878, University of California,
Berkeley.

1999. "The Basis for Political Preference Functions and Implications for Use" (with J. J.
McCluskey). Department of Agricultural and Resource Economics Working
Paper No. 876, University of California, Berkeley.

1999. "Zoning as a Control of Pollution in a Spatial Environment" (with O. Hochman).
Department of Agricultural and Resource Economics Working Paper No. 875,
University of California, Berkeley.

1999. "Cleanup Delays at Hazardous Waste Sites: An Incomplete Information Game" (with
L. K. Simon and J. Zhao). Department of Agricultural and Resource
Management Working Paper No. 839, University of California, Berkeley.

1999. "Do Incentives Matter? Product Quality and Contract Incentives in Processing
Tomatoes" (with C. Alexander and R. E. Goodhue). Department of Agricultural
and Resource Economics Working Paper No. 882, University of California,
Berkeley.

1998. "A Bayesian Model of Market Learning" (with R. E. Goodhue and L. K. Simon).
Department of Agricultural and Resource Economics Working Paper No. 837,
University of California, Berkeley.

1998. "A Dynamic Model of the Food Processing Sector in the New Market Economies of
Central Europe" (with R. E. Goodhue, R. Lyons, and L. K. Simon). Department
of Agricultural and Resource Economics Working Paper No. 859, University of
California, Berkeley.

1998. "Public and Private Provision of Public and Private Goods: A Bargaining-Theoretic
Perspective" (with L. K. Simon). Department of Agricultural and Resource
Management Working Paper No. 836, University of California, Berkeley,
March 1998.

1998. "The Market for Genetic Resources: Prior Information and Conservation Incentives." Working Paper No. 831, Department of Agricultural and Resource Economics, University of California, Berkeley.

"Environmental Activism and the Public Interest (with J. J. McCluskey). Department of Agricultural and Resource Economics Working Paper No. 802, University of California, Berkeley.

"Intellectual Property Rights and Market Structure in Agricultural Biotechnology" (with A. Small and Seung Jick Yoo). Department of Agricultural and Resource Economics Working Paper No. 799, University of California, Berkeley.

1999. "Bioprospecting with Prior Ecological Information" (with A. Small). Giannini Foundation Working Paper No. 819.

1996. "The Economic Value of Patents, Licenses, and Plant Variety Protection" (with A. A. Small). Department of Agricultural and Resource Economics Working Paper No. 797, University of California, Berkeley, June 1996.

1996. "A Computable Policy Model of Eastern European Food Processing" (with R. E. Goodhue, R. Lyons, and L. K. Simon). Department of Agricultural and Resource Economics Working Paper No. 838, University of California, Berkeley.

1996. "The Analytical Framework for the TAPD Project" (with R. E. Goodhue, R. Lyons and L. K. Simon). Department of Agricultural and Resource Economics Working Paper No. 762, University of California, Berkeley.

1995. "Political Preference Functions and Political Economic Modelling" (with L. K. Simon and Klaas van 't Veld). Department of Agricultural and Resource Economics Working Paper No. 743, University of California, Berkeley.

1995. "Inequality and the Choice of Redistributive and Public Good Policies: The Case of Agriculture" (with H. de Gorter and Johan F.M. Swinnen). Department of Agricultural and Resource Economics Working Paper No. 742, University of California, Berkeley.

1994. "Independence of Irrelevant Alternatives and Political Economy: A Critique and an Alternative" (with L. K. Simon and Klaas T. van 't Veld). Department of Agricultural and Resource Economics Working Paper No. 720, University of California, Berkeley.

1994. "The Economics of Remediation: The Decision Problem Facing a Single PRP" (with L. K. Simon and J. Zhao). Department of Agricultural and Resource Economics Working Paper No. 711, University of California, Berkeley.

1994. "The Political Economy of Transition: A Bargaining Theoretic Approach" (with R. F. Lyons and L. K. Simon). Department of Agricultural and Resource Economics Working Paper No. 709, University of California, Berkeley.

1994. "Instrument Selection in a Bargaining Model of Agricultural and Environmental
Policy Reform" (with L. K. Simon). Department of Agricultural and Resource
Economics Working Paper No. 708, University of California, Berkeley.

1994. "Putty-Clay Politics in Transition Economies" (with R. F. Lyons and L. K. Simon).
Department of Agricultural and Resource Economics Working Paper No. 707,
University of California, Berkeley.

1993. "Multilateral Bargaining in a Spatial Environment: Preliminary Results" (with Glenn
W. Harrison, Ron Harstad, and L. K. Simon). Department of Agricultural and
Resource Economics Working Paper No. 670, University of California,
Berkeley.

1993. "Transition to a Market Economy: The Case of Russia." Department of Agricultural
and Resource Economics Working Paper No. 666, University of California,
Berkeley.

1993. "A Strategic Model of Environmental Dispute Resolution" (with L. K. Simon).
Department of Agricultural and Resource Economics Working Paper No. 662,
University of California, Berkeley.

1993. "The Political Economy of Productive and Predatory Policies: The Case of U.S.
Dairy Policy" (with H. de Gorter and D. Nielson). Department of Agricultural
and Resource Economics Working Paper No. 661, University of California,
Berkeley.

1993. "Academic Research in Future Markets Performance and Behavior." Department of
Agricultural and Resource Economics Working Paper No. 656, University of
California, Berkeley.

1993. "International Policy Reform: Opportunities and Obstacles." Department of
Agricultural and Resource Economics Working Paper No. 653, University of
California, Berkeley.

1993. "Commodity Versus Research Policies under Endogenous Political Weights" (with
H. de Gorter and Jo Swinnen). Department of Agricultural and Resource
Economics Working Paper No. 649, University of California, Berkeley.

1993. "A Framework for Analyzing Specific Agricultural Policy Reform" (with R. E. Just
and D. Zilberman). Department of Agricultural and Resource Economics
Working Paper No. 647, University of California, Berkeley.

1992. "Burden Sharing and Public Good Investments in Policy Reform" (with L. K.
Simon). Department of Agricultural and Resource Economics Working Paper
No. 635, University of California, Berkeley.

1992. "Interactions Among Money, Exchange Rates, and Commodity Prices" (with Pier
Giorgio Ardeni). Department of Agricultural and Resource Economics Working
Paper No. 621, University of California, Berkeley.

1991. "A Noncooperative Model of Collective Decision Making: A Multilateral Bargaining Approach" (with L. Simon). Department of Agricultural and Resource Economics Working Paper No. 620, University of California, Berkeley.

1991. "Food Security, Land Allocation, and Country Hedging: A Case Study of China" (with Jianmin Liu). Department of Agricultural and Resource Economics Working Paper No. 594, University of California, Berkeley.

1991. "Burden Sharing and Public Good Investments in Policy Reform: A Numerical Sensitivity Analysis" (with L. K. Simon). Department of Agricultural and Resource Economics Working Paper No. 637, University of California, Berkeley, February 1991.

1990. "Policy Preference Functions: Grand Themes and New Directions" (with H. A. Love and D. M. Burton). Department of Agricultural and Resource Economics Working Paper No. 571, University of California, Berkeley.

1990. "Coupling Wealth Transfer Under Uncertain Rates of Technical Change (with W. E. Foster). Department of Agricultural and Resource Economics Working Paper No. 542, University of California, Berkeley.

1990. "LDC Debt and Policy Linkages in the Determination of World Commodity Prices" (with Coleman Bazelon). Department of Agricultural and Resource Economics Working Paper No. 538, University of California, Berkeley.

1990. "Endogenous Policy Theory: The Political Structure and Policy Formation" (with P. Zusman). Working Paper No. 537. Department of Agricultural and Resource Economics, University of California, Berkeley.

1990. "The Role of Institutions and Policy Reform in U.S. Foreign Assistance." Working Paper No. 522, Department of Agricultural and Resource Economics, University of California, Berkeley.

1989. "Endogenizing U. S. Milk Price Supports" (with H. de Gorter). Department of Agricultural and Resource Management Working Paper No. 504, University of California, Berkeley.

1988. "Flexible Public Policy: The Case of the United States Wheat Sector" (with H. A. Love). Department of Agricultural and Resource Management Working Paper No. 494, University of California, Berkeley.

1986. "Monetary Policy and Relative Farm Prices" (with J. A. Chalfant and Kostas G. Stamoulis). Department of Agricultural and Resource Economics Working Paper No. 413, University of California, Berkeley.

1986. "Futures Market and Efficiency" (with N. A. Walraven). Department of Agricultural and Resource Economics Working Paper No. 411, University of California, Berkeley.

1986. "Macroeconomics, Overshooting, and the U.S. Agriculture Sector" (with Yasuo
        Nishiyama and Kostas G. Stamoulis). Department of Agricultural and Resource
        Economics Working Paper No. 410, University of California, Berkeley.

1986. "The Effects of Monetary Policy on U.S. Agriculture" (with J. A. Chalfant, H. A.
        Love, and Kostas G. Stamoulis). Department of Agricultural and Resource
        Economics Working Paper No. 409, University of California, Berkeley.

1985. "Exchange Rates: Backward Linkage on U.S. Agriculture—The Case of Japan"
        (with Yasuo Nishiyama). Department of Agricultural and Resource Economics
        Working Paper No. 389, University of California, Berkeley.

1985. "Monetary Policies and the Overshooting of Flexible Prices: Implications for
        Agricultural Policy" (with J. A. Chalfant and Kostas G. Stamoulis). Department
        of Agricultural and Resource Economics Working Paper No. 372, University of
        California, Berkeley.

1990. "Farm Capital Structure and the Agency Cost of Outside Equity Ownership" (with
        Kathryn M. Gordon). Department of Agricultural and Resource Economics,
        University of California, Berkeley.


## CASE STUDIES

1978. Harvard University, Graduate School of Business Administration
        *Biogas of Colorado.*
        *Biotechnology and Agribusiness.*
        *Costs and Benefits of Models and Their Use in the Food Sector.*
        *Crown Zellerbach and the Management of Natural Resources.*
        *DRI Commodity Management Consultants.*
        *Effective Management and Utilization of Information Systems.*
        *Food Conglomerate, Inc.*
        *MacIntosh Chocolate Company (a).*
        *MacIntosh Chocolate Company (b).*
        *MacIntosh Chocolate Company (c).*
        *MacIntosh Chocolate Company (d).*
        *Manual for Designing, Constructing, and Using a Decision Support System.*
        *Note on Agricultural Sector Forecasts and Policy Evaluations.*
        *Note on Market Risk in Agribusiness.*
        *Note on Strategic Policy Evaluations.*
        *The Philippines National Rice and Grain Authority*
        *Strategy in the U.S. Pharmaceutical Industry*
        *Tariff and Nontariff Trade Barriers*
        *The World Bank and Agriculture in Less Developed Countries.*
1977. Harvard University, Graduate School of Business Administration
        *Agricultural Chemical International.*
        *Contractual Relationships in the Turkey Industry.*
        *Contractual Relationships in the Beet Sugar Industry.*

*Fed-Rite Food Distribution.*
*Forecasting in the Food Freezing Sector.*
*High Fructose Corn Syrup Manufacturing (a).*
*High Fructose Corn Syrup Manufacturing (b).*
*Note on Risk Management Frameworks.*
*Pricing, Product Differentiation, and U.S. Pharmaceutical Markets*
*Proposals for Grain Reserves.*
*Spreckels Sugar Division (a).*
*Spreckels Sugar Division (b).*
*U.S. Feed Grain Reserve Policy.*
1976. Harvard University, Graduate School of Business Administration
*Chase Econometric Associates, Inc.*
*Chemical Bank (a).*
*Chemical Bank (b).*
*Choosing Among Risk Profiles.*
*Common Commodity Future Market Fund.*
*Data Resources, Inc.*
*Design and Implementation of Decision Models.*
*Florida Department of Citrus.*
*Food Grain Import Policies in Bangladesh (a).*
*Food Grain Import Policies in Bangladesh (b).*
*Hedging and Pure Speculation.*
*Importance of a Good Forecasting System.*
*Israel Poultry Marketing Board.*
*Rancho Matilija.*
*Statistical Decision Theory Frameworks.*
*Thomte and Company.*
*1974. Harvard University, Graduate School of Business Administration*
*Simulation Models in Agribusiness.*
*Survey and Use of Decision Support Systems.*

## SELECTED KEYNOTE OR PLENARY SESSION PRESENTATIONS

2012 (upcoming). "Policy Pathways to a Viable Renewable Energy Sector" (with T.
    Vandemoortele and H. Zhi). 16th International Consortium on Applied Bioeconomy
    Research (ICABR) Conference on Sustainability and the Bioeconomy. Ravello, Italy,
    June. Also at Association of Environmental and Resource Economists (AERE)
    session on "Environment, Innovation, and Technical Change" at the Western
    Economic Association International (WEAI) 87th Annual Conference. San Francisco,
    June 29–July 3.

2012. "The Effect of Ethanol Production on Corn Prices" (with C. Carter and A. Smith). Fifth
    Berkeley Bioeconomy Conference: Renewable Resources. Berkeley, March.

2011. "A Market-Based Alternative to Crop Revenue Insurance" (with T. Sproul).
    Southern Association of Agricultural Experiment Station Directors SCC-76
    Information Exchange Group Conference. Pensacola, FL, March.

2011. "The Public-Sector Role in Jump-Starting a Viable Renewable-Energy Sector" (with Huayong Zhi). Association of Environmental and Resource Economists Summer Conference. Seattle, June.

2010. "Managing R&D Risk in Renewable Energy: Biofuels versus Alternate Technologies" (with Kiran Torani). Fourteenth International Consortium on Applied Bioeconomy Research (ICABR) Conference on Bioeconomy Governance. Ravello, Italy, June.

2010. "Is Biofuel a Good Investment?" Third Berkeley Conference on the Bioeconomy. Berkeley, CA, April.

2010. "Political Institutions, Governance Structures and Food Policy" (with Johann Swinnen). Allied Social Science Associations Annual Meeting. Atlanta, GA, January.

2009. "Modeling OTC Derivatives." Agricultural and Resource Economics Departmental Seminar. UC Berkeley, November.

2009. "Risk and Biofuel" (with Maya Papineau). The Biofuel Situation and Policies in Developing Countries Conference, Berkeley, CA, May 7–8.

2008. "Special Interests Versus the Public Interest: The Determination of Policy Instruments" (with Gerard Roland). World Bank Conference, 2008.

2008. "U.S. versus E.U. Biotechnology Regulations and Comparative Advantage: Implications for Future Conflicts and Trade" (with Gal Hochman and D. Zilberman). European Commission Transatlantic Biosafety and Biodiversity collaborative research workshop, UC Berkeley, December 11-12.

2008. "Managing R&D Risk in Renewable Energy" (with Maya Papineau). Risk, Infrastructure, and Industry Evolution Conference, Transition to a Bioeconomy, Berkeley, CA, June 24–25.

2008. "Commodity Price Boom: Implications for California Agriculture, Resources and Environment", Presented at President's Advisory Commission on Agriculture and Natural Resources, April.

2008. "Agricultural Biotechnology in California and the EU", Presented at EU-California Regulatory Cooperation Project Workshop, February.

2007. "Collective Choice: A Multilateral Bargaining Approach" Presented at Beijing University, May.

2007. "Property Rights and Collective Action in Natural Resources with Application to Mexico." Casa de California, Mexico City, June.

2007. "Second Stage: Political Economy Analysis of Distortion Patterns." Political Economy of Distortions to Agricultural Incentives conference, July.

2006. "Political Economy of Distortion Patterns Across Time and Countries." The World Bank Conference on "Distortions to Agricultural Incentives in Developing Countries," Bellagio, Italy, November.

2006. "General Equilibrium in Vertical Market Structures: Monopoly, Monopsony, Predatory Behavior and the Law." (with R. E. Just). Benefit-Cost Analysis Conference, University of Washington, Seattle, May 18-19.

2006. "The Giannini Foundation and the Welfare of California Agriculturalists in a Changing State, Nation, and World." The Giannini Foundation of Agricultural Economics 75th Anniversary Symposium, UC Davis, Davis, California, May 3.

2006. "Money and Control: Generating Transfer Water in California's Imperial Valley" (with L. Simon and S. Stratton). Conference of the International Association of Agricultural Economists, Queensland, Australia, August 12–18.

2006. "Complementarities across Quality Incentive Instruments" (with R. Goodhue). Annual Meeting of the Allied Social Science Associations, Boston, Massachusetts, January 6-8.

2005. "Option Values and Externalities from Public/Private Interaction in Agricultural Research" (Jason A. Winfree and J. J. McCluskey). Annual Meeting of American Agricultural Economics Association (AAEA), August.

2005. "Causes of Multifunctionality: Externalities or Political Pressure?" (with K. Baylis, S. Peplow and L. Simon). Annual Meetings of the Western Agricultural Economics Association, San Francisco, California, July 6–8.

2005. "Nutrition, Food, Policies, and Obesity." American Agricultural Economics Association Annual Meeting, Providence, Rhode Island, July 24–27.

2005. "Governance Structures and Multilateral Bargaining in Natural Resource Systems." Toulouse Roundtable on Economic Policy: Tribute to Jean Jacques Laffont, Toulouse, France, June 30–July 3.

2005. "The Political Economy of Agri-Environmental Policies in the U.S. and the EU." Institute of European Studies Center for Governance and Institutions, University of California, Berkeley, May 27–28.

2005. "Are Environmental Toxins a Source of Health Shocks to Children? Evidence from Hispanic Children in the U.S." (with Bo MacInnis). Annual Meeting of the American Economic Association, Philadelphia, Pennsylvania, January 7–9.

2004. "Property Rights and Water Transfers: Bargaining Among Multiple Stakeholders" (with L. K. Simon and S. E. Stratton). Selected for presentation at the Center for Sustainability, Environment, Equity and Partnership's International Conference on "Security and Sustainability in Water Resources" in Kathmandu, Nepal, September 6-9, 2004.

2004. "Transaction Costs and Organic Marketing: Evidence from U.S. Organic Produce Farmers" (with Bo MacInnis). Presented at the 2004 Annual Meeting of American Agricultural Economics Association (AAEA), Denver, Colorado, August 1–4.

2004. "Vulnerable Children: The Case of Pesticide Exposure and Hispanic Children" (with Bo MacInnis). Presented at the 2004 Annual Meeting of American Agricultural Economics Association (AAEA), Denver, Colorado, August 1–4.

2004. "Structure and Power in Multilateral Negotiations: An Application to French Water Policy." Society for Economic Design 2004 (SED 2004), Universitat de les Illes Balears, Palma de Mallorca, Spain, June 29–July 3.

2004. "Price-Location Games when Consumers Have Heterogeneous Tastes" (with L. K. Simon). Presented at the 6th INRA-IDEI (Institut National de la Recherche Agronomique-Institut d'Economie Industrielle) Conference "Industrial Organization and the Food Processing Industry," Toulouse, France, June 4–5.

2003. "Stan Johnson: A Giant Among Mentors." Opening invited address, Exploring Frontiers in Applied Economics, A Symposium in Honor of S. R. Johnson, Iowa State University, Ames, IA, October 24–25. Published electronically in Essays in Honor of S. R. Johnson: http://www.bepress.com/sJohnson/art5.

2003. "J. Kenneth Galbraith: The Early Years" (with S. Stratton). First Galbraith Forum/Lecture of the Galbraith Commemorative Project, 2003 Annual Meeting AAEA Foundation, Keynote Speaker for Tribute to J. Kenneth Galbraith, Montreal, Quebec, July 28–30.

2003. "Agri-environmental Programs and the Future of the WTO" (with L. Simon and K. Baylis). Capri, Italy, June 24–26,.

2003. "Canada-U.S. Agricultural Policy and the WTO". Keynote Speaker, Conference of the Canadian Studies Program, International and Area Studies Institute, University of California, Berkeley, CA, May 9.

2003. "Incomplete AgG.ation Games" (with L. Simon). Department of Agricultural and Resource Economics Seminar, University of California, Berkeley, CA, May 9.

2003. "Potential Financial Innovations in the Development of Biodiversity and Renewable Resources." presentation at the Milken Institute, April.

2002. "Public-Private Research Agreements: Where Does the Control Reside?" Distinguished Speaker Seminar, Michigan State University, Lansing, MI, November 14.

2002. "Complementarities and Spill-overs in Mergers: An Empirical Investigation Using Patent Data" (with A. Marco). Eleventh Annual WZB Conference on Industrial Organization, Innovation Policy in International Markets, Social Science Research Center Berlin (WZB) and the Centre for Economic Policy Research (CEPR), Berlin, October.

2002. "Structure and Power in Multilateral Negotiations: An Application to French Water Policy" (with L. Simon, R. Goodhue, and S. Morardet). Second World Congress of Environmental and Resource Economists, Monterey, CA, June.

2002. "Genetic Resource Libraries: Bioprospecting and Knowledge Assets) (with A. Small). Second World Congress of Environmental and Resource Economists, Monterey, CA, June.

2002. "Ecological Effects of Timber Contracting in Mexico's Community Forestry Organizations" (with C. Antinori). Second World Congress of Environmental and Resource Economists, Monterey, CA, June.

2002. "Financial Contracts Embedded in R&D Agreements." Natural Resource Management, Growth and Political Economy: A Symposium in Honor of Professor E. Hochman. Hebrew University, Rehovot, Israel, June 3.

2002. "A Financial Contracting Approach to Public/Private Relationships." Tweeten Seminar, Ohio State University, May 30, 2002.

2002. "Public/Private Research Agreements." CSHE 2001–2002 Grant Recipients Colloquium. Berkeley, CA, May 10.

2002. "Public-Private Relationships in Horticulture R&D." Workshop on Biotechnology for Horticultural Crops, Monterey, CA, March 7–9.

2001. "Structuring Public/Private Research Agreements." Conacyt Workshop on University-Industry Collaboration, University of California, Berkeley, December 4.

2001. "Structuring Public/Private Research Agreements." Bears Environmental Leadership Program, Workshop 6: "Innovation, Technology, and Entrepreneurship," Berkeley, CA, July 23.

2001. "Genetic Resource Libraries: Bioprospecting and Knowledge Assets" (with A. Small). NCEAS Workshop on Economics of Biodiversity, Santa Barbara, CA, May.

2001. "Conceptual Foundations of Expectations and Implications for Estimation of Risk Behavior" (with R. Just). Annual Meetings of Regional Project SERA-IEG 31: Economics and Management of Risk in Agriculture and Natural Resources, Gulf Shores, AL, March 22–24.

2001. "Incentives for Innovation." NC208 Conference: "R&D Policies and Impact Assessment," Berkeley, CA, March 30–31.

2001. "Public Universities and Agricultural Biotechnology." American Association for the Advancement of Science Annual Meeting and Science Innovation Exhibition, Session on "The Public Sector's Role in Agricultural Biotechnology," San Francisco, CA, February 18.

2001. "Structuring Public/Private Research Agreements." 2001 Agriculture Program
Conference, Texas A&M University, College Station, TX, January 10.

2000. "Mergers and Intellectual Property in Agricultural Biotechnology" (with A. Marco).
ICABR Fourth International Conference on the Economics of Agricultural
Biotechnology, Ravello, Italy, August 24–28.

2000. "Biotechnology R&D in Developing Countries: Negotiating Public-Private Research
Partnerships" (with L. Simon and H. Ameden). Fourth International Conference
on the Economics of Agricultural Biotechnology, Ravello, Italy, August 24–28.

2000. "Second-Phase Reform Measures in Latin America." Meeting of the Boards of
Governors IDB/IIC at the "Development of the Rural Economy and Poverty
Reduction in Latin America and the Caribbean" Conference, New Orleans, LA,
March 24.

1999. "Knowledge Gaps, Private/Public Alliances. Fontagro Research Design Conference,
Texas A&M University, College Station, TX, November 11, 1999.

1999. "Knowledge Gaps, Private/Public Alliances." Interfaces Seminar, Columbia
University, New York, NY, November 10.

1999. "Negotiating Public/Private R&D Alliances." "Assessing the Impact of Agricultural
Research on Poverty Alleviation," GIAT Conference, San José, Costa Rica,
September 16.

1999. "What Future for Agriculture as a Knowledge-Based Industry?" USDA, ERS,
Washington, DC, August 12.

1999. "Do Incentives Matter? Product Quality and Contract Incentives in Processing
Tomatoes." AAEA Conference, Nashville, TN, August 11.

1999. "Public and Private Research: Knowledge Assets and Future Scenarios." Fellows
Keynote Address. AAEA Conference, Nashville TN, August 10.

1999. "Intellectual Property and Market Structure in the Biotechnology Industry." AAEA
Conference, Nashville TN, August 8–11.

1999. "Intellectual Property and Market Structure in Agriculture." National Bureau of
Economic Research Summer Institute, July 19.

1999. "Intellectual Property, Complementarities and Competition: Assessing
Organizational Changes in Agbiotech." Transitions in Agbiotech Conference,
Washington, DC, June 24–25.

1999. "Intellectual Property and Market Structure in Agriculture." Conference on "The
Shape of Coming Agricultural Biotechnology Transformation: Strategic
Investment and Policy Approaches from an Economic Perspective," Rome,
Italy, June 17.

1999. "Agricultural Biotechnology's Complementary Intellectual Assets." Conference on
        "The Shape of Coming Agricultural Biotechnology Transformation: Strategic
        Investment and Policy Approaches from an Economic Perspective," Rome,
        Italy, June 17.

1999. Opening Session Remarks. Wildlife Management Institute, 64th North American
        Wildlife and Natural Resources Conference, Burlingame, CA, March 29.

1999. "Intellectual Property and Market Structure in Agriculture." R&D Investment and
        Economic Growth in the 20th Century Conference, Berkeley, CA, March 27.

1999. "The New Rent Seeking: Implications for International Trade." Agricultural
        Globalization, Trade and the Environment Conference. Berkeley, CA, March 8–
        9.

1999. "Alignment of Public/Private Institutions in the Biotechnology Revolution." USDA
        Agricultural Outlook Forum, Washington DC, February 22–23.

1999. "What Will the Impact of Intellectual Property Issues Be on the Practice of
        Agriculture in the Future of California?" DANR Statewide Conference,
        Sacramento, CA, February 2.

1999. "The Market for Genetic Resource Conservation." Association of Environmental and
        Resource Economists Papers Sessions at the Allied Social Science Association
        1999 Annual Meeting, New York, NY, January 4.

1998. "Intellectual Property and Alignment of Public and Private Incentives."
        "Biotechnology, 1998: From Research Pipeline to Marketplace." Heidrick
        Museum, Woodland, CA, November 11.

1998. "Collective Choice in Water Resource Systems." "Workshop on the Political
        Economy of Water Pricing Implementation." The World Bank, Washington DC,
        November 3–5.

1998. "Deriving Biodiversity Option Value within a Model of Biotechnology Research and
        Development." Conference on "Valuing and Managing Ecosystems: Economic
        Research." NSF/EPA, Washington, DC, October 29.

1998. "University/Private Agreements and Public-Good Research." University-Wide
        Patent Coordinators Meeting, Soizic Cafe, Oakland, CA, October 15.

1998. "A Bayesian Model of Market Learning." Department of Agricultural and Resource
        Economics, University of California, Berkeley seminar, May 1998; and at
        Stonybrook conference on Interactive Dynamics and Learning, July.

1998. "Intellectual Property and Alignment of Public and Private Incentives: Crowding In
        Public-Good Research." "Knowledge Generation and Transfer: Implications for
        Agriculture in the 21st Century." Faculty Club, University of California,
        Berkeley, June 18–19.

1998. "American Agricultural Politics." Workshop, Council for Economy Analysis, Paris, France, May 29.

1998. "Water Resource Systems in California and France: Similarities and Differences." University of Montepellier faculty, May 30.

1998. "Valuing Biodiversity." Prepared for "Managing Human-Dominated Ecosystems," Missouri Botanical Garden, St. Louis, MO, March 27.

1998. "What Future for California Agriculture—Where Are We Going?" California Citrus Expo, Visalia, CA, March 12.

1997. "What Future for California Agriculture?" Chancellor's Agricultural Advisory Council, University of California, Riverside, December 2.

1997. "Stigmatized Asset Value: Is It Temporary or Permanent?" (with J McCluskey). Presented at Real Estate Ph.D. Seminar at the Haas School of Business, University of California, Berkeley, CA, November.

1997. "What Future for Agriculture?" California Commodity Committee Annual Meeting. Davis, California, October 29.

1997. "Food Security, Diversification, and Resource Management: Refocusing the Role of Agriculture." International Conference of Agricultural Economists, Sacramento, California, August.

1997. "Value Differentiation." American Agricultural Economics Association, July.

1997. "Value Differentiation in Agriculture: Driving Forces and Complementarities." Prepared for "Vertical Relationships and Coordination in the Food System." Universita Cattolica del Sacro Cuore, Piacenza, Italy, June.

1997. "Value Differentiation in Agriculture: Driving Forces and Complementarities." "Vertical Relationships and Coordination in the Food System," University of California, Berkeley, June 12–13.

1997. "Stigma of Environmental Damage or Residential Property Values" (with J McCluskey). Presented at the American Agricultural Economics Association Meeting, Toronto, Canada.

1997. "Value Differentiation and the Broiler Industry." University of Paris, May 13.

1997. "Deriving Biodiversity Option Value within a Model of Biotechnology Research and Development." 1997 Workshop on Valuation and Environmental Policy, NSF/EPA Partnership for Environmental Research, Arlington, Virginia, April 7–8.

1996. "Taking Responsibility for our Environments." Third Annual Environmental Partnerships Symposium, "The City and the Environment," University of California, Berkeley, November 22.

1996. "Incentive Structures for Allocating Public Research Resources." Conference on "Global Agricultural Science Policy for the Twenty-First Century," Melbourne, Australia, August 16–18.

1996. Opening Remarks at Conference on "Voices from the Commons." International Association for the Study of Common Property, University of California, Berkeley, June 5.

1996. "A New Perspective on Sustainability: A Framework of Dispute Resolution." Environmental Leadership Roundtable, University of California Extension, San Francisco, California, May 17.

1996. "Cooperatives in Transition: Pros and Cons of Free Enterprise in an Uncertain World." Conference on "Industrial Organization and the Food Processing Industry," IDEI and INRA, Toulouse, France, March 28–29.

1996. "Cooperatives in Transition: Pros and Cons of Free Enterprise in an Uncertain World." Conference on "Industrial Organization and the Food Processing Industry," IDEI and INRA. Hong Kong. January.

1996. "Institutions, Scientific Technology, and the Future of Agriculture." American Feed Industry Association Key Management Conference, San Diego, California, February 9.

1996. "Institutions, Scientific Technology, and the Future of Agriculture." South Central Regional Academic Conference. Division of Agricultural and Natural Resources, University of California, Salinas, California, February 8.

1995. "U.S. Agricultural Policy in the United States." University of California Discussion. Berkeley, California, September 13, 1995.

1995. "A Computable Policy Model of Eastern European Agriculture." IPE-CERGE-EI Conference, "Agriculture and Trade Transition Economies: Policy Design and Implementation." Prague, Czech Republic, July 28–29.

1995. "The Future of California's Natural Resources." State of California, Resources Agency. University of California, Davis, California, June 22.

1995. "The Environmental-Population Tradeoff." Symposium on "Shaping Agriculture in the 21st Century." Radisson Hotel, Davis, California, June 22.

1995. "The College of Natural Resources and Agriculture." University Committee on Research Policy. University of California, Oakland, California, June 20, 1995.

1995. Presented to the Graduating Class of 1995, College of Natural Resources
Commencement Ceremony, University of California, Berkeley, California, May
1995.

1995. "Modelling Multilateral Bargaining and Negotiation Processes." School of Business,
Stanford University, Stanford, California, May.

1995. "A Vision for the College of Natural Resources." Nutrition, Education, and Family
Development Symposium. University of California, Berkeley, May 17.

1995. "Campus Environmentalism/Earth Day." Environmental Spirit Conference (Earth
Day). University of California, Berkeley, April 13.

1995. Sustainable Agriculture and Pest Control." Faculty and Student Symposium on
Sustainable Agriculture and Pest Control, University of California, Berkeley,
April 12.

1995. "A New Structure for the College of Natural Resources." UC Berkeley's Council of
Deans, University of California, Berkeley, April 4.

1995. "Regulating Multiple Polluters: Deterrence and Liability Allocation." University of
Michigan, February.

1995. "The College of Natural Resources' Role in Biology." Chancellor's Advisory
Council, University of California, Berkeley, January 25.

1995. "The Economic Situation and its Impact on Tomorrow's Business." Protein
Technologies International Conference, "Staying Ahead of Competition," a
seminar of macro and micro issues affecting the poultry industry. Atlanta, GA,
January 17.

1994. "International Environmental Regulations." Address at the Institute D'Economie
Industrielle. Toulouse, France, November.

1995. "The Future of California Agriculture." Ad Hoc Division of Natural Resources
Committee (TICHO), University of California, Oakland, California, January 6.

1994. "Challenges to California Agriculture." Executive Seminar on Agricultural Issues.
Sacramento, California, December 13.

1994. "Strategies and Options for Sustaining Animal Agriculture—A Watershed
Perspective." Animal Agriculture Impacts on Water Quality in California
Conference,. Animal Agriculture Research Center and Agricultural Issues
Center, University of California at Davis, Sacramento, October 20.

1994. "Valuation of Intellectual Property." Stanford Law School, Stanford University.
Stanford, California, October 7.

1994. "Alternative Frameworks for Evaluating Natural Resource Damages." University of California, Los Angeles, California, April 7.

1993. "GATT Agricultural Policy Reform: A United States Perspective." Major address to the Regional Council on Strategies and Perspectives in Agricultural Policies at the "Agricultural Markets: Mechanisms, Failures, Regulations" Conference, Institute d'Economie Industrielle, Toulouse, France, October 12–13.

1993. "The Political Economy of Agricultural/Environmental Policy Reform." Conference on "Agricultural Markets: Mechanisms, Failures, Regulations," Institute d'Economie Industrielle, Toulouse, France, October 12–13.

1993. "The Political Economy of Technology and Commodity Policy in the U.S. Dairy Industry." Conference on "Agricultural Markets: Mechanisms, Failures, Regulations," Institute d'Economie Industrielle, Toulouse, France, October 12–13.

1993. "Contaminant Dynamics and the Cost of Groundwater Quality Regulations" (with A. Marco, D. Sunding and D. Zilberman). Annual Meetings of the American Agricultural Economics Association, August.

1993. "Political Power Theory: Explanation and Description." Opening invited address, P. Zusman Retirement Conference, Hebrew University, Rehovot, Israel, June.

1993. "Endogenous Political Economy." Ben Gurion University, Israel, June.

1993. "Alternative Instruments for Pollution Control." Economics Department, Hebrew University, Rehovot, Israel, June.

1993. "A Strategic Model of Environmental Dispute Resolution." Workshop on Environmental Economics, Santa Barbara, California, May 7–8.

1993. "Transition to a Market Economy: The Case of Russia." Cal Open House, University of California, Berkeley, California, April 24.

1993. "Transition to a Market Economy: The Case of Russia." Keynote Address to U.S. Fund for Democracy and Development. March.

1993. "The Political Economy of the Transition Process: The Role of Alternative Governance Structures." American Agricultural Economics Association Meetings. Anaheim, California, January 5–6.

1992. "Environmental and Agricultural Policy Linkage and Reforms in the United States under the GATT." American Agricultural Economics Association Meetings, December.

1992. "Recent Advances on Futures Markets Performance and Behavior." Fourth Annual Managed Futures Symposium, "Managed Futures as an Institutional Investment." Chicago, September 30–October 2.

1992. "An Emerging Framework for Economic Development: An LDC Perspective."
Keynote address at the "Industrial Policy for Agriculture in the Global
Economy" Conference. Iowa State University, Ames, September 16–17, 1992.

1992. "New Frameworks for Designing Compatible Incentives for Policy Reform." Invited
Address to the U.S. Agency for International Development, September.

1992. "Internal Versus External Agricultural Policy Reform: GATT Negotiations in the
Uruguay Round." Invited paper for the American Political Science Association.
Chicago, Illinois, September.

1992. "A Noncooperative Model of Collective Decisionmaking: A Multilateral Bargaining
Approach." American Political Science Association meetings. Chicago, Illinois,
September.

1992. "A Collective Choice Model for Conflict Resolution in Water Resource Systems."
Conference on "Water Quantity/Quality Disputes and the Resolution,"
Washington, DC, May 2–3.

1992. "Environmental and Agricultural Policy Linkages and Reforms in the United States
under the GATT." Economics Department. Purdue University, March.

1992. "Environmental and Agricultural Policy Linkages and Reforms in the United States
under the GATT." Economics Department. Iowa State University, March.

1991. "State-Market-Civil Institutions: The Case of Eastern Europe." Invited address at the
"State, Market, and Civil Institutions: New Theories, New Practices, and Their
Implications for Rural Development" Conference. Cornell University, New
York, December 13-14.

1991. "Liberties and Economic Growth." Keynote Address, World Conference on
Economic Development, Raleigh-Durham, North Carolina, November 19–21.

1991. "Multidisciplinary Problem-Solving and Issue-Oriented Work with the PC/TC
Approach." Keynote Address at the Multidisciplinary Workshop on "Strategies
and Agendas for the Rural Social Sciences," under the Auspices of the Social
Science Agricultural Agenda Project and Sponsored by The American
Agricultural Economics Association, the Rural Sociological Society, the
Agricultural History Society, et al. Kansas City, Missouri, August 1–4.

1991. "International Policy Reform: Opportunities and Obstacles." Plenary presentation at
the Summer 1991 Meeting of the Business-Higher Education Forum, University
of California, Santa Barbara, June 27–29.

1991. "The Political Economy of Transition in Eastern Europe: Packaging Enterprises for
Privatization." Institute of International Studies, University of California,
Berkeley, May.

1991. "Futures Market Performance and Behavior." Keynote Address at the Managed
        Futures Symposium, New York, New York, May 1–3.

1991. "The Political Economy of Transition in Eastern Europe: Packaging Enterprises for
        Privatization." Simon Fraser University. British Columbia, Canada, April.

1991. "The Political Economy of Transition in Eastern Europe: Packaging Enterprises for
        Privatization." Institute of Policy Reform Conference on Institutions and the
        Transition to a Market Economy, Prague, Czech Republic, March.

1990. "Agricultural Reforms in the USSR: A Scientist's Attitude." Soviet-American
        Symposium. Moscow, October.

1990. "The Political Economy of the European Community's Agricultural Policy."
        Keynote address to the European Agricultural Economics Association. The
        Hague, Netherlands, September.

1990. "Market Politics and Alternative Transition Paths." Conference on "Rural Reform in
        Socialist Countries: Dilemmas and Strategies," Sponsored by the World Bank
        and the National Bank of Hungary, Budapest, Hungary, August/September.

1989. "The Agency for International Development Paradigm on Policy Reform and
        Economic Development." Major Invited Address to the Allied Social Science
        meetings, Atlanta, Georgia, December.

1989. "Agricultural Policy Alternatives for the 1990s." Keynote Address to the American
        Agricultural Law Association, San Francisco, California, November.

1989. "A New Paradigm for Economic Development." Keynote Address at the Economic
        Development Consortium. November.

1989. "An Assessment of the Agricultural Economics Profession." Major Invited Address
        to the American Agricultural Economics Association meetings, Baton Rouge,
        Louisiana, August.

1989. "New Institutional Economics and Public Policy." Major Invited Address to the
        Development Studies Program, Institute for International Research, The
        American University, July.

1989. "The Evolution and Coordination of U.S. Commodity and Resource Policies."
        Keynote address at the CARP Symposium, University of Maryland,
        College Park, May.

1989. "Supporting Coalitions for Policy Reform and Institutional Change." Invited Plenary
        Presentation to the Indonesian Economic Association, Thailand Economic
        Association, Pakistan Economic Association, Bangladesh Economic
        Association, Egyptian Economic Association. February.

1989. "The Market for Public-Policy Reform." Invited Plenary Address to the 33rd Annual
Conference of the Australian Agricultural Economics Society. New ZeA.d,
February.

1988. "Dynamic Welfare Analysis in Commodity Futures Markets." Major invited address
to the International Conference of the Applied Econometrics Association.
Washington, DC, 1988.

1988. "Endogenizing Policy in Models of Agricultural Markets." Major invited address
Presented at the plenary session of the International Association of Agricultural
Economists. Buenos Aires, Argentina, August.

1988. "Trade Negotiations, Institutional Changes, and Policy Reform." Major invited
address to the International Agricultural Trade Consortium. Washington, DC,
August.

1988. "The Macroeconomic Dimension of Agricultural Policy Reform." Major invited
address at the World Food Conference, Ames, Iowa, June.

1987. "The Design and Implementation of Public Policy Reform." Keynote address at the
Conference on Agricultural Economic Policy Reform in Egypt, Cairo, July.

1987. "Stability Issues in Policy Analysis." Major invited address at the Conference on
Agricultural Stability in Farm Programs: Concepts, Evidence, and Implications,
North Carolina State University, Raleigh, May.

1987. "Alternative U.S. Agricultural Trade Policy." Major address to the Benjamin E.
Lippincott Symposium on Policy Coordination in World Agriculture, University
of Minnesota, St. Paul, April.

1987. "Macroeconomic Linkages in U.S. Agriculture." Keynote address at the First Rod F.
Ziemer Symposium, University of Georgia, Athens, March.

1987. "Political Failure and the Reform of Agricultural Policy." Keynote address to the
Australian Agricultural Economics Society, Adelaide, Australia, February.

1987. "Public Policy in U.S. Agriculture." Invited major address to the School of
Agriculture, University of Western Australia, Perth, Australia, February.

1987. "The Formulation of Agricultural Policy in the United States: Circa 1987." Invited
plenary address to the Australian Agricultural Economics Society and Bureau of
Agricultural Economics, Canberra, Australia, February.

1986. "The State of Agricultural Economics." Paper presented at the American
Agricultural Economics Association Annual Meeting, Iowa State University,
August.

1986. "New Developments in Economics." Paper presented at the Conference on
        Agriculture in Rural Areas Approaching the 21st Century: Challenges for
        Agricultural Economics, Ames, IA, August.

1986. "Agriculture, Trade, and Macroeconomics." Paper presented at the Conference on
        Agriculture in Rural Areas Approaching the 21st Century: Challenges for
        Agricultural Economics, Ames, IA, August.

Overshooting of Agricultural Prices. Paper presented at the International Agricultural
        Trade Research Consortium, Lake Tahoe, CA, July 1986.

Political Failure and the Design of U.S. Agricultural Policy. Paper presented at the
        convocation honoring Vice President J. B. Kendrick, Jr., University of
        California at Davis, June 1986.

Alternative Trade and Macroeconomic Scenarios: Implications for U.S. Agriculture. Paper
        presented at the Farm Policy/Technology Conference, University of California,
        Agricultural Issues Center, June 1986.

Private Sector Responses to Target Prices and Deficiency Payments. Paper presented to
        Resources for the Future, Washington, DC, May 1986.

A Coherent Policy for U.S. Agriculture. Major address at the Conference on Food Policy
        and Politics: A Perspective on Agriculture and Development. Purdue
        University, West Lafayette, InD., May 1986.

Macroeconomics, Overshooting, and the Design of Public Policy. Major invited address to
        the Midwest Economic Association, Chicago, Illinois, March 1986.

The Effects of Monetary Policy on U.S. Agriculture. Invited paper presented at the annual
        meeting of the Australian Agricultural economics Association, February 1986.

Macroeconomic Relationships. Paper presented to Cooperative Extension Economic
        Leaders, San Francisco, CA, January 1986.

Macroeconomic Linkages to Agriculture. Paper presented to the Department of Economics,
        Michigan State University, January 1986.

Some Political Aspects of Macroeconomic Linkages with Agriculture. Paper presented at
        the American Economic Association Annual Meeting, New York, December
        1985.

Macroeconomic Linkages, Taxes and Subsidies on the U.S. Agricultural Sector. Paper
        presented at the American Economic Association Annual Meeting, New York,
        December 1985.

The Food Marketing System: Relevance of Economic Efficiency Measures. Major invited address at the Conference on Economic Efficiency and Agriculture and Food Marketing; sponsored by the University of Florida, Farm Foundation and the Agricultural Marketing Service, U.S. Department of Agriculture. Arlington, Virginia, October 1985.

Instability in Agricultural Markets: The U.S. Experience. Major invited address to the International Association of Agricultural Economists, Malaga, Spain, August 1985.

Multimarket Efficiency Analysis. Paper presented at the London School of Economics, August 1985.

Distributional Effects of Agricultural Policies. Paper presented at Oxford University, August 1985.

A Comprehensive Framework for Analysis of Future Markets. Paper presented to the Chicago Mercantile Exchange, June 1985.

The Design of U.S. Food and Agricultural Policy. Major invited address to the U.S. Congressional Conference, Urban-American Stake in the National Farm Crisis. Washington, DC, April 1985.

Overshooting in Commodity Future Markets. Paper presented at the Department of Economics, University of Wisconsin, Madison, April 1985.

Multiple Effects of Exchange Rates on Import Demand. Paper presented to the U.S. Department of Agriculture, Economic Research Service, Washington, DC, March 1985.

Macroeconomics and U.S. Agricultural Policy. Major invited address to the American Enterprise Institute for Public Policy Research. Washington, DC, January 1985.

A Synthesis of Major Evaluations of Alternative Proposals for the 1985 Food Security Act. Major invited address at the National Center for Food and Agricultural Policy and National Agricultural Forum Conference, Policy Choices, 1985. Washington, DC, December 1984.

Agricultural Trade and Unstable Exchange Rate Movements. Paper presented to the Brookings Institution, Washington, DC, November 1984.

Monetary Reaction Functions and the income Link for Agricultural Export Demand. Paper presented to Resources for the Future, Washington, DC, October 1984.

New Designs for Funding Public Research in Agriculture. Paper presented at the Department of Agricultural Economics, Ohio State University, September 1984.

Food Margin Relationships: Fix- Versus Flex-Price Determinations. Paper presented at the Department of Economics, Iowa State University, September 1984.

The Relative Effectiveness of Agricultural Sector Versus Macroeconomic Policies. Paper
presented at the American Agricultural Economics Association Annual
Meeting, Cornell University, August 1984.

Short Run Nonneutrality and Dynamic Overshooting Paths. Paper presented at the U.S.
Department of Agriculture, Economic Research Service, Washington, DC,
August 1984.

Uncertain Economic Environments and Conditional Policies. Paper presented at the
Giannini Foundation/Resources for the Future conference on Alternative
Agriculture and Food Policies and the 1985 Farm Bill, Berkeley, CA, June
1984.

Review and Assessment of Alternative Agricultural Policy Proposals. Paper presented at
the Giannini Foundation/Resources for the Future conference on Alternative
Agriculture and Food Policies and the 1985 Farm Bill, Berkeley, CA, June
1984.

The Major Issues in Agricultural Public Policy Management. Paper presented to the
Graduate School of Management, Yale University, May 1984.

Hedging Strategies for Grain Importing Countries. Paper presented to the Chicago Board of
Trade, Chicago, IL, March 1984.

Regulation in Commodity Futures Markets. Major invited address to the American
Enterprise Institute. Washington, DC, January 1984.

The Role of Agricultural Price Supports and Land Controls in Technological Adoption
Under Uncertainty. Paper presented to the Department of Agricultural and
Applied Economics, University of Minnesota, January 1984.

Post-Bayesian Statistical Inference. Paper presented to the Department of Statistics, Iowa
State University, November 1983.

Expectation Patterns, Cost of Information, and the Role of Future Markets. Paper presented
to the Department of Economics, University of Chicago, September 1983.

Agricultural Output and the Effectiveness of Government Policy. Paper presented at the
American Agricultural Economics Association Annual Meeting, Purdue
University, August 1983.

Equity and Efficiency in Agricultural Production Systems. Major invited address to the
Plenary Session of the International Association of Agricultural Economists.
Jakarta, Indonesia, 1982.

Political Economic Markets: PERTs and PESTs in Food and Agriculture. Keynote address
to the American Agricultural Economics Association Annual Meetings. Logan,
Utah, 1982.

Modeling Agriculture for Policy Analysis in the 1980s. Major invited address at a special
symposium sponsored by the Federal Reserve Bank of Kansas City. September
1981.

Agriculture, Food, and the Government. Invited address to the American Economics
Association Annual Meeting. New York, 1981.

Prospects and Limitations of Operations Research in Agricultural Policy Investigations.
Major invited address at the Plenary Session of the International Operations
Research Conference. Jerusalem, Israel, 1979.

Natural Resource Economics and Policy. Keynote address to the Farm Foundation
Research Workshop, Natural Resource Economics and Policy. University of
Massachusetts, Amherst, 1976.

## INVITED SEMINAR PRESENTATIONS

Agency for International Development (27)*; Agricultural Development Council (4); American
Agricultural Economics Association (34); American Agricultural Law Association (1);
American Economics Association (11); American Enterprise Institute (2); American Finance
Association (5); American Sheep Industry (2); American Statistical Association (9); American
Water Resource Association (3); Applied Econometric Association Conference (2); Argentina
Universities (9); Australian Agricultural Economics Society (5); Australian National
University (3); Brown University (1); California Agricultural Trade Seminars (1); California
Women for Agriculture, Los Angeles (2); Chicago Board of Trade (6); Citizens for a Sound
Economy Foundation (2); Columbia University (2); Commodity Futures Trading Division of
Economic Analysis (1); Commonwealth Club (2); Conference on Agricultural Economic
Policy Reform in Egypt (1); Conference of Economywide Effects of Developed Country
Agricultural Trade Policies (1); Econometric Society (North American, European, World)
(11); Economics Branch, Agriculture Canada (15); European Agricultural Economics
Association (1); Farm Credit Council (2); The Ford Foundation (6); Harvard Institute of
Development (2); Harvard University (12); Heritage Foundation, Washington, DC (2); Illinois
Agricultural Leadership Foundation (1); Institute of Electronics and Electronics Engineers
Decision and Control Conferences (2); International Association of Agricultural Economists
(6); International Monetary Fund (4); Iowa State University (9); League of Women Voters
(Berkeley and Washington, DC) (5); London School of Economics (3); Massachusetts
Institute of Technology (4); Melbourne University (3); Michigan State University (2);
Midwest Economic Association (2); Monash University (1); National Bureau of Economic
Research (7) National Cotton Council of America (2); New York Pension Fund Association
(2); North Carolina State University (6); Northern Illinois University (3); Oklahoma State
University (1); Operations Research Society (5); Organization of Professional Employees (3);
Princeton University (2); Purdue University (6); Regional Research Strategy Committees (9);
Rotary Club of Berkeley (1); Soviet-American Symposium (1); Stanford University (4); State
University of New York (2); Texas A&M University (2); The Institute of Management
Sciences (4); Town Hall of California, Los Angeles (1); Trade Policy Research Center, United
Kingdom (3); University of Adelaide (1); University of California, Berkeley (28); University of
California, Davis (9); University of California, Santa Barbara (2); University of California,
Los Angeles (4); University of Chicago (9); University of Florida (2); University of Georgia
(1); University of Heidelberg (1); University of Illinois (3); University of Maryland (1);
University of Massachusetts, Amherst (2); University of Minnesota (5); University of

Missouri (3); University of Nebraska (1); University of New England (3); University of North Carolina (1); University of Pennsylvania (3); University of Prague (1): University of Rhode Island (1); University of Salsberg (1); University of Saskatchewan (1); University of Sydney (2); University of Western Australia (2); U.S. Department of Agriculture (15); Washington, DC, Economists Club (3); Western Economics Association (7); World Affairs Council (2); World Perspective Seminar (1); The World Bank (10); Yale University (3); Institute for Policy Reform (12).

*Number of Presentations (Total: 428).

## PUBLIC, UNIVERSITY AND PROFESSIONAL SERVICE

Departmental Graduate Advisory Committee, 2007-

Chairman, Ph.D. Admissions Committee, 2009-

Chairman, Department of Agriculture and Resource Economics Recruitment Committee, 2010-

Chairman, Department of Agriculture and Resource Economics Cooperative Extension Program Committee, 2010-

Member, U.S. Trade Representative (USTR/USDA) advisory committee on WTO negotiations, 2005–2007

Member, Finance Committee, Pacific Graduate School of Psychology, 2003–2009

Member, Committee to increase student enrollment, Department of Agricultural and Resource Economics, University of California, Berkeley, 2002–

Member, Board of Visitors, Center for Science, Policy, and Outcomes, 2000–2004

Member, Board of Trustees, Pacific Graduate School of Psychology, 1999–2009

Member, Board of Trustees, Palo Alto University, 2009-

National Development Council, California State University, Fresno, 1998–2004

Member, Board of Directors, Lawrence Hall of Science, 1998–2002

Joint Policy Council on Agriculture and Higher Education, Committee on Cooperation in Education, 1997– 2003

Columbia University, Columbia Earth Institute (CEI) Advisory Board, October 1997–2000

Graduate Group in Energy and Resources, University of California, Berkeley, 1996–2000

Campus Advisory Board, Lawrence Hall of Science, University of California, Berkeley, 1996– 1998

Executive Committee, International and Area Studies Executive Committee, University of California, Berkeley, 1994–2000

Associate Director, Agricultural Experiment Station, University of California, Berkeley, 1994– 2000

Director, Institute for Natural Resource Systems, University of California, Berkeley, 1994–2000

Berkeley Division, Academic Senate, Committee on University Extension, 1992– 1994

Member, Economic Discipline Board, Fulbright Scholarship Awards, 1989– 1993

Numerous Departmental and College-Level Committees, 1970–

Member, Committee to revise ANR's mission statement, University of California, 2003

Chair, Finance Committee, Pacific Graduate School of Psychology, 2002–03

Chair, Division of Agriculture and Natural Resources Reorganization Committee, University of California, 2002

Chair of the Electorate Nominating Committee for the AAAS Section on Social, Economic and Political Sciences, 2001–2002

Chair, Review Committee for the Dean of the School of Journalism, University of California, Berkeley, 2001

Member, Northwest Precinct Space Study Committee, University of California, Berkeley, 2000

Member, Geographic Information Service Advisory Council, University of California, Berkeley, 2000

Member, Fundraising Workgroup Committee, University of California, Berkeley, 2000

Student Deans' Council, University of California, Berkeley, 1994–2000

Division Chairs Council, University of California, Berkeley, 1994–2000

Council of Deans, University of California, Berkeley, 1994–2000

Chancellor's Advisory Committee on Biology, University of California, Berkeley, 1994–2000

Ex officio member, College of Natural Resources Advisory Board, University of California, Berkeley, 1994–2000

Executive Committee of Environmental Council, University of California, Berkeley, 1994–2000

Council of Deans and Directors, University of California, Systemwide, 1994–2000

College of Natural Resources Advisory Board, University of California, Berkeley, 1994–2000

College of Natural Resources Development Committee, University of California, Berkeley, 1994–2000

Cooperator, "Higher Education Collaboration Between the United States and the European Community," the Fund for the Improvement of Postsecondary Education (FIPSE), 1993–2000

Geographic Information Science Center's Advisory Council, University of California, Berkeley, 1999

Course Material Fees Committee, University of California, Berkeley, 1999

Search Advisory Committee for Assistant Vice President, DANR, 1999

Search Committee, Vice Chancellor University Relations, 1999

Nominating Committee of the Social, Economic, and Political Science, American Association for the Advancement of Science (AAAS). January, 1999

Search Committee, Vice Chancellor Capital Projects, 1998

Chair, Advisory Committee, Kearney Foundation for Soil Science, Division of Agricultural and Natural Resources, University of California, Berkeley, 1995

Member, Board for International Development Studies, Fletcher School of Law and Diplomacy, Tufts University, 1992–95

University Extension Committee, Berkeley Division, Academic Senate, University of California, Berkeley, 1993–94

Agricultural and Food Marketing Consortium Planning Committee, 1993–94

Chair, Search Committee for Chair of Slavic Center, University of California, Berkeley, 1993–94

Member of Advisory Board, International Center for Self-Governance, 1991–1994

University of California Systemwide Energy Research Advisory Committee, 1988–94

Member Capital Campaign 2001, Knowledge for the Future, Subgroup: Environment, Resources, and Ecology, 1993

College of Natural Resources Committee to Form International Institute for Natural Resource Systems, University of California, Berkeley, 1991–92

College of Natural Resources Internal Reorganization Committee, University of California, Berkeley, 1990–1992

Editor, Agricultural Management and Economics, Springer-Verlag, 1988–92

Board of Directors, University-wide Energy Research Center, 1988–1992

Evaluation of World Bank Research Proposals (14 evaluations), 1979–1992

Chairman, Search Committee for Director of Soviet Studies, 1991

Agricultural Academy of Science-Soviet Union Delegation, 1990

Cofounder of the Institute for Policy Reform, Washington, DC, 1989

Founder of the Agency for International Development Research Fellow Program, 1989

Dean's Selection Committee for College of Natural Resources Technical Advisory Committee, 1989

Chairman and Member, Berkeley Campuswide Committee to Evaluate the Department of
Economics and Related Economic Programs, 1988–1989
Advisory Committee, Environmental Protection Agency, Evaluation of Environmental
Regulations on Agriculture, 1987–1989
Resources for the Future, National Center for Food and Agricultural Policy Task Force on
Multilateral Trade Negotiations, 1988
U.S. Department of Agriculture, Task Force on Analytical Research Supporting the Trade
Representative's Office, 1988
Member, Advisory Committee, Government Accounting Office on U.S. Agricultural Export
Strategies, 1987–88
Departmental Faculty/Extension Coordination Committee, University of California, Berkeley,
1987–88
Chairman, Political Economy of Natural Resources Panel, 1987–88
U.S. Government Task Force on U.S. Agricultural Policy and Position in GATT Negotiations,
1987–88
Member, Evaluation of EPA Regulation on U.S. Agricultural Sector Committee, 1987–88
United States Negotiating Team for the OECD Communique on Agricultural Reform, May, 1987
United States Senate Panel on "1985 Farm Bill Revisited: Competitive Views," March, 1987
Council for Foreign Relations Task Force on Trade Policy Options for the United States, 1987
General Accounting Office Task Force on Alternative Public/Private Marketing Mechanisms for
U.S. Food and Agriculture, 1987
U.S. Government Task Force on the Farm Credit System, 1987
Chairman and Member, School of Business Administration Planning Committee, University of
California, Berkeley, 1986–87
Organizational Committee for Farm Policy-Technology Conference, Agricultural Issues Center,
University of California at Davis, 1986
American Agricultural Economics Association Committee on Journal Publishing, 1986
Member, Search and Selection Committee for Vice President of Agriculture and Natural
Resources, University of California Systemwide, 1985–86
Chairman, Strategic Review of Giannini Foundation, 1985–86
Member, Agricultural Policy Planning Committee, American Agricultural Economics
Association, 1984–1986
Departmental Food and Agricultural Act Symposium Committee, University of California,
Berkeley, 1984–1986
The American Agricultural Economics Association Board of Directors, ex officio, 1984–1986
Chairman, American Agricultural Economics Association, Outstanding Journal Article
Committee, 1983–1986
Editor, American Journal of Agricultural Economics, 1983–1986
Member, Board of Directors, Giannini Foundation of Agricultural Economics, 1979–1986
Chairman, Executive Committee, Giannini Foundation, 1979–1986
Member, Planning Committee for Agriculture and Food Policy Evaluation, Resources for the
Future, 1984–85
Member, Advisory Committee for the Design of the Agricultural Issues Center, University of
California Systemwide, 1984–85
Member and Director, Agriculture Study Group, Commonwealth Club, 1983–1985
Chairman, Departmental Endowment Committee, University of California, Berkeley, 1979–1984
Chairman, Western Agricultural Economics Research Council, 1982–83
Member, Planning Committee, Berkeley Food Cooperative, 1980–1983
Vice Chairman, Western Agricultural Economics Research Council, 1981–82

American Agricultural Economics Association Publication of Enduring Quality Award
Committee, 1981–82
Western Nutrition Center Planning Committee, 1980–1982
Joint Land Grant University/U.S. Department of Agriculture Committee on New Research
Directions, 1979–1982
Coordination Board, Giannini Foundation, 1979–1982
Associate Editor, Journal of Dynamics and Control, 1978–1982
Associate Book Review Editor, Journal of the American Statistical Association, 1974–1982
Western Nutrition Center Coordinating Committee, 1980–81
Secretary, Western Agricultural Economics Research Council, 1980–81
Arab-American Council for Cultural and Economic Exchange, Egyptian Agricultural
Development Committee, 1979–80
Editorial Board, American Journal of Agricultural Economics, 1977–1980
Agricultural Econometric Modeling and Forecasting Symposium Participant, 1973–1980
Chairman, Joint University-Governmental Symposium on Agricultural Sector Forecasting and
Policy Evaluations, Washington, DC, 1979
National Bureau of Economic Research Workshop Participant, 1974–1979
Chairman, Research Evaluation Committee for Desert Research Institute, Israel, 1978
Academic Representative to U.S.-U.S.S.R. Agreement on Cooperation in Agricultural Economic
Research and Information, 1977
Member, World Bank Committee on Research Quality Control, 1976–1977
Harvard University Executive Education Program Instructor, 1975–1977
Agricultural Development Council Workshop Participant, 1974–1977
Associate Editor, Journal of the American Statistical Association, 1973–1977
Member, Outstanding Ph.D. Dissertation Committee, American Agricultural Economics
Association, 1974–1976
Ford Foundation Visiting Professor, Argentina, 1972
College Union Board of Directors, 1966–1972
Interfraternity Council Board, 1965–1967
University of California, Berkeley, Ad Hoc Review Committee for Tenure Appointments
(19 appointments, 9 as Chair).

## EDITORIAL COLLABORATIONS

*Review of Agricultural Economics, 1990–*
*Springer-Verlag, 1988–*
*Review of Economic Studies, 1987–*
*Economic Journal, 1986–*
*Journal of Futures Markets, 1986–*
*Review of Futures Markets, 1986–*
*Economic Development and Cultural Change, 1985–*
*Journal of Economic Theory, 1985–*
*Journal of Monetary Economics, 1984–*
*Journal of Development Economics, 1982–*
*Journal of Environmental Economics and Management, 1981–*
*Journal of Economic Dynamics and Control, 1978–*
*Resources and Energy, 1978–*
*Australian Journal of Agricultural Economics, 1977–*
*Decision Sciences, 1977–*
*IEEE Transactions on Automatic Control, 1977–*

*Journal of Economics and Business, 1977–*
*Management Science, 1977–*
*American Economic Review, 1976–*
*Quarterly Journal of Economics, 1976–*
*Journal of Finance, 1975–*
*Econometrica, 1974–*
*Review of Economics and Statistics, 1974–*
*Journal of Econometrics, 1973–*
*Journal of Political Economy, 1973–*
*Journal of the American Statistical Association, 1971–*
*American Journal of Agricultural Economics, 1970–*
*Annals of Economic and Social Measurement, 1974–1977*

## AD HOC REVIEWING

Agriculture Canada, 1991– , 1978–1982
Club of Paris, various governmental consulting groups, 1988–
U.S. Council of Economic Advisors, 1986–
U.S. General Accounting Office, 1983–
U.S. Congressional Budget Office, 1982–
American Enterprise Institute, 1981–
United States-Israeli Bi-national Agricultural Research and Development Fund (BARD), 1980–
World Bank, 1979–
National Science Foundation, 1976–
Giannini Foundation Monograph Series, 1971–
Intergovernmental Consulting Group on Indonesia, the Hague, 1989–1990

## PH.D. DIRECTORSHIPS

Sixty-two Ph.D. theses in the areas of Natural Resource Damages; Agricultural Economics and
    Policy; Industrial Organization and Antitrust Analysis; Water Resources; Human Capital;
    Recreational Economics; Environmental Economics; Energy Policy; Public Policy;
    Managerial Economics; Adaptive Control; Econometrics; International Trade; Commodity
    Markets and Models; Governmental Food and Nutrition Policies; Operational Designs of
    Decision Support Systems; U.S. Livestock Feed Grain Sector; Agricultural Cycles; Futures
    Markets; Terms of Trade; Agricultural Land Prices and Agrarian Structure; Land Quality and
    Soil Conservation; Agricultural Credit Markets; New Institutional Economics and Transaction
    Costs; Political Economy; Multilateral Negotiations; Design of Governance Structures;
    Industrial Organization of Food Industry; Transitional Economies; Risk Analytics; Health
    Economics, Political Power, Analytical Dimensions; Common Property Resources;
    Experimental Design; Statistical Methodologies.

## RESEARCH GRANTS

Agency for International Development, U.S. State Department (numerous)
Agriculture Cooperative Service, U.S. Department of Agriculture
Agriculture Research Service, U.S. Department of Agriculture (numerous)

Center for Agricultural and Rural Development (numerous)
Chicago Board of Trade
Chicago Mercantile Exchange
Coleman Fung Risk Management Research Center, Institute of Business and Economic Research,
    University of California, Berkeley
Consortium of US Commodity Futures Exchanges
Economic Research Service, U.S. Department of Agriculture (numerous)
Economics Branch, Agriculture Canada (numerous)
Ford Foundation (numerous)
France-Berkeley Fund
Giannini Foundation (numerous)
Harvard University Research Institute
International Monetary Fund
National Center for Food and Agricultural Policy (numerous)
National Science Foundation (numerous)
OECD, France
Resources for the Future
State of Iowa Coal Project
U.S. Department of Agriculture (numerous)
U.S. Trade Representatives Office (numerous)
U.S. Environmental Protection Agency (numerous)
University of California Systemwide Biotechnology Research and Education Program
University of California Water Resource Center
Western Human Nutrition Center, U.S. Department of Agriculture
World Bank

## GOVERNMENT CONSULTING AND NONACADEMIC POSITIONS

Chairman, Board of Directors, OnPoint Analytics, 2004-
Senior Consultant, CRA International, 2000-2006
Board of Directors, Diversified Therapy Corporation, 1997–2005
Chairman and Board of Directors, TriColor Line, Ltd., 1990–
Board of Directors, Source for Automation, Inc., 1988–1996
U.S. Department of Agriculture, 1975–
Board of Directors, OnCure Technology (formerly US Cancer Care), 1998–2003
Cofounder and Board of Directors, LECG, Inc., 1990–2000
Board of Directors, U.S. Diagnostic Labs, 1994–99
Council of Economic Advisors, 1993–94, 1986–88
President and Board of Directors, Institute for Policy Reform, Washington, D.C., 1990–1994
Nathan Associates, Incorporated, Washington, DC, 1990–1991
Chief Economist, Agency for International Development, Washington, DC, 1988–1990
U.S. Department of State, 1986–1990
Ministry of Agriculture, England, 1987–88
World Bank, 1983–1988, 1975–76
Bureau of Agricultural Economics, Australia, 1986–87
Farm Credit Administration, 1986–87
U.S. Office of Management and Budget, 1986–87
Chicago Board of Trade, 1982–1986
Ministry of Agriculture, Spain, 1985
Chicago Mercantile Exchange, 1980–81

Oakridge National Laboratories, Energy Division, Oakridge, Tennessee, 1978–1981
Economics Branch, Agriculture Canada, 1977–1980
U.S. Bureau of Mines, 1974–1976
U.S. Office of Saline Water, 1973–1976
National Science Foundation Environmental Project, University of Chicago, 1973–1975
Manager, California Dairy and Truck Crop Farm, 1967–1973

## INDUSTRY CONSULTING AND LITIGATION EXPERIENCE

Consulting experience in complex litigation, antitrust, regulated industries, measurement of economic damages, economic feasibility studies, market analysis, econometric modeling, environmental damages, development of portfolio investment models, and the assessment of risk management frameworks.

# Exhibit B

## Four Year Testimony List of Gordon Rausser, Ph.D.



# GORDON C. RAUSSER
Senior Consultant

## Expert Reports, Depositions, and Testimony (2008 – December 2012)

*Stanislaus Food Products Company v. USS-POSCO Industries and Does 1 – 200*
Lieff Cabraser Haimann & Bernstein, LLP (2012)

- Expert Report

*In Re: Rail Freight Fuel Surcharge Antitrust Litigation*
Quinn Emanuel Urquhart Oliver & Hedges, LLP (2010, 2012)

- Expert Report

- Deposition

*AgroSource, Inc. v. Sipcam Agro USA, Inc.* (Arbitration)
Wiley Rein LLP (2012)

- Disclosure of Expert Opinions

*Abbott Laboratories et al. v. Sandoz, Inc.*
Cozen O'Conner (2012)

- Expert Report

- Deposition

*Lehman Brothers Securities and Erisa Litigation*
Girard Gibbs LLP (2012)

- Expert Report

- Deposition

*Shire LLC et al. v. Teva Pharmaceuticals USA, Inc. et al.*
Frommer Lawrence & Haug LLP (2012)

- Expert Report

- Trial Testimony

*Negrete, et al. v. Allianz Life Insurance Company of North America*
Bonnett, Fairbourn, Friedman & Bailint, P.C. (2012)

- Expert Report

- Deposition



*Dey, L.P. and Dey, Inc., v. Sepracor, Inc.*
Frommer, Lawrence & Haug, LLP (2009, 2012)

- Expert Reports

- Deposition

*Shire Development Inc., Shire Pharmaceutical Development Inc., Cosmo Technologies Limited, and Giuliani International Limited, v. Cadila Healthcare Limited (d/b/a Zydus Cadila) and Zydus Pharmaceuticals (USA) Inc.*
Frommer Lawrence & Haug LLP (2012)

- Expert Report

- Deposition

*Robert Facciola, et al. v. Greenburg Traurig, LLP, et al.*
Bonnett, Fairbourn, Friedman & Bailint, P.C.
Tiffany & Bosco, P.A. (2012)

- Expert Report

- Deposition

*Novartis AG and Novartis Pharmaceuticals Corp., v. Mylan Pharmaceuticals, Inc. and Mylan Inc.*
Frommer Lawrence & Haug LLP (2011)

- Expert Report

*In Re: Southeastern Milk Antitrust Litigation*
Howrey LLP (2010-2011)

- Expert Report

- Deposition

*Elliot Zeisel, on behalf of himself and all others similarly situated v. Diamond Foods, Inc.*
Winston & Strawn LLP (2011)

- Expert Declaration

*Dey, L.P., and Dey, Inc., v. Teva Parenteral Medicines, Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries, Ltd.*
Frommer Lawrence & Haug LLP (2011)

- Expert Report

- Deposition

*In Re: Northeastern Milk Antitrust Litigation*
Howrey, LLP (2011)

- Expert Report

- Expert Declaration

- Deposition

*Abbott Laboratories and Abbott Respiratory LLC, v. Lupin Limited and Lupin Pharmaceuticals, Inc.*
Frommer Lawrence & Haug LLP (2010)

- Expert Report

- Deposition

*OSI Pharmaceuticals, Inc., Pfizer, Inc., and Genentech, Inc. v. Teva Pharmaceuticals USA, Inc. and Mylan Pharmaceuticals Inc.*
Wiley Rein LLP (2010)

- Expert Report

- Deposition

*Asahi Kasei Pharma Corporation v. Actelion Ltd., et al.*
Morgan, Lewis & Bockius LLP (2010)

- Expert Report

- Deposition

- Hearing Testimony

- Trial Testimony

*Galderma Laboratories, L.P., Galderma S.A., and Dermalogix Partners, Inc., v. Paddock Laboratories, Inc.*
Frommer, Lawrence & Haug LLP (2010)

- Expert Report

- Deposition

*Office Depot, Inc. v. Marsh & McLennan Companies, Inc., et al.*
Killpatrick & Stockton, LLP (2010)

- Deposition

*Aspex Eyewear, Inc. and Contour Optik, Inc. v. Hardy Life, LLC, et al.*
Sheppard Mullin Richter & Hampton LLP
Frommer Lawrence & Haug LLP (2010)

- Expert Report

- Deposition

*Class v. Smithkline Beecham Corporation D/B/A Glaxosmithkline plc*
Miller Law, LLC (2008-2012)

- Expert Declaration

- Deposition

- Hearing Testimony

*In Re: Gabapentin Patent Litigation*
Axinn Veltrop & Harkrider LLP (2010)

- Expert Report

- Deposition

*Darlery Franco, et al. v. Connecticut General Life Insurance, Co., et al.*
Scott & Scott, LLP (2010)

- Expert Declaration

*In Re: Aetna UCR Litigation*
Scott & Scott, LLP (2010)

- Expert Declaration

- Expert Report

- Deposition

*Cephalon Labs, Inc., et al. v. Watson Pharmaceuticals, Inc., et al.*
Frommer Lawrence & Haug LLP (2010)

- Expert Report

- Deposition

- Trial Testimony

*In Re: Ready-Mixed Concrete Antitrust Litigation*
Cohen & Malad, LLP (2008-2010)

- Expert Report

- Expert Declaration

- Trial Testimony

*SmithKline Beecham Corporation, et al. v. Apotex Corp.*
Locke, Lord, Bissell & Liddell (2010)

- Expert Report

*Duramed Pharmaceuticals, Inc,, v. Paddock Laboratories, Inc.*
Frommer, Lawrence & Haug (2010)

- Expert Report

- Deposition

*Harris Farms, Inc, v. Western Farm Service, et al.*
Petrie, Dorfmeier & Morris, LLP (2009)

- Deposition



*Sanofi-Aventis U.S. LLC, Sanofi-Aventis, Debiopharm, S.A. v. Mayne Pharma Limited, Mayne, Pharma (USA) Inc, Hospira Australia PTY LTD., and Hospira, Inc.*
Winston & Strawn, LLP (2009)

- Expert Declaration

*United States of America v. Cinergy Corporation, PSI Energy, Inc., and Cincinnati Gas & Electric Co.*
Sidley Austin, LLP (2009)

- Expert Report

*Santa Clara Valley Water District v. Olin Corporation*
Morgan, Lewis & Bockius, LLP (2009)

- Deposition

*Clyde Litchfield, et al. v. Onstott Dusters, Inc.et al.*
McCormick, Barstow, Sheppard, Wayte & Carruth, LLP (2009)

- Expert Report

- Deposition

*Citgo Petroleum Corporation v. Ranger Enterprises, Inc.*
Stahl Cowen Crowley Addis LLC (2009)

- Expert Report

- Deposition

*Keepseagle, et al.  v. Thomas J. Vilsack, Secretary, The United States Department of Agriculture*
United States Department of Justice, Civil Division (2009)

- Expert Report

- Deposition

*Santarus, Inc. and The Curators of the University of Missouri v. Par Pharmaceutical, Inc.*
Arent Fox, LLP (2009)

- Expert Report

- Deposition

- Trial Testimony

*Asahi Kasei Pharma Corporation v. Cotherix, Inc.*
Morgan, Lewis & Bockius, LLP (2009)

- Expert Report

*Sun Pharmaceutical Industries, Ltd. v. Eli Lilly and Company*
Winston & Strawn, LLP (2009)

- Expert Report

- Deposition



*Frank K. Cooper Real Estate #1, Inc., et al. v. Cendant Corporation and Century 21 Real Estate Corporation*
Zwerling, Schachter & Zwerling (2009, 2011)

- Expert Report

- Expert Declaration

- Deposition

*Forest Laboratories, Inc., et al. v. Caraco Pharmaceutical Laboratories, Ltd.*
Winston & Strawn, LLP (2008-2009)

- Expert Report

- Deposition

*Lisa Reed, et al., v. Advocate Health Care, et al. and Janet Schultz, et al., v. Evanston Northwestern Healthcare, et al.*
Cohen, Milstein, Hausfeld & Toll PLLC (2008-2009)

- Expert Declarations

- Deposition

*Purdue Pharma Products L.P, Napp Pharmaceutical Group, Ltd., et al., v. Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*
Frommer, Lawrence & Haug (2008-2009)

- Expert Report

- Deposition

- Trial Testimony

*State of Oklahoma, et al. v. Tyson Foods, Inc., et al.*
Ryan, Whaley & Coldiron (2008-2009)

- Expert Report

- Expert Declaration

- Deposition

- Trial Testimony

*Novo Nordisk A/S and Novo Nordisk, Inc. v. Caraco Pharmaceutical Laboratories, Ltd.*
Winston & Strawn, LLP (2008)

- Expert Declaration

- Deposition



*Pacific Tomato Growers, Ltd. v. Agricola La Primavera, S.A., de C.V. and Kaliroy Produce, Inc.*
K&L Gates (2008)

- Deposition

- Trial Testimony

*Rick Love, M.D., Joe Frank Smith, M.D., et al. v. Blue Cross and Blue Shield of Arizona, Inc., et al.*
Whatley Drake & Kallas (2008)

- Expert Report

- Expert Declaration

- Deposition

*Intervet, Inc., v. Merial, Ltd. and Merial SAS*
Alston & Bird LLP (2008)

- Expert Report

- Deposition

*James Weiss, Patricia Vogt, et al. v. AstraZeneca Pharmaceuticals LP and Zeneca, Inc.*
Sidley Austin, LLP (2008)

- Expert Declaration

- Hearing Testimony

- Deposition

*Novartis Corporation, et al. v. Lupin Ltd.*
Frommer, Lawrence & Haug (2008)

- Expert Report

- Deposition

*Auerbach Acquisition Associates, Inc. v. Daily (Shooker)*
Morgan Lewis & Bockius, LLP (2005-2008)

- Expert Deposition

- Trial Testimony

*Olivera v. Western Ag Aviation*
Parish & Small (2008)

- Trial Testimony




*Fidelity High Tech v. United States*
United States Department of Justice, Tax Division (2008)

- Expert Report

- Trial Testimony

- Deposition

*Abbott v. Sandoz*
Locke, Lord, Bissell & Liddell, LLP (2008)

- Expert Report

- Deposition

*Robert Scher, M.D., et al., v.Oxford Health Plans, Inc. and Oxford Health Plans of New York, Inc.*
Whatley Drake & Kallas (2008)

- Expert Declaration

*Syngenta v. Monsanto*
Howrey & Simon (2006, 2008)

- Expert Report

- Deposition

*John Johnson and Robert Charles Burden, et al. Consolidated with James Alford, III et al. v. Big Lots Stores, Inc.*
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel (2008)

- Expert Reports

- Trial Testimony

- Deposition

*People of the State of California v. Universal Life Resources, et al.*
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP (2008)

- Expert Declaration

*Houlding, et al. v. Grouleff Aviation, Inc.*
Petrie, Dorfmeier & Morris (2008)

- Trial Testimony

*Kish, et al. v. SunTrust Banks, Inc. and SunTrust Bank*
Doffermyre Shields Canfield Knowles & Devine, LLC (2007-2008)

- Expert Declaration

- Expert Report

- Deposition



*Morelock Enterprises, Inc. v. Weyerhaeuser Company*
Thelen, Reid & Priest (2004-2008)

- Expert Report

- Depositions

  Trial Testimony

**Exhibit C**
**Materials Reviewed and Relied Upon**

**Court Documents**

*Wilma Walker v. American International Group, Inc. et al.,* C.A. No. 4142-CC, Stipulation and Order of Dismissal, dated February 5, 2009

Verified Class Action Complaint, filed November 21, 2011

Amended Verified Class Action Complaint dated January 31, 2012  in the matter *Starr International Company, Inc. v. United States,* No. 11-779C (Court of Federal Claims)

Amended Verified Class Action Complaint, filed January 31, 2012

Amended Verified Complaint dated February 1, 2012 in the matter *Starr International Company, Inc. v. Federal Reserve Bank of New York,* No. 11-cv-8422 (Southern District of New York)

*Starr International Co., Inc. v. United States,* Defendant's Memorandum of Law in Support of Motion to Dismiss, dated March 1, 2012

Plaintiff's Opposition to Defendant's Motion to Dismiss, filed March 29, 2012

*Starr International Co., Inc. v. United States,* Starr's Opposition to the United States' Motion to Dismiss dated March 29, 2012

*Starr International Co., Inc. v. FRBNY,* Defendant's Memorandum of Law in Support of Motion to Dismiss, dated April 2, 2012 and the Declaration of J. Kiernan with Exhibits

Defendant's Reply in Support of its Motion to Dismiss, filed April 26, 2012

*Starr International Co., Inc. v. United States,* Defendants' Reply Memorandum of Law in Support of Motion to Dismiss, dated April 26, 2012

Demonstratives from the Motion to Dismiss Oral Argument before the Court of Federal Claims, June 1, 2012

*Starr International Co., Inc. v. FRBNY,* Starr's Opposition to the Federal Reserve Bank of New York's Motion to Dismiss dated June 1, 2012

*Starr International Company, Inc. v. United States,* No. 11-779C, 2012 WL 2512920 (Fed. Cl. July 2, 2012)

Opinion and Order on Defendant's Motion to Dismiss, filed July 2, 2012

*Starr International Co., Inc. v. FRBNY* , Defendant's Reply to Starr's Opposition to the Motion

to Dismiss dated July 2, 2012

Defendant's Answer to the Amended Verified Class Action Complaint dated July 30, 2012 in the matter *Starr International Company*, *Inc. v. United States*, No. 11-779C (Court of Federal Claims)

Plaintiff Starr International Company, Inc.'s Opposition to Defendant's Motion for Reconsideration, filed August 24, 2012

Order, filed September 13, 2012

Opinion and Order on Defendant's Motion for Reconsideration, filed September 17, 2012

*Starr International Company*, *Inc. v. United States*, No. 11-779C, 2012 WL 4056242 (Fed. Cl. September 17, 2012)

Scheduling Order, filed October 1, 2012

Defendant's Response and Objections to Plaintiff's First Requests for Admission, October 15, 2012

Federal Reserve Bank of New York's Submission dated November 2, 2012 and Exhibits

Opening Submission to the AIG Board of Directors in Support of the Demand of Starr International Company, Inc., November 2, 2012, and Exhibits

Starr's Submission dated November 2, 2012 and Exhibits

Submission on Behalf of the United States Department of the Treasury to the Board of Directors of American International Group, Inc., dated November 2, 2012 and Exhibits


**Agreements**

AIG Credit Facility Trust Agreement among Federal Reserve Bank of New York, and Jill M. Considine, Chester B. Feldberg, and Douglas L. Foshee, as Trustees dated Jan. 16, 2009

Amended and Restated Limited Liability Company Agreement of Maiden Lane III LLC, dated Nov. 24, 2008

Credit Agreement between American International Group, Inc., as Borrower, and Federal Reserve Bank of New York, as Lender dated Sept. 22, 2008

Guarantee and Pledge Agreement dated as of September 22, 2008 among American International Group, Inc. the Guarantors Party Hereto and Federal Reserve Bank of New York as Secured Party

Master Investment and Credit Agreement among Maiden Lane III LLC, as Company, Federal Reserve Bank of New York, as Controlling Party, Federal Reserve Bank of New York, as Senior Lender, American International Group, Inc., as Equity Investor, and The Bank of New York Mellon, as Collateral Agent dated Nov. 25, 2008

Master Transaction Agreement, dated December 8, 2010

Securities Exchange Agreement, dated April 17, 2009

Securities Purchase Agreement, dated November 25, 2008

Securities Purchase Agreement, dated, April 17, 2009

Series C Perpetual, Convertible, Participating Preferred Stock Purchase Agreement, dated March 1, 2009 between AIG Credit Facility Trust and American International Group, Inc.


**Articles, Books and Treatises**

AIG Form 8-K, dated September 16, 2008

AIG Press Release, "AIG Signs Definitive Agreement with Federal Reserve Bank of New York for $85 Billion Credit Facility," September 23, 2008

AIG Press Release, "AIG Statement on Announcement by Federal Reserve Board of $85 Billion Secured Revolving Credit Facility," September 16, 2008

AIG, Inc, 2008 Annual Report

AIG, Inc, Form 10-Q, Filed on 08/06/2008, File Period 06/30/2008

AIG, Inc, Form 10-Q, Filed on 08/07/2009, File Period 06/30/2009

AIG, Inc, Form 10-Q, Filed on 11/10/2008, File Period 09/30/2008

Barber, B. M. and Odean, T., Trading Is Hazardous to Your Wealth: The Common Stock Investment Performance of Individual Investors, *The Journal of Finance*, 55 (2000): 773–806

Berkowitz, B., "AIG contribution to Maiden Lane III repaid in full," *Reuters,* July 16, 2012

Cohan, W.D., "Three Days that Shook the World," *CNNMoney.com*, December 15, 2008

Dash, E. and Sorkin, A.R., "Throwing a Lifeline to a Troubled Giant," *The New York Times,* September 18, 2008

Delaware General Corporation Law, Title 8, Chapter 1 of the Delaware Code

Federal Reserve Bank of New York Press Release, "Federal Reserve Announces Establishment of Primary Dealer Credit Facility," March 16, 2008, http://www.newyorkfed.org/newsevents/news/markets/2008/rp080316.html

Federal Reserve Bank of New York Press Release, "New York Fed Sells Remainder of Maiden Lane III LLC Securities; Marks End of AIG-Related Assistance; Approximately $6.6 Billion Net Gain Generated for U.S. Public from the Portfolio," August 23, 2012

Federal Reserve Bank of New York Press Release, "Statement on Financing Arrangement of JPMorgan Chase's Acquisition of Bear Stearns," March 24, 2008, http://www.newyorkfed.org/newsevents/news/markets/2008/rp080324.html

Federal Reserve Bank of New York, "AIG CDO LLC Facility: Terms and Conditions," Effective December 3, 2008

Federal Reserve Bank of New York, Lehman IB Update (Aug. 27, 2008)

Holm, E., Ng, S., and Yoon, A., "New York Fed Sells Last of AIG Bonds, at a Profit," *Wall Street Journal,* August 23, 2012

Joint Written Testimony of Thomas C. Baxter, Executive Vice President and General Counsel, and Sarah Dahlgreen, Executive Vice President, Special Investments Management, Federal Reserve Bank of New York, before the Congressional Oversight Panel regarding The Federal Reserve Bank of New York's Involvement with AIG, May 26, 2010

Lehman Brothers, Quarterly Earnings - First Quarter 2008, http://www.lehman.com/press/qe/past/1_08qe.htm

Lehman Brothers, Quarterly Earnings, Second Quarter 2008, http://www.lehman.com/press/qe/past/2_08qe.htm

Mark Jickling, Congressional Research Service, CRE Report for Congress: Fannie Mae and Freddie Mac in Conservatorship (September 7, 2008), available at: http://fpc.state.gov/documents/organization/110097.pdf.

Postal, A.D., "Fed Sells Remaining Maiden Lane III Securities," *LifeHealthPro,* August 24, 2012

Russnow, M., "AIG Proposed Reverse Stock Split: Shareholders Should Vote This Down as a No-Brainer," *Huffington Post,* June 27, 2009

Son, H and Holm, E., "Fed Said to Reverse Stance, Consider AIG Loan Package (Updated3)," *Bloomberg,* September 16, 2008

Sorkin, A.R., "A.I.G. Starts to Calculate a Measured Sell-Off," *The New York Times DealBook*, September 18, 2008

Sorkin, A.R., "A.I.G.: So Many Questions," *The New York Times DealBook*, September 18, 2008

Sorkin, A.R., Too Big to Fail, Penguin Group, 2010

Statement by Thomas C. Baxter, Jr., Executive Vice President and General Counsel of Federal Reserve Bank of New York, Financial Crisis Inquiry Commission, September 1, 2010

Tracer, A., "AIG's $5 Billion Contribution to U.S. Rescue Fund Repaid," *Bloomberg,* July 16, 2012

U.S. Department of the Treasury Press Release, "Statement by Secretary Henry M. Paulson, Jr. on Treasury and Federal Housing Finance Agency Action to Protect Financial Markets and Taxpayers," September 7, 2008, available at http://www.ustreas.gov/press/releases/hp1129.htm

Walsh, M.W. and de la Merced, M.J., "A Race for Cash at A.I.G. as Ratings Are Downgraded," *The New York Times,* September 16, 2008

**Bates-numbered Documents**

FCIC 154463-464
FCIC 156050-054
FCIC-154477-479
FCIC-154545
FCIC-154556-558
FCIC-154564
FCIC-154731
FCIC-154768-773
FCIC-154785-789
FCIC-154818-820
FCIC-154847-850
FCIC-154863
FCIC-154870-871
FCIC-154949-951
FCIC-154966-967
FCIC-154997
FCIC-155006-010
FCIC-155011-015
FCIC-155027
FCIC-155141-147
FCIC-155172-175
FCIC-155446
FCIC-155450-452
FCIC-155470-474
FCIC-155481-491

FCIC-155504 -506
FCIC-155510-512
FCIC-155639-647
FCIC-155902-904
FCIC-155927-932
FCIC-155967-969
FCIC-156050-051
FCIC-156055-057
FCIC-AIG0015389-390
FCIC-AIG0015409-410
FCIC-AIG0016236-239
FCIC-AIG0021165-172
FCIC-AIG0021217-218
FCIC-AIG0021568-569
FCIC-SSI0001367-1371
FCIC-SSI0001367-371
FRBNY AIGCDS00234-0552
FRBNYCDS00152-155
FRBNYCDS00564-619
FRBNY-TOWNS-R1-086103-163
FRBNY-TOWNS-R1-101176-1238
FRBNY-TOWNS-R1-111022-024
FRBNY-TOWNS-R1-116391-406
FRBNY-TOWNS-R1-120762-772
FRBNY-TOWNS-R1-124098-103
FRBNY-TOWNS-R1-124135-136
FRBNY-TOWNS-R1-130996-020
FRBNY-TOWNS-R1-132550-551
FRBNY-TOWNS-R1-135989-990
FRBNY-TOWNS-R1-140609-614
FRBNY-TOWNS-R1-142965-975
FRBNY-TOWNS-R1-143092-103
FRBNY-TOWNS-R1-143169-182
FRBNY-TOWNS-R1-143237-341
FRBNY-TOWNS-R1-143934-936
FRBNY-TOWNS-R1-192105-160
FRBNY-TOWNS-R1-192168-170
FRBNY-TOWNS-R1-193219-224
FRBNY-TOWNS-R1-194156-277
FRBNY-TOWNS-R1-202431-432
FRBNY-TOWNS-R1-204046-055

FRBNY-TOWNS-R1-205129-131
FRBNY-TOWNS-R1-206523-547
FRBNY-TOWNS-R1-207165-177
FRBNY-TOWNS-R1-209925-926
FRBNY-TOWNS-R1-209956-973
FRBNY-TOWNS-R1-209984-992
FRBNY-TOWNS-R1-210326-328
FRBNY-TOWNS-R1-210369-385
FRBNY-TOWNS-R1-210966-967
FRBNY-TOWNS-R1-211522
FRBNY-TOWNS-R1-211756-771
FRBNY-TOWNS-R1-211793-813
FRBNY-TOWNS-R1-212120-121
FRBNY-TOWNS-R1-212402-428
FRBNY-TOWNS-R3-001880-901
FRBNY-TOWNS-R3-003983-4118
FRBNY-TOWNS-R3-010065-071
FRBNY-TOWNS-R3-031006-021
LBEXDOCID 131058
LBHI_SEC07940_612771-797
UST-FCIC 0029096
UST-FCIC 0029097
UST-FCIC 0029177
UST-FCIC 0029201
UST-FCIC 0029411
UST-FCIC 0029418-424
UST-FCIC 0029425-428
UST-FCIC 0029440-441
UST-FCIC 0029475
UST-FCIC 0029499
UST-FCIC 0029510
UST-FCIC 0029512-514
UST-FCIC 0029516-517
UST-FCIC 0029573
UST-FCIC 0029633-635
UST-FCIC 0029680
UST-FCIC 0029725-730
UST-FCIC 0029964
UST-FCIC 0030001
UST-FCIC0029411-416

**Non-bates-numbered Documents**

AIG, Notice of Annual Meeting of Shareholders to be Held June 30, 2009, dated June 5, 2009

Cover Letter from F. Bivens to S. Radin dated November 2, 2012

Cover Letter from J. Kiernan to S. Radin dated November 2, 2012

Letter from Crian M. Simkin to Stephen A. Radin re: *Starr International Co., Inc. v. United States,* Fed. Cl. No. 11-779, dated November 2, 2012, DJ# 154-11-779

Letter from D. Boies to R. Miller dated Sept. 21, 2012

Letter from Weil to Counsel re the AIG Board Submission Protocol dated October 1, 2012

Minutes of Meeting of the Board of Directors of American International Group, Inc. Held September 16, 2008

Summary of Terms for Senior Bridge Facility dated September 16, 2008