# In the United States Court of Federal Claims

No. 11-779C

(Filed: April 9, 2013)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STARR INTERNATIONAL COMPANY, INC., on its behalf and on behalf of a class of others similarly situated,

              Plaintiff,

v.

THE UNITED STATES,

              Defendant,

and

AMERICAN INTERNATIONAL GROUP, INC.,

              Nominal Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

On April 8 2013, counsel for Starr International Company, Inc. and the United States filed a joint status report proposing a plan to satisfy the notice and class certification requirements of Rule 23(c)(2) of the Court's Rules. As discussed with counsel for the parties, the Court will hold a hearing to discuss the issues raised in the joint status report on Tuesday, April 23, 2013, at 11:00 AM (EDT) at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

                                              s/Thomas C. Wheeler
                                              THOMAS C. WHEELER
                                              Judge