IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STARR INTERNATIONAL COMPANY,
INC., on its behalf and on behalf of a class of   :
others similarly situated,
                                               :
                         Plaintiff,
                                               :

       v.
                                               :

THE UNITED STATES,                  No.  11-00779C
                                          (Judge Wheeler)
                         Defendant,     :

AMERICAN INTERNATIONAL GROUP,  :
INC.,
                                             :
                     Nominal Defendant.
                                           :

                                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>NOTICE OF FILING OF PROPOSED CLASS NOTICE DOCUMENTS</u>

      Pursuant to the Court's request at the April 23, 2013 hearing on class action

notice, Plaintiff Starr International Company, Inc. submits notice documents conforming

to the Court's rulings at that hearing.  Attached as Exhibit 1 is the form of Notice and

Class Enrollment Form to be distributed to Class Members.  Attached as Exhibit 2 is the

form of Publication Notice.  Attached as Exhibit 3 is the text of the website Starr intends

to create.

Dated: April 24, 2013
       Washington, D.C.

                              Respectfully submitted,


                              DAVID BOIES
                              Attorney of Record
                              for Plaintiff and the Classes

                              /s/ David Boies
                              David Boies
                              BOIES, SCHILLER & FLEXNER LLP
                              333 Main Street
                              Armonk, NY 10504
                              Tel. (914) 749-8200
                              Fax (914) 749-8300
                              Email: dboies@bsfllp.com

OF COUNSEL:


BOIES, SCHILLER & FLEXNER LLP          SKADDEN, ARPS, SLATE,
                                       MEAGHER & FLOM LLP


Robert J. Dwyer                        John L. Gardiner
Nicholas A. Gravante, Jr.              Four Times Square
Alanna C. Rutherford                   New York, NY 10036
Julia C. Hamilton                      Telephone: (212) 735-3000
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300



Hamish P. M. Hume
Samuel C. Kaplan
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone: (202) 237-2727

# EXHIBIT 1

THE UNITED STATES COURT OF FEDERAL CLAIMS

# If you owned Common Stock in American International Group, Inc. ("AIG") between September 16, 2008 and September 22, 2008 or on June 30, 2009, you may be eligible to join a class action lawsuit against the United States

*A federal court authorized this Notice*

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **Ask to Be Included (Opt-In)** | **Participate in this lawsuit.**<br><br>If you are eligible and ask to be included, the Court will include you in the Classes. You will have the right to a portion of any money that results from the Court's decision in this case. You will be bound by any judgment or order in this case, both favorable and unfavorable. This means that if you join one or both of the Classes, you will not be able to sue the United States separately for the same legal claims. This also means that if the United States is successful in defending this action, you will not be able to sue again. |
| **Do Nothing** | **Keep the right to sue the United States separately.**<br><br>If you do nothing, the Court will not include you in the Classes. You will not receive any money as a result of any Court order in this case and you will not be bound by any order or judgment. You will keep the right to hire your own lawyer or proceed without counsel to sue the United States separately. |

## WHAT IS IN THIS NOTICE

BASIC INFORMATION ................................................................................................ 2

INFORMATION ABOUT THIS LAWSUIT ................................................................ 4

INFORMATION ABOUT MEMBERS OF THE CLASSES ........................................... 5

YOUR OPTIONS AND RIGHTS ................................................................................ 5

THE LAWYER FOR THE CLASSES ............................................................................ 7

SPECIAL NOTICE TO SECURITIES BROKERS AND OTHER NOMINEES.............. 8

OBTAINING MORE INFORMATION........................................................................ 8

# THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

STARR INTERNATIONAL COMPANY,
INC., on its behalf and on behalf of a class of  :
others similarly situated,

                                :

                 Plaintiff,

                                :

        v.

                                :

THE UNITED STATES,                   No.  11-00779C (TCW)

                                :

                 Defendant,

AMERICAN INTERNATIONAL GROUP,  :
INC.,

                                :

             Nominal Defendant.   :

                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## <u>NOTICE OF OPPORTUNITY TO PARTICIPATE IN A CLASS ACTION</u>
**A Court has authorized this Notice. This is not a solicitation from a lawyer.**
**THIS NOTICE MAY AFFECT YOUR RIGHTS; PLEASE READ CAREFULLY.**

**TO: All persons or entities who held shares of American International Group, Inc. ("AIG") Common Stock: (a) on or before September 16, 2008 and who owned those shares as of September 22, 2008; and/or (b) on June 30, 2009 and were entitled to vote those shares at the annual shareholder meeting held on that date.**

### BASIC INFORMATION

<u>1.  Why did I receive this Notice?</u>
AIG's corporate records show that you owned one or more shares of AIG common stock: (a) on or before September 16, 2008 and that you owned those shares as of September 22, 2008; and/or (b) on June 30, 2009 and were entitled to vote those shares at the annual shareholder meeting held on that date.

The purpose of this Notice is to inform you of a Class Action lawsuit ("Class Action") brought against the United States, to advise you of how your rights may be affected by this Action, and to instruct you on the procedures to make a claim if you choose to do so.

2

The United States Court of Federal Claims permitted the attorney for the named Plaintiff, Starr International Company, Inc. ("Starr"), to send this Notice.  However, the Court has taken no position on whether any individual should join the Class Action or whether the claims will be successful.

2.  What is this lawsuit about?
Starr filed a lawsuit against the United States in the Court of Federal Claims on November 21, 2011 on its behalf and on behalf of all other AIG Common Stock shareholders:  (a) who were shareholders on or before September 16, 2008 and who held that stock on September 22, 2008; and/or (b) who were shareholders as of June 30, 2009 and were eligible to vote those shares at AIG's annual shareholder meeting held on that date.

Two of the primary issues in this lawsuit are:  (a) whether the Government in September 2008 illegally exacted and/or took without just compensation 79.9% of the equity and ownership interests in AIG; and (b) whether the reverse stock split on June 30, 2009 constituted an illegal exaction and/or a taking without just compensation of the AIG common shareholders' right to prevent the United States from further diluting their ownership interests in AIG.  The answer to question 5 contains more details about Starr's allegations.

3.  What is a class action? Who is involved?
In a class action, one or more people or entities called "Class Representatives" (in this case, Starr) sue on behalf of other people or entities who have similar claims.  Together these people and entities are a "Class" or "Class Members."  In this case, the United States is the defendant.  In this Class Action, one judge of the United States Court of Federal Claims will resolve the issues for all Class Members who choose to join the lawsuit.  You will **not** be included in the Class unless you mail a consent form postmarked by the deadline set by the Court (see the answer to Question 10 for more details).

4. Why is this lawsuit a Class Action?
Rule 23 of the Rules of the United States Court of Federal Claims is the rule that governs class actions in this Court.  On March 11, 2013, the Court ruled that the lawsuit meets the Rule 23 requirements and may proceed as a Class Action.

In particular, the Court held that this Action met the commonality, typicality, adequacy and superiority requirements of Rule 23, granted Starr's motion to certify this Action as a Class Action, and designated David Boies of the firm Boies, Schiller & Flexner LLP as counsel of record for the Classes.

The Court's decision certifying this Action as a Class Action contains more information about why the Court has allowed this lawsuit to proceed as a Class Action, and can be found at: www.starrtakingsclaim.com.

## INFORMATION ABOUT THIS LAWSUIT

5.  What does this lawsuit complain about?
Starr alleges that in September 2008, in the midst of a global financial crisis, the Government illegally exacted and/or took without just compensation a 79.9% equity and voting interest in AIG in violation of the Fifth Amendment to the United States Constitution, which requires payment of just compensation when the Government takes private property for a public purpose.

Starr also alleges the Government lacked the authority to take an ownership interest in a private corporation in connection with an emergency loan.  Specifically, Starr alleges that the statute giving the Federal Reserve Bank of New York (FRBNY) the authority to make emergency loans, Section 13(3) of the Federal Reserve Act, 12 U.S.C. § 343, authorized the bank to charge interest and obtain security for the loan, but did not permit the grant of an equity interest as a condition of the loan.

Starr also alleges that the Government orchestrated a reverse stock split, voted on as Proposal 4 at the June 30, 2009 annual shareholder meeting, to circumvent the purported right of AIG common shareholders under the September 22, 2008 Credit Agreement, the March 1, 2009 Stock Purchase Agreement, Delaware law and AIG's Charter, to prevent further dilution of their ownership interests in AIG.

6.  What is the United States' response to the allegations?
The United States denies that there was a Fifth Amendment Taking or an illegal exaction, and denies that the named Plaintiff or potential class members are entitled to compensation for a Fifth Amendment Taking or illegal exaction, among other defenses.

7.  Has the Court decided who is right?
No.  The Court has not decided whether the United States or the Plaintiff is correct.  The Court does not, by certifying the Classes and issuing this Notice, suggest the Plaintiff will win or lose.  The Plaintiff has the burden to prove its claims at a trial to be held at a later date.  The litigation is currently in the pre-trial stage called discovery.

8.  What does the Class Action ask for?
Plaintiff is seeking compensation for the value of the ownership interests in AIG that it alleges were illegally exacted and/or taken by the Government from Plaintiff and the Classes.

9.  Is there money available now?
No.  No money will be payable to Plaintiffs or the Classes unless and until the United States Court of Federal Claims decides that the United States did something wrong and that Plaintiff and any other Class Members are entitled to compensation.  There is no guarantee that money will ever be obtained.  If it is, and you have decided to join the Class Action, you will be notified about how to ask for your share of any money that is awarded.

## INFORMATION ABOUT MEMBERS OF THE CLASSES

**10.  Am I a part of this Class Action?**
You will have to decide whether to join this Class Action. You are not a Class Member unless and until you fill out and return the form found at the end of this Notice.  Rule 23 of the Rules of the United States Court of Federal Claims requires that Class Members "opt-in" to a class action with these forms.  If you fit the description in the next question, you have the right to choose to opt-in and become a Class Member.

**11.  Who can join the Class?**
The Court decided that the two Classes may consist of:

>    A.  The Credit Agreement Class:  "All persons or entities who held shares of AIG Common Stock on or before September 16, 2008 and who owned those shares as of September 22, 2008, excluding Defendant, any directors, officers, political appointees, and affiliates thereof, as well as members of the immediate families of Jill M. Considine, Chester B. Feldberg, Douglas L. Foshee, and Peter A Langerman."

>    B.  The Stock Split Class:  "All persons or entities who owned shares of AIG Common Stock on June 30, 2009 and were eligible to vote those shares at the annual shareholder meeting held on that date, excluding Defendant, any directors, officers, political appointees and affiliates thereof, as well as members of the immediate families of Jill M. Considine, Chester B. Feldberg, Douglas L. Foshee, and Peter A. Langerman."

The Court's description was written only for the purpose of determining the identity of possible members of the two Classes. The fact that the Court wrote this description does not mean the Court has decided that the United States has any liability whatsoever for any claims alleged by Plaintiff or the Classes.

**12.  What should I do if I am not sure if I can join one or both of the Classes?**
If you are unsure whether you are eligible to join a Class, you may contact the Class Counsel in this case using the contact information provided below.

## YOUR OPTIONS AND RIGHTS

**13.  How can I join the Class?**
If you owned AIG common stock on or before September 16, 2008 and held that stock as of September 22, 2008, you have a right to participate in this lawsuit as a member of the Credit Agreement Class.  If you owned AIG common stock on June 30, 2009 and were eligible to vote those shares at the annual shareholder meeting on that day, you have a right to participate in this lawsuit as a member of the Stock Split Class.  If you qualify for both Classes, you may participate in this lawsuit as a member of both Classes.

Enclosed is a document titled "Class Action Enrollment Form."  If you choose to join this lawsuit and participate in any potential recovery, you should read, sign, and return the Enrollment Form:

By U. S. mail to Claims Administrator at the following address:
Starr v. The United States of America
c/o Rust Consulting, Inc.
P.O. Box 2432
Faribault, MN 55021-9132

By Email to: info@starrtakingsclaim.com

The Enrollment Form must be submitted by email or if mailed, postmarked, by 11:59 PM Eastern Standard Time on [ENTER MONTH DAY, YEAR equal to the date 90 days after Plaintiff's issuance of the Notice].

14.  What will happen when I join this Class?
If you choose to join this Class Action, you will be bound by any ruling, judgment, or award.  You will be bound by all decisions of Starr and Class Counsel concerning the method and manner of conducting the litigation.  This is true whether the ruling is in your favor or not.  Similarly, you will be bound by, and can share in, any settlement reached on behalf of the Class.  Any person or entity who submits an opt-in form to join one or both of the classes need not appear in Court in order to participate.  Ultimately, the Judge will rule on whether you are entitled to compensation and, if so, the amount of compensation owed to you.

15. Will joining the Class cost me any money?
You will not have to pay any money out of pocket to participate in the Class Action.  If either or both of the Classes is successful in this litigation, however, Class Counsel will ask the Court's permission to be compensated for litigating this case and representing the successful Classes.  Any sums received by Class Counsel in compensation will be deducted from any recovery, which will proportionately reduce the amount of any award each Class Member receives.

Although you will not have to pay anything out of pocket, it is possible that you may be required to provide documents to the defendant or to testify under oath at a deposition or at trial.  In order to receive a payment, you will need to provide documents establishing your ownership of AIG Common Stock in the relevant time periods.

16.  What happens if I do not join this Class Action?
If you do not join this Class Action, you will not be bound by any ruling, judgment, award, or settlement in this case.  You also will not receive any portion of the recovery in the lawsuit, if the Class wins the suit.  If you do not want to join either Class, you do not need to do anything in response to this Notice.  You are free to file a lawsuit on your own

behalf.  Claims under the Fifth Amendment of the Constitution must be brought in the United States Court of Federal Claims within six (6) years of the date the claim accrued.

THE LAWYER FOR THE CLASSES

18.  Do I have a lawyer in this case to represent me?
The Court has decided that David Boies, with the support of the law firms Boies, Schiller & Flexner LLP and Skadden, Arps, Slate, Meagher & Flom LLP, is qualified to represent you and all Members of the Classes.  Mr. Boies is called "Class Counsel."  Class Counsel has experience handling this type of lawsuit.  More information about Class Counsel and the law firms is available at: www.bsfllp.com and www.skadden.com.

19.  Should I get my own lawyer?
You do not need to hire your own lawyer because Class Counsel will work on your behalf and represent your interests if you join the Class.  You have the right to have your own lawyer.  Your own lawyer can appear in court for you if you want someone other than Class Counsel to speak on your behalf.  If you choose to hire your own lawyer, you will have to pay that lawyer.

20.  How will Class Counsel be paid?
If either or both of the Classes is successful in this litigation, Class Counsel will ask the Court's permission to be compensated for litigating this case and representing the successful Classes.  Any award to Class Counsel will proportionately reduce the amount of any award each Class Member receives.  The Court will order notice to Class Members before it awards any fees, and you will have an opportunity to object to a fee request at the appropriate time.

21.  How and when will the Court decide this case?
If the case is not resolved by a settlement or otherwise, the Class Counsel will have to prove the claims of Plaintiff and the Classes at a trial.  It is currently anticipated that the trial will take place in the Fall of 2014.  The parties are currently in the pre-trial discovery phase, during which they are exchanging information about the facts of the case.  At a trial, the judge would hear all of the evidence to reach a decision about whether the Plaintiff or Defendant is right about the claims in this case.

22. Do I need to go to the trial?
You do not need to attend the trial.  The Class Counsel will present the case on behalf of all Class Members.  You and/or your own lawyer are welcome, and entitled, to attend the trial at your own expense.

23.  Will I get any money after the trial?
If either or both of the Classes are successful and obtain money as a result of the trial or a settlement, you will be notified about how to participate and receive your share.  The parties at this time do not know how long this will take.

SPECIAL NOTICE TO SECURITIES BROKERS AND OTHER NOMINEES

If you owned AIG common stock (as defined herein) during the Class Periods for the beneficial interest of a person or organization other than yourself, then, within ten (10) days after you receive this Notice, you must, at your option, either (i) send this Notice and Class Action Enrollment Form to the Beneficial Owner, or (ii) request the Claims Administrator to send you additional copies of this Notice and Class Action Enrollment Form sufficient to deliver to all Beneficial Owners, and within ten (10) days after receipt thereof make such delivery to all Beneficial Owners, or (iii) provide a list of the names and addresses or email addresses of all Beneficial Owners to the Claims Administrator, who will send those Persons a copy of this Notice and the Class Action Enrollment Form by first class mail or email.  Nominees who elect to themselves deliver the Notice and Proof of Claim to their Beneficial Owners shall send a statement certifying to the Claims Administrator confirming that the delivery has been made as directed.

If you choose to deliver the Notice and Class Action Enrollment Form yourself, you may obtain from the Claims Administrator (without cost to you) as many additional copies of these documents as you will need to complete the delivery, by submitting a request to:

> Starr v. The United States of America
> c/o Rust Consulting, Inc.
> P.O. Box 2432
> Faribault, MN 55021-9132

Regardless of whether you choose to complete the delivery yourself or elect to have the delivery performed for you, you may obtain reimbursement for reasonable administrative costs actually incurred in connection with forwarding the Notice and Class Action Enrollment Form and which would not have been incurred but for the obligation to forward the Notice and Class Action Enrollment Form, upon submission of appropriate documentation supporting your costs actually incurred to the Claims Administrator.  The Claims Administrator has also maintained on its website pdf versions of this Notice and the Class Action Enrollment Form.

OBTAINING MORE INFORMATION

You can obtain additional information about this lawsuit or this Notice by contacting the Claims Administrator retained by the lawyer representing the Classes:

> Starr v. The United States of America
> c/o Rust Consulting, Inc.
> P.O. Box 2432
> Faribault, MN 55021-9132
>
> Email: info@starrtakingsclaim.com
> Toll Free Number: 1-877-497-5920

You can visit the following website for other information: www.starrtakingsclaim.com. You should not contact the Court with any questions at this time.

## <u>CLASS ACTION ENROLLMENT FORM AND DECLARATION</u>

I hereby elect to join a lawsuit against the United States as a Class Member to assert claims for an illegal exaction and/or taking without just compensation related to the actions of the United States with regard to AIG between September 2008 and June 2009.

Check either or both of the following boxes, as applicable to you:

  ☐  I owned AIG common stock on or before September 16, 2008 and held that stock on September 22, 2008.

  ☐  I owned AIG common stock on June 30, 2009 and was eligible to vote that stock at the AIG annual shareholder's meeting held that day.

I understand that by signing this form I am indicating my desire to join the Class Action described in the Notice.

**If executed outside of the United States**:  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
**If executed within the United States, its territories, possessions, or commonwealths**: Pursuant to 28 U.S.C. § 1746 I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

Please submit this one-page Enrollment Form and Declaration by email or mailed via U.S. mail and postmarked no later than 11:59 PM Eastern Standard Time on [ENTER MONTH DAY, YEAR equal to the date 90 days after Plaintiff's issuance of the Notice], to:

    Starr v. The United States of America
    c/o Rust Consulting, Inc.
    P.O. Box 2432
    Faribault, MN 55021-9132

    Email: info@starrtakingsclaim.com
    Toll Free Number: 1-877-497-5920

DATE _____

SIGNATURE _____

NAME   _____

ADDRESS  _____

      _____

      _____

      CITY     STATE  ZIP

TELEPHONE (_____) _____

TAXPAYER ID NO. _____

If you are represented by an Attorney in this matter, provide the following information:

10

Attorney Name:          _____

Attorney Address:       _____

_____

_____

Attorney Tel. No.:       _____

NOTICE REGARDING ELECTRONIC FILES: Nominees with large a number of beneficial holders may electronically submit enrollment information on behalf of their beneficial holders.  Each electronic submission must include:

- A completed Enrollment Form that lists the name, address, telephone number and email address of the nominee/filing entity;

- Documentation showing the authority of the nominee/filing entity to enroll on behalf of the beneficial holders included in the submission; and

- An Excel spreadsheet or a fixed-length text file that includes the information for each beneficial holder requested on the Enrollment Form pursuant to the Electronic Filing Template available at www.starrtakingsclaim.com.

To obtain the mandatory electronic filing requirements and file layout, you may visit www.starrtakingsclaim.com or you may e-mail the Claims Administrator at info@starrtakingsclaim.com.

# EXHIBIT 2

# IF YOU OWNED AMERICAN INTERNATIONAL GROUP, INC. ("AIG") COMMON STOCK IN SEPTEMBER 2008 AND/OR ON JUNE 30, 2009, YOU MAY BE ELIGIBLE TO JOIN A CLASS ACTION LAWSUIT AGAINST THE UNITED STATES

**PURSUANT TO RULE 23 of the Rules of the United States Court of Federal Claims, you are hereby notified:**

The purpose of this Notice is to inform you of a class action lawsuit ("Class Action") challenging the actions of the United States with regard to American International Group, Inc. ("AIG") between September 2008 and June 2009. The United States Court of Federal Claims has certified this case as a Class Action. If you are eligible, you have the right to elect to join this lawsuit. Alternatively, you can do nothing and remain outside the two Classes.

The United States Court of Federal Claims authorized this Notice to inform AIG shareholders in the relevant time periods that this Class Action lawsuit is ongoing and to provide information about their options and rights to join or not join one or both Classes so that AIG shareholders can make an informed decision.

By authorizing this Notice and agreeing that this lawsuit should be a Class Action lawsuit, the Court of Federal Claims has not decided whether the United States has any liability to the certified classes; that will be determined at a trial.

## Who is Included?

Two classes have been certified; you may be eligible to join one or both.  If you owned AIG common stock on or before September 16, 2008 and owned those shares on September 22, 2008, you may be eligible to join the **Credit Agreement Class**.

If you owned AIG common stock on June 30, 2009 and you were eligible to vote that stock at the AIG annual meeting of shareholders held on that day, you may be eligible to join the **Stock Split Class**.

## What is this Lawsuit About?

This lawsuit relates to certain actions taken by the United States government between September 2008 and June 2009 with regard to AIG. Starr International Company, Inc. ("Starr"), the AIG shareholder that initiated this lawsuit, alleges that these actions were unconstitutional and illegal.  Specifically, Starr alleges that the actions of the United States amounted to an illegal exaction and/or taking of shareholder property ownership interests in AIG without just compensation.  Starr seeks relief in the form of Government compensation to AIG shareholders for the alleged illegal acts. The United States denies that it acted illegally or unconstitutionally.

## How can I Join?

A detailed Notice which describes the consequences of a decision to join or not join this Class Action can be found at: www.starrtakingsclaim.com. If, after reading the Notice and the information on the website, you decide you want to join one or both of the Classes, you can obtain a Class Action Enrollment Form at: www.starrtakingsclaim.com or by contacting the Claims Administrator, Rust Consulting, Inc. at 1-877-497-5920 or info@starrtakingsclaim.com. You must submit your consent form by XXX.

## What are my Options?

If you qualify, you may **join one or both of the Classes**. If you join, you will be bound by any judgment, order, or settlement in the lawsuit, both favorable and unfavorable. You will have the right to your share of any money that is recovered, if there is any recovery. You will not be allowed to sue the United States separately if you join.

The Court has appointed Class Counsel, David Boies, to represent all class members. He will represent you if you choose to join one or both of the Classes. If you choose, you have the right to have your own attorney represent you in this action or in a separate action. If you choose to hire your own attorney, you will have to pay that attorney. Class Counsel and the law firms representing the Classes will ask the Court to allow them to take a percentage of any money that is recovered as their fee.

You can **do nothing**. You will not be a member of either Class. You will not be bound by any judgment, and will not share in any recovery. You can sue the United States separately if you want, at your expense.

## FOR MORE INFORMATION VISIT WWW.STARRTAKINGSCLAIM.COM OR CALL 1-877-497-5920

# EXHIBIT 3

*Starr International Co., Inc. v. United States*, Case No. 11-00779(C) (Fed. Cl.)

[HOME PAGE]

## ABOUT THIS LAWSUIT

This website is intended to provide you with information on the Class Action lawsuit filed in the United States Court of Federal Claims entitled *Starr International Co., Inc. v. United States*, Case No. 11-00779(C) (Fed. Cl.), and to answer any questions you may have regarding your rights and options so you can make an informed decision about whether or not you wish to become a Member of one or both of the Classes.

If you owned American International Group, Inc. ("AIG") Common Stock at certain times between September 2008 and June 2009, you may be eligible to join a Class Action lawsuit against the United States. Please carefully read the materials on this website, including the Class Action Notice [LINK TO NOTICE PAGE], as this information may affect your rights.

If you decide you want to join this Class Action, you must fill out and submit a form [LINK TO FORM] by [INSERT DATE].

The United States Court of Federal Claims has allowed a lawsuit to go forward on behalf of two Classes of AIG shareholders seeking to recover damages which Plaintiff alleges were suffered by members of those Classes as a result of actions taken by the Government with regard to AIG between September 2008 and June 2009.

### SUMMARY OF YOUR RIGHTS AND OPTIONS

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **Ask to Be Included (Opt-In)** | **Participate in this lawsuit.**<br><br>If you are eligible and ask to be included, the Court will include you in the Classes. You will have the right to a portion of any money that results from the Court's decision in this case. You will be bound by any judgment or order in this case, both favorable and unfavorable. This means that if you join one or both of the Classes, you will not be able to sue the United States separately for the same legal claims. This also means that if the United States is successful in defending this action, you will not be able to sue again.<br><br>If you wish to join the class, you must do so by XXX. |
| **Do Nothing** | **Keep the right to sue the United States separately.**<br><br>If you do nothing, the Court will not include you in the Classes. You will not receive any money as a result of any Court order in this case and you will not be bound by any order or judgment. You will keep the right to hire your own lawyer or proceed without |

| | counsel to sue the United States separately. |
|---|---|

**[FREQUENTLY ASKED QUESTIONS]**

**1.      Who can be included in the Class?**

Two categories of AIG shareholders can decide whether they want to join this Class Action:

1) The Credit Agreement Class: All persons or entities who held shares of AIG Common Stock on or before September 16, 2008 and who owned those shares as of September 22, 2008, excluding Defendant, any directors, officers, political appointees, and affiliates thereof, as well as members of the immediate families of Jill M. Considine, Chester B. Feldberg, Douglas L. Foshee, and Peter A Langerman.

2) The Stock Split Class: All persons or entities who owned shares of AIG Common Stock on June 30, 2009 and were eligible to vote those shares at the annual shareholder meeting held on that date, excluding Defendant, any directors, officers, political appointees, and affiliates thereof, as well as members of the immediate families of Jill M. Considine, Chester B. Feldberg, Douglas L. Foshee, and Peter A. Langerman.

You may be eligible to join both Classes. You should read the Notice [LINK] carefully to make sure you fully understand your rights.

**2.      What is the lawsuit about?**

This lawsuit relates to certain actions taken by the United States Government between September 2008 and June 2009 with regard to AIG. Starr International Company, Inc., the AIG shareholder which initiated this lawsuit, alleges that these actions were unconstitutional and illegal and is seeking an order that the Government compensate AIG shareholders for illegally exacting and/or taking their property ownership interests in AIG without just compensation. The United States does not agree that it acted illegally or unconstitutionally, and believes that all of Plaintiff's claims are without merit. For more information you can read the Court-approved Notice to potential Class Members [LINK TO NOTICE].

**3.      Why are there two Classes?**

There are two Classes because the lawsuit alleges that the harm done by the Government's actions occurred at two times.  Two of the primary issues in this lawsuit are:  (a) whether the Government in September 2008 illegally exacted and/or took without just compensation 79.9% of the equity and ownership interests in AIG; and (b) whether the reverse stock split on June 30, 2009 constituted an illegal exaction and/or a taking without just compensation of the AIG common shareholders' right to prevent the United States from further diluting their ownership interests in AIG.  The answer to question 5 contains more details about Starr's allegations.

**4.      What are my options?**

If you are eligible and want to join one or both of the Classes you can fill out a form [LINK TO FORM] and mail it back to the Claims Administrator for the Class. Only potential class members who request to join a Class can become members of that Class,

and if you send in this form and are an eligible shareholder, the Court will make you a member of the Class.  If you elect to become a Class Member, you will be bound by any judgment, favorable or unfavorable, that results from this Class Action.  If the Classes are successful and recover any money, you will have the right to your share of the money recovered by each Class of which you are a member. If any Class to which you belong is unsuccessful, you will not have the right to sue the United States again on the claims asserted by that Class. Your rights if you join any Class are explained more fully in the Court-approved Notice to the Classes [LINK TO NOTICE].

You do not have to join this lawsuit. If you do not want to join the lawsuit, you do not have to do anything at this time. You are free to bring your own lawsuit against the United States to seek compensation for yourself. If you do not join the lawsuit, you will not have the right to share in any money that is awarded to the Classes if they are successful, and you will not be bound by any judgment, positive or negative. Your rights if you choose not to join any Class are explained more fully in the Court-approved Notice to the Classes [LINK TO NOTICE].

**5.      Will joining the Class Action cost me any money?**
You will not have to pay a fee to join the Class Action.  However, if the Classes are successful and recover money, the lawyer and the law firms representing the Classes will ask the Court's permission to take a percentage of that recovery as payment for representing the Classes. If the Court agrees, this will reduce the total amount of money, if any money is recovered, that you will receive.

Although you will not have to pay anything, it is possible that you may be required to provide documents to the defendant or to testify under oath at a deposition or at trial. In order to receive a payment, you will need to provide documents establishing your ownership of AIG Common Stock in the relevant time periods.

**6.      If I join the lawsuit, when will I receive a payment?**
There is no guarantee any payment will be received. If there is a recovery it will likely not be until after a trial, which is currently not scheduled to begin until the Fall of 2014.

**7.      What if I have more questions?**
If you have read the Class Notice and you have questions about what the lawsuit is about, whether you are eligible to join either class, or have any other questions, you should contact the Claims Administrator retained by the lawyer representing the Classes:

Starr v. The United States of America
c/o Rust Consulting, Inc.
P.O. Box 2432
Faribault, MN 55021-9132

Email: info@starrtakingsclaim.com
Toll Free Number: 1-877-497-5920

You should not contact the Court of Federal Claims with questions.

**[NOTICE]**

If you owned shares of AIG Common Stock:

      a)      on or before September 16, 2008 and owned those shares as of September 22, 2008; **or**

      b)      on June 30, 2009 and were eligible to vote those shares at the annual shareholder meeting held on that date,

please click here [LINK TO NOTICE] for the Court-approved Notice.

If you are unsure whether you can be a member of any Class, you can contact the claims administrator retained by the lawyer representing the Classes to ask.

Starr v. The United States of America
c/o Rust Consulting, Inc.
P.O. Box 2432
Faribault, MN 55021-9132

Email: info@starrtakingsclaim.com
Toll Free Number: 1-877-497-5920

**[COURT DOCUMENTS]**

Complaint [LINK TO AMENDED COMPLAINT]
Motion for Class Certification [LINK TO MOTION, OPPOSITION, REPLY]
Order [LINK TO ORDER CERTIFYING THE CLASSES]

**[CONTACT INFORMATION]**

Claims Administrator:
Starr v. The United States of America
c/o Rust Consulting, Inc.
P.O. Box 2432
Faribault, MN 55021-9132

Email: info@starrtakingsclaim.com
Toll Free Number: 1-877-497-5920