# In the United States Court of Federal Claims

No. 11-779C

(Filed: April 25, 2013)

```
*******************************        *
                                       *
STARR INTERNATIONAL COMPANY,           *
INC., on its behalf and on behalf of a class  *
of others similarly situated,          *
                                       *
                  Plaintiff,           *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                  Defendant,           *
                                       *
 and                                   *
                                       *
AMERICAN INTERNATIONAL GROUP,          *
INC.,                                  *
                                       *
                  Nominal Defendant.   *
                                       *
*******************************        *
```

ORDER

On April 23, 2013, the Court conducted a hearing to discuss issues regarding the notice and class certification requirements of Rule 23(c)(2) of the Court's Rules. For the reasons stated on the record, the Court hereby adopts Plaintiff's Notice and Class Enrollment Form, Docket No. 119, Exhibit 1, and approves the Publication Notices set forth in Exhibits 2-3.

Additionally, the Court adopts the following schedule for providing notice to putative members of the two certified classes:

(i) AIG and brokerage firms shall provide class counsel with the names and contact information of putative members of the classes by May 21, 2013;

(ii)     Class counsel shall distribute notices by June 18, 2013;

(iii)     Putative members of the classes must return opt-in consent forms postmarked no later than September 16, 2013;

(iv)     By November 15, 2013, class counsel shall certify final membership in the classes by identifying the name of each member of each of the two classes and providing a copy of the opt-in form completed and submitted by each class member to the Court and Defendant.

IT IS SO ORDERED.

                                                               <u>s/Thomas C. Wheeler</u>
                                                               THOMAS C. WHEELER
                                                               Judge