**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
STARR INTERNATIONAL COMPANY,
INC., Individually and on Behalf of All        :
Others Similarly Situated,
                                               :
              Plaintiff,
                                               :
      v.
                                               :
THE UNITED STATES OF AMERICA,          No.  11-00779C (TCW)
                                               :
              Defendant.
                                               :

                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
```

**JOINT STATUS REPORT ON DISCOVERY**

Plaintiff, Starr International, and Defendant, the United States, respectfully submit this joint status report to the Court. The parties have engaged in discussions regarding documents concerning the former Office of Thrift Savings (OTS), and Financial Crisis Inquiry Commission (FCIC). Defendant has produced some OTS documents obtained from the Office of the Comptroller of the Currency (OCC). Defendant has informed Plaintiff that it is continuing to try to identify whether more documents from the OTS, a defunct organization, exist and need to be produced. Defendant has also produced to Plaintiff documents that it had in its possession from the FCIC, an entity that no longer is in operation, and has informed Plaintiff that Defendant recently discovered that it was mistaken as to the extent of FCIC documents that were in its possession when Defendant offered to produce those documents. Defendant, without conceding that it ever was obligated to obtain FCIC documents, having obtained and produced some FCIC

1

documents, has agreed to cooperate with Plaintiff by seeking to determine whether additional FCIC documents, which are believed to reside in archives for the FCIC, are relevant and should be produced.  In order to avoid burdening the Court with a motion for an enlargement that Defendant contends that it is uncertain is required under the circumstances, Plaintiff, without agreeing with defendant's position, stipulates that, solely as to documents potentially discoverable from these two sources – the OCC and FCIC – defendant may have 30 days to seek to complete its efforts to determine whether and to what extent more documents from these two sources exist and need to be produced, and then to produce them. Plaintiff states that it may also seek a Rule 30(b)(6) deposition on Defendant's discovery collection and review efforts in addition to the 50 depositions that Plaintiff may take as of right under the Rules of the Court of Federal Claims. Defendant states that it will not use the 50 deposition limit as a basis for objecting to a Rule 30(b)(6) on document production.

|  |  |
|---|---|
|  | Respectfully submitted, |
| BOIES, SCHILLER & FLEXNER LLP | JOYCE R. BRANDA<br>Acting Assistant Attorney<br>General |
| /s/ David Boies<br>by /s/ Alanna Rutherford<br>David Boies<br>Attorney of Record<br>333 Main Street<br>Armonk, NY 10504<br>Tel. (914) 749-8200<br>Fax (914) 749-8300<br>Email: dboies@bsfllp.com | JEANNE E. DAVIDSON<br>Director<br><br>/s/ Brian A. Mizoguchi<br>BRIAN A. MIZOGUCHI<br>Assistant Director<br><br>Commercial Litigation<br>Branch |

| | |
|---|---|
| Robert J. Dwyer | Civil Division |
| Alanna C. Rutherford | Department of Justice |
| Julia C. Hamilton | P.O. Box 480 |
| 575 Lexington Avenue | Ben Franklin Station |
| New York, NY 10022 | Washington, D.C. 20044 |
| Telephone: (212) 446-2300 | Tele: (202) 305-3319 |
| | Fax: (202) 514-7969 |
| Hamish P. M. Hume | Email: brian.mizoguchi@usdoj.gov |
| Samuel C. Kaplan | Attorneys for Defendant |

5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone: (202) 237-2727

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

John L. Gardiner
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000

Attorneys for Plaintiff Starr International Co., Inc.

August 15, 2013