# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

### MISC. NO.   13-163 - In re: US

**Date of docketing:** August 16, 2013

A petition for writ of mandamus has been filed.

**Name of Petitioner(s):** United States

**Name of respondent(s),** if known: Starr International Company, Inc.

**Related action(s):** if known: United States Court of Federal Claims  11-CV-0779

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

**Attachments:**

- Official caption

Counsel may download the Rules of Practice and required forms from www.cafc.uscourts.gov or call 202.275.8000 for a printed copy.

Daniel E. O'Toole
Clerk


cc: United States Court of Federal Claims
David Boies
Mark R. Freeman

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 163

IN RE UNITED STATES,

                        Petitioner.

On Petition for Writ of Mandamus to the United States Court of Federal Claims in No. 11-CV-0779, Judge Thomas C. Wheeler.

Authorized Abbreviated Caption[2]

IN RE UNITED STATES, MISC. NO. 163

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.