IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STARR INTERNATIONAL COMPANY, INC., )<br>on its behalf and on behalf of a class of others )<br>similarly situated, )<br>   ) <br>            Plaintiff, )<br>   ) <br>      v.        )<br>   ) <br>UNITED STATES, )<br>   ) <br>            Defendant. ) | No. 11-779C<br>(Judge Wheeler) |

REQUEST FOR A STAY
IN LIGHT OF LAPSE OF APPROPRIATIONS

Defendant, the United States, respectfully moves for a stay of all deadlines and activities in this case beginning immediately and continuing through the end of the lapse in appropriations to the Department of Justice. We respectfully request that the Court stay the case and the associated deadlines in light of the budgetary and statutory restrictions placed upon the Department of Justice.

At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department of Justice does not know when funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Given the extreme difficulty of bringing the myriad activities involving so many parties, many of them nongovernmental, to an immediate halt, and the need to protect the Government's interests in these ongoing activities, we briefly deferred seeking a stay. Now, however, in light of the

continuing lapse of appropriations, we must request a stay of all deadlines and activities in this case, including scheduled court appearances, discovery deadlines and other obligations, beginning immediately and continuing until Congress has restored appropriations to the Department. We have made similar requests in numerous other cases pending before the Court.

If this request for stay is granted, defendant's counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby requests a stay in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

JOYCE R. BRANDA
Deputy Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s/ Brian A. Mizoguchi
BRIAN A. MIZOGUCHI
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044

Tele: (202) 305-3319
Fax: (202) 514-7969
Email: brian.mizoguchi@usdoj.gov

October 7, 2013                           Attorneys for Defendant