# In the United States Court of Federal Claims

No. 11-779C

(Filed: October 8, 2013)

```
*******************************  *
                                 *
STARR INTERNATIONAL COMPANY,     *
INC., on its behalf and on behalf of a class of *
others similarly situated,       *
                                 *
                                 *
                 Plaintiff,      *
                                 *
v.                               *
                                 *
THE UNITED STATES,               *
                                 *
                 Defendant.      *
                                 *
*******************************  *
```

## ORDER

On October 7, 2013, counsel for the Government filed a request for a stay of proceedings in this case due to the lapse in appropriations to the Department of Justice. As stated on the Court of Federal Claims' website in a notice from Chief Judge Emily C. Hewitt, the Court will "continue to hear and decide cases without interruption," and therefore "litigants are advised that cases will be processed and argued and judgments will be issued and enforced as in the ordinary course of the court's conduct of affairs."

Following the policy established by the Chief Judge, this Court will not issue a stay based on the lapse in appropriated funds and will adhere to the schedule currently in effect. Accordingly, the Government's request for a stay is DENIED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge