## THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STARR INTERNATIONAL COMPANY, INC., on its behalf and on behalf of a class of others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>THE UNITED STATES,<br><br>       Defendant. | 11-00779(C) (TCW) |

   I, ERIC SCHACHTER, declare as follows pursuant to 28 U.S.C. §1746:

   1.  I submit this declaration in order to provide the Court with information regarding the mailing of the Notice of Opportunity to Participate in a Class Action (the "Notice"), the publication of the Publication Notice, and receipt of Class Action Enrollment Forms and Declarations (the "Enrollment Form") in the above-referenced action (the "Action"). I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein.

   2.  I am a Class Action Settlement Consultant for Rust Consulting, Inc. ("Rust"). Starr International Co., Inc ("Plaintiff") retained Rust as the Claims Administrator to provide notice to potential members of the classes and to process Class Action Enrollment Forms and Declarations submitted by potential class members. A copy of the Notice and Class Action Enrollment Form and Declaration (collectively, the "Notice Packet") is attached hereto as Exhibit A.

MAILING OF THE NOTICE PACKET

3.   As in most class actions involving holders of publicly traded securities, many of the class members are beneficial holders of American International Group, Inc. ("AIG") common stock whose shares are held in a "street name" – *i.e.*, the security is purchased by banks, brokers and other third-party nominees in the name of the nominee, on behalf of the beneficial holder. Rust maintains a proprietary list (the "Broker List") with the names and addresses of 4,601 brokerage firms, banks, financial institutions and other nominee purchasers ("Nominees").

4.   For the initial mailing of the Notice Packet, Rust created a file containing the names and addresses of the Nominees on Rust's Broker List, referred to in ¶3 above. On May 15, 2013, Rust caused the Notice Packet to be printed and mailed to the 4,601 Nominees. The Notice informs Nominees that if they owned AIG common stock during the classes, for a beneficial owner, they were to either (a) send a copy of the Notice Packet to those beneficial owners, or (b) provide a list of names and addresses of such beneficial owners to Rust, so that Rust could provide the beneficial owners with a copy of the Notice Packet.

5.   On or about May 13, 2013, Rust received from Wells Fargo, the transfer agent for AIG, a file containing the names and addresses of 223,538 shareholders of AIG common stock 1) on or before September 16, 2008 and as of September 22, 2008; and 2) on or before May 22, 2009 and June 30, 2009.[1]  The data received was electronically scrubbed to ensure the elimination of duplicate names and addresses and resulted in 58,598 distinct records for mailing

---

[1] Pursuant to the March 11, 2013 Order and Opinion Regarding Class Certification, shareholders are eligible to join the Stock Split Class if they "owned shares of AIG Common Stock on June 30, 2009 and were eligible to vote those shares at the annual shareholder meeting held on that date." Owners of record as of May 22, 2009 were eligible to vote their common stock at the June 30, 2009 annual shareholder meeting.

that were loaded into a segregated database created for this Action (the "Rust Database"). Rust then submitted these names and addresses to the United States Postal Service ("USPS") National Change of Address Service ("NCOA") to ensure adequate physical address formatting, obtain current physical addresses and qualify for postal discounts, and then updated the Rust Database accordingly. Finally, on May 24, 2013, Rust caused the Notice Packet to be mailed to these 58,598 names and addresses.

6. As of November 8, 2013, Rust has received an additional 917,674 names and addresses of potential class members from Nominees in the form of disks, emails, labels and lists, requesting that Notice Packets be mailed to these individuals. Rust promptly disseminated Notice Packets to these potential class members. Rust has also received bulk requests from Nominees for 32,030 Notice Packets for Rust to send in bulk to the Nominees to forward directly to their customers. The bulk requests were promptly fulfilled.

7. Rust leases and maintains a Post Office Box (P.O. Box 2432, Faribault, MN 55021-9132) for the receipt of all undeliverable mail and written communications necessary to the administration of the Action. The Notice Packet, Publication Notice, and website designate this Post Office Box for receipt of correspondence about the Action.

8. As of November 8, 2013, the USPS had returned 41,520 Notice Packets to Rust as undeliverable as addressed and no forwarding addresses were provided. Of these, Rust was able to locate 22,546 new addresses through an information supplier to which Rust subscribes, and new Notice Packets were promptly mailed to these potential class members. Additionally, the USPS returned 6,245 Notice Packets with forwarding addresses and they were promptly re-mailed to these potential class members.

9.      Through November 8, 2013, a total of 1,037,093 Notice Packets have been mailed to potential class members.

## PUBLICATION NOTICE

10.     On May 29, 2013 and on June 12, 2013, Rust caused the Publication Notice to be published in *The Wall Street Journal* and *Investor's Business Daily* and disseminated on PR Newswire. Copies of the published Publication Notices and Press Releases are attached hereto as Exhibits B, C and D, respectively.

## WEBSITE AND CALL-IN CENTER

11.     On or about May 15, 2013, Rust established a website dedicated to the Action (www.starrtakingsclaim.com) that contains basic information about the Action, contact information for Rust, and links to important documents, such as the Notice, Enrollment Form, Complaint and Court orders. The links permit any person to view, download, and print a copy of the Notice Packet, thereby providing potential class members with information about the Action at their convenience.

12.     On May 15, 2013, Rust implemented a toll-free telephone number (1-877-497-5920) to provide pre-recorded information to potential class members and facilitate informational requests. The toll-free number also gives each caller the option to speak directly with a live operator. Since May 15, 2013, Rust has received 6,735 total calls, of which 4,779 callers requested to and spoke with a live operator for assistance.

RECEIPT OF CLASS ACTION ENROLLMENT FORMS AND DECLARATIONS

13. Pursuant to the Order and as set forth in the Notice, a potential class member is required to "opt-in" to the class action by submitting a properly executed Enrollment Form by email or if mailed, postmarked, by 11:59 PM EST on September 16, 2013. As of November 8, 2013, Rust has received and processed 378,779 Enrollment Forms.

14. Of the 378,779 Enrollment Forms that were received and processed by Rust, 70,278 were submitted on behalf of a single individual or entity by completing the Enrollment Form and submitting it to the Claims Administrator by mail or by email ("Paper Enrollment Forms"). Once received, Paper Enrollment Forms were opened and prepared for scanning. This process included unfolding documents, removing staples, copying non-conforming sized documents, and sorting documents. Once prepared, Paper Enrollment Forms were scanned into a database, assigned a unique Enrollment Form number, and the information from each Enrollment Form, including the indication of which class they qualify for and the class member's identifying information, was entered into the Rust Database.

15. Of the 378,779 Enrollment Forms received and processed by Rust, 308,501 were submitted electronically ("Electronic Enrollment Forms"). Electronic Enrollment Forms were submitted by Nominees or other money managers who have authority to act for hundreds or thousands of their clients who are potential class members. Rather than provide reams of paper requiring data entry, the Nominees and/or money managers electronically submit to Rust one Enrollment Form and a corresponding data file containing the relevant information for each of their clients that is required by the Enrollment Form. Upon receipt, the electronic files were reviewed and analyzed to ensure that they were formatted in accordance with Rust's required

5

format, and were then forwarded to Rust's programming staff with detailed loading instructions. The Electronic Enrollment Forms were then programmatically assigned a unique Enrollment Form number, and the information from each Electronic Enrollment Form, including the indication of which class they qualify for and the class member's identifying information, was programmatically entered into the Rust Database. Where a Nominee enrolled in one or both of the classes on behalf of multiple beneficial owners and identified those beneficial owners by the Nominee's internal account numbers, each enrolled account was assigned a unique identification number.

16.     Rust does not attest to the accuracy or veracity of information provided by Class Members.

17.     After the submission deadline of September 16, 2013, and prior to the drafting of this declaration, Rust ran a series of programmatic reports to identify Enrollment Forms that were duplicative, meaning two or more Enrollment Forms were submitted on behalf of the same individual/entity, with the same contact information, and the same class period indication. To date, Rust has identified 107,894[2] duplicate Enrollment Forms. A list of these duplicate Enrollment Forms is attached as Exhibit E.

18.     Rust also flagged 3,256 Enrollment Forms that were submitted with no indication of which class the potential class member qualified for ("Deficient Forms"). In an effort to obtain this missing information, for Deficient Forms resulting from Paper Enrollment Forms, Rust sent a Notice of Deficiency, attached as Exhibit F, to 3,023 potential class members asking

---

[2] The vast majority of these duplicate Enrollment Forms represent Electronic Enrollment Forms amended by the Nominees.

them to indicate which class they qualify for by checking the appropriate box on the notice and sending it back to Rust within 20 days.  For Deficient Forms resulting from Electronic Enrollment Forms, Rust contacted each electronic filer by email asking them to supplement their electronic submissions to indicate which class their clients qualify for.  As of November 8, 2013, Rust has received curing responses related to 1,563 Deficient Forms and has updated the Rust Database records accordingly.  A list of potential class members that submitted Deficient Forms that remain incomplete as of November 8, 2013 are attached as Exhibit G.  As of the date of this Declaration, Rust continues to receive and process responses related to Deficient Forms.  Rust recommends that deficient forms that were corrected as of November 8, 2013 be included in the class.  Rust will make a future recommendation as to any additional responses to the Notice of Deficiency.

19.  As of November 8, 2013, of the 378,779 total Enrollment Forms that were received and processed, 1,434 were submitted after the September 16, 2013 deadline.  Rust processed these late Enrollment Forms, and to the extent they were properly executed but for the fact that they were late, they are recommended herein for inclusion in the respective classes.  The parties will suffer no prejudice from the inclusion of these class members, some of whom state that they did not receive a notice or did not receive a timely notice because they were out of the country and/or on active military duty.

20.  As of November 8, 2013, 129 persons or entities who submitted timely Enrollment Forms or whose names were submitted by Nominees have contacted Rust to request that their Enrollment Form be disregarded and they be excluded from the Class or Classes.  A schedule of persons and entities who have requested exclusion is annexed hereto as Exhibit H.  Rust recommends that their request to be excluded from the class be honored.

7

21.     A schedule of persons or entities who submitted Enrollment Forms by the September 16, 2013 submission deadline (*i.e.*, timely) and were not identified as duplicates or unresolved Deficient Forms, excluding those identified in Exhibit H, is annexed hereto as Exhibit I.  A schedule of persons and entities that submitted Enrollment Forms after the submission deadline of September 16, 2013 (*i.e.*, untimely) and were not identified as duplicates or unresolved Deficient Forms, excluding those identified in Exhibit H, is annexed hereto as Exhibit J.  Both schedules include Rust's unique identification number for each class member, the name of the class member, and an indication as to which class or classes the class member joined.  The schedules in Exhibits I and J include the 1,563 class members who responded to the Notice of Deficiency described in Paragraph 18.

22.     In summary, Rust recommends the inclusion of 268,892 class members, representing:

- 267,528 non-duplicate, timely, properly executed or subsequently cured enrollment forms received and not subsequently withdrawn as of November 8, 2013; and

- 1,364 non-duplicate untimely, properly executed or subsequently cured enrollment forms received and not subsequently withdrawn as of November 8, 2013.

23.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 14th, 2013.

                                                               Eric Schachter