# In the United States Court of Federal Claims

No. 11-779C

(Filed: December 6, 2013)

```
*************************************   *
                                        *
STARR INTERNATIONAL COMPANY,            *
INC., on its behalf and on behalf of a class  *
of others similarly situated,           *
                                        *
                  Plaintiff,            *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                  Defendant.            *
                                        *
*************************************   *
```

ORDER

On December 4, 2013, counsel for the parties submitted a joint status report on discovery ("JSR") with a proposed stipulation concerning documents claimed to be privileged by the United States and the Federal Reserve Bank of New York (FRBNY). (Dkt. No. 187). The stipulation is signed by counsel of record. After careful consideration, and for good cause shown, the Court approves of the stipulation entitled "Federal Rule of Evidence 502(d) Agreement Regarding Privilege." (Dkt. No. 187-1).

IT IS SO ORDERED.

s/ Thomas C. Wheeler  
THOMAS C. WHEELER  
Judge