# In the United States Court of Federal Claims

No. 11-779C

(Filed: December 11, 2013)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* *
                                        *
STARR INTERNATIONAL COMPANY,            *
INC., on its behalf and on behalf of a class *
of others similarly situated,           *
                                        *
                    Plaintiff,          *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* *

## ORDER

     On December 10, 2013, Plaintiff Starr International Inc. filed a motion to compel documents from Goldman Sachs & Co. The motion was filed by David S. Stone of Stone & Magnanini LLP. Mr. Stone is not counsel of record in this case. Pursuant to Rule 11(a) of the Rules of the United States Court of Federal Claims, every written motion must be signed by or for the attorney of record in the attorney's name. Accordingly, the Clerk is directed to strike the motion to compel (Dkt. No. 189).

     IT IS SO ORDERED.

s/ Thomas C. Wheeler<br>
THOMAS C. WHEELER<br>
Judge