IN THE UNITED STATES COURT OF FEDERAL CLAIMS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
STARR INTERNATIONAL COMPANY,
INC., on its behalf and on behalf of a class of    :
others similarly situated,
                                                   :
                 Plaintiff,
                                                   :
       v.
                                                   :
THE UNITED STATES,                                    No. 11-00779C (TCW)
                                                   :
                 Defendant,
                                                   :

                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## JOINT STATUS REPORT ON DISCOVERY

In accordance with the Court's proposal at the December 14, 2012 Status Conference that the parties raise any discovery issues through a joint report to the Court, Plaintiff Starr International Company, Inc. (Starr), individually and on behalf of the Credit Agreement and Stock Split Classes, and Defendant, the United States (together "the Parties"), respectfully submit the following joint status report on discovery.

In light of the United States' continued production of documents responsive to Plaintiff's Requests for Production after November 20, 2013 and further production in connection with Discovery Order No. 6 and the Parties' Federal Rules of Evidence Rule 502(d) agreement entered by the Court December 6, 2013 (together the "New Documents") and to avoid potential motion practice over potential discovery issues, the Parties hereby stipulate and agree as follows:

1. The United States agrees to produce all litigation hold notices related to the above-captioned action issued by and/or to employees and staff of the Department of

Treasury, the Federal Reserve Board of Governors, the Securities and Exchange Commission, and the Office of the Comptroller of Currency pursuant to a Federal Rule of Evidence 502(d) Agreement Regarding Privilege entered by the Court, either as an addendum to the Parties' Agreement approved by the Court on December 6, 2013, or as a stand-alone agreement entered by the Court;[1]

2. Starr will be permitted up to ten additional depositions based on either the New Documents or deponents whose significance has been revealed as a result of the New Documents;

3. Starr will also be permitted to reopen depositions of previously deposed individuals solely to obtain testimony concerning the New Documents and testimony concerning subject matter of which New Documents reveal the individual has knowledge.  Starr will act in good faith to be reasonable and efficient in the amount of time taken to redepose witnesses.  If necessary and/or appropriate given witness availability, Starr would also be willing to take the deposition or seek responses to its questions via reasonable alternative means, such as videoconferencing.

4. In addition to its rights to object to any deposition testimony as not in conformance with this stipulation, including the required nexus between testimony sought by Starr and New Documents, the United States reserves its rights to object to any request for additional depositions or further examination on other grounds, such as the legal standards articulated in the Federal Circuit's mandamus ruling in *In re United States,*

---

[1] The United States maintains that these documents are privileged attorney-client communications and attorney work product but will provide them in this matter, in this limited circumstance, and pursuant to the protections of Rule 502, to help resolve these discovery matters.

No. 13-163 (Fed. Cir. Oct. 16, 2013) [2]; likewise, Starr reserves all rights to contest any such objections;

5. The United States will endeavor in good faith to complete production of New Documents by December 20, 2013. Assuming the United States' production is concluded by December 20, 2013, Starr will provide the United States with a list of all requested depositions on a rolling basis to be concluded no later than January 15, 2014. The parties will thereafter endeavor in good faith to schedule the depositions to be completed by January 31, 2014; and

6. In exchange for 1 – 3 above, Starr will agree not to seek costs or any other relief from the Court concerning any deficiency in the United States' document preservation, collection, and production efforts that Starr has alleged or could have alleged as of the date of execution of this Stipulation and Proposed Order. Starr also agrees not to request additional document collection or production beyond that which it has already sought through the Requests for Production issued in this case. However, Starr reserves the right to seek by January 15, 2014 any documents (attachments or additional documents) of which it is made aware solely as a result of the New Documents to the extent those additional documents were previously sought through Requests for Production issued in this case.[3] The United States reserves the right to

---

[2] The United States respectfully reserves its rights to object to further examination by deposition of the former Treasury Secretaries, Messrs. Paulson and Geithner, and to oppose the deposition of Chairman Bernanke both while he is Chairman of the Board of Governors of the Federal Reserve System, and, potentially, thereafter.

[3] The deadline for Starr's obligation to provide a list of requested documents is contingent upon all New Documents being produced no later than December 20, 2013.

object to such requests not in conformance with this stipulation, or on any other basis, excepting timeliness through January 15, 2014.

The proposed order and stipulation is signed below by the Parties, who respectfully request that this Court endorse this stipulation and enter an order pursuant thereto.

Respectfully submitted,

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | JOYCE R. BRANDA |
| | Deputy Assistant Attorney General |
| _____/s/_____ | |
| David Boies | |
| Attorney of Record | |
| 333 Main Street | JEANNE E. DAVIDSON |
| Armonk, NY 10504 | Director |
| Tel. (914) 749-8200 | |
| Fax (914) 749-8300 | |
| Email: dboies@bsfllp.com | _____/s/_____ |
| | BRIAN A. MIZOGUCHI |
| Robert J. Dwyer | Assistant Director |
| Alanna C. Rutherford | Commercial Litigation Branch |
| Julia C. Hamilton | Civil Division, Department of Justice |
| 575 Lexington Avenue | P.O. Box 480 |
| New York, NY 10022 | Ben Franklin Station |
| Telephone: (212) 446-2300 | Washington D.C. 20044 |
| | Tel.: (202) 305-3319 |
| | Fax: (202) 514-7969 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Email: brian.mizoguchi@usdoj.gov |
| John L. Gardiner | |
| Four Times Square | *Attorneys for Defendant* |
| New York, NY 10036 | |
| Telephone: (212) 735-3000 | |

*Attorneys for Plaintiff Starr International Co., Inc.*

                                        **So Ordered:** _____
                                                 Judge Thomas C. Wheeler

December 11, 2013