**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STARR INTERNATIONAL COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-779C |
| | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

**THIS MATTER** having come before the Court by the stipulation of Plaintiff Starr

International Company, Inc. ("Plaintiff"), through its counsel Stone & Magnanini LLP, and non-party

Goldman Sachs & Co. ("Goldman"), through its counsel of record Willkie Farr and Gallagher LLP.

**WHEREAS**, in order to resolve their ongoing discovery disputes, Plaintiff and Goldman have

been engaged in substantive meet and confers;

**WHEREAS**, Plaintiff and Goldman have agreed to a discovery schedule pursuant to which

Goldman is currently engaged in a process of identifying documents potentially responsive to

Plaintiff's document production subpoena;

**WHEREAS**, Plaintiff notified the Defendant of Plaintiff's agreement with Goldman, and

Defendant consents to their agreed upon approach to seeking discovery from Goldman.

**THE PARTIES STIPULATE AS FOLLOWS:**

1.      Plaintiff's deposition of Goldman's 30(b)(6) representative(s) shall be adjourned to a

date after December 20, 2013; after Plaintiff reviews any additional documents produced by

Goldman, Plaintiff and Goldman will meet and confer regarding Plaintiff's 30(b)(6) deposition

subpoena.

2.      Goldman reserves its right to move the Court to quash Plaintiff's deposition subpoena,

and Plaintiff reserves its right to oppose that motion;

3.      In light of Plaintiff's ongoing negotiations with Goldman, and based on Goldman's

representations that it is currently engaged in a good faith process to identify potentially responsive

documents, Plaintiff agrees that it will not file a motion to compel at this time.  If necessary, Plaintiff

shall file its motion on January 15, 2014; Goldman reserves its right to oppose that motion.


STONE & MAGNANINI LLP

/s/ David Stone_____
David S. Stone
150 John F. Kennedy Pkwy
Short Hills, NJ 07078
Tel. (973) 218-1111
Fax (973) 218-1106
Email: dstone@stonemagnalaw.com

Attorneys for Plaintiff Starr International Company, Inc.


WILLKIE FARR & GALLAGHER LLP

/s/ Richard D. Bernstein_____
Richard D. Bernstein
1875 K Street, N.W.
Washington, D.C. 20006
Tel. (202)-303-1108
Fax (202)-303-2108
Email: rbernstein@willkie.com

Attorney of Record for Goldman Sachs & Co.


December 20, 2013


          **SO ORDERED**.

                                        _____
                                        Thomas C. Wheeler
                                        Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2013, I caused a true and correct copy of the

Stipulation and Order to be served via the Court's ECF system on all counsel of record.


               /s/ David Stone
            David S. Stone