IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
STARR INTERNATIONAL COMPANY,
INC., on its behalf and on behalf of a class of     :
others similarly situated,
                                                :
                Plaintiff,
                                                :
    v.
                                                :
THE UNITED STATES,                     No. 11-00779C (TCW)
                                                :
                Defendant,
                                                :

                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **JOINT STATUS REPORT ON DISCOVERY**

In accordance with the Court's proposal at the December 14, 2012 Status Conference that the parties raise any discovery issues through a joint report to the Court, plaintiff, Starr International Company, Inc. (Starr), individually and on behalf of the Credit Agreement and Stock Split Classes, and defendant, the United States (together "the parties"), respectfully submit the following joint status report on discovery.

On December 11, 2013, the parties filed a joint status report (Dkt. No. 191) regarding certain discovery issues. Included in the joint status report was a stipulation that the United States would agree to "produce all litigation hold notices related to the above-captioned action issued by and/or to employees and staff of the Department of Treasury, the Federal Reserve Board of Governors, the Securities and Exchange Commission, and the Office of the Comptroller of Currency pursuant to a Federal Rule of Evidence 502(d) Agreement Regarding Privilege entered by the Court, either as an addendum to the Parties' Agreement approved by the

Court on December 6, 2013, or as a stand-alone agreement entered by the Court."[1] Dkt. No. 191 at 1-2. On December 12, 2013, this Court entered an order approving the stipulation signed by the parties. Dkt. No. 192. However, the Court's order did not expressly enter a new Federal Rule of Evidence 502(d) agreement or deem the existing December 6, 2013 order amended to include the parties' agreement on production of litigation hold notices. *See* Dkt. No. 188 (approving the Parties' Agreement of December 4, 2013 regarding privilege (Dkt. No. 187)).

The United States is prepared to promptly produce the litigation hold letters as set forth in the Parties' Agreement, Dkt. No. 191. Accordingly, the parties respectfully request that this Court issue an order deeming the December 6, 2013 Rule 502(d) Order, Dkt. No. 188, amended to include such litigation hold letters within the defined term "Rule 502(d) Material."

---

[1] The United States maintains that these documents are privileged attorney-client communications and attorney work product but will provide them in this matter, in this limited circumstance, and pursuant to the protections of Rule 502, to help resolve these discovery matters.

Respectfully submitted,

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | JOYCE R. BRANDA<br>Deputy Assistant Attorney General |
| /s/ David Boies<br>David Boies<br>Attorney of Record<br>333 Main Street<br>Armonk, NY 10504<br>Tel. (914) 749-8200<br>Fax (914) 749-8300<br>Email: dboies@bsfllp.com | JEANNE E. DAVIDSON<br>Director<br><br>/s/ Brian Mizoguchi<br>BRIAN A. MIZOGUCHI<br>Assistant Director<br>Commercial Litigation Branch |
| Robert J. Dwyer<br>Alanna C. Rutherford<br>Julia C. Hamilton<br>575 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-2300 | Civil Division, Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington D.C. 20044<br>Tel.: (202) 305-3319<br>Fax: (202) 514-7969 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>John L. Gardiner<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000 | Email: brian.mizoguchi@usdoj.gov<br><br>*Attorneys for Defendant* |

*Attorneys for Plaintiff Starr International Co., Inc.*

January 10, 2014