# In the United States Court of Federal Claims

No. 11-779C

(Filed: January 14, 2014)

```
*************************************  *
                                       *
STARR INTERNATIONAL COMPANY,           *
INC., on its behalf and on behalf of a class *
of others similarly situated,          *
                                       *
                       Plaintiff,      *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                       Defendant.      *
                                       *
*************************************  *
```

ORDER

On December 13, 2013, the Court granted the Government's unopposed motion for a 28-day extension in which to respond to pending requests for admission ("RFAs") and interrogatories. (Dkt. No. 195). During an unrecorded January 14, 2014 telephone conference, counsel for the Government moved for an additional one-week extension. For good cause shown, the Government's motion is GRANTED in part. The January 17, 2014 deadline for responding to pending RFAs and interrogatories is hereby extended by five days until Wednesday, January 22, 2014.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge