IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STARR INTERNATIONAL COMPANY, INC., on its behalf and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 11-779C (Judge Wheeler) |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S STATEMENT INVOKING STIPULATED TWO-DAY EXTENSION OF TIME FOR DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION AND INTERROGATORIES AND CORRESPONDING TWO-DAY EXTENSION OF TIME FOR PLAINTIFF'S SUBMISSION OF EXPERT REPORTS**

Defendant, the United States, respectfully submits this statement pursuant to the Court's instruction at the January 17, 2014 Discovery Conference, that the Court be provided with a statement advising it if defendant will rely upon the agreement concluded in Court with Plaintiff Starr International Company, Inc. (Starr), individually and on behalf of the Credit Agreement and Stock Split Classes, allowing defendant a two-day extension of time to January 24, 2014, for defendant to respond to Starr's pending Second Set of Requests for Admission (RFAs) and Third Set of Interrogatories (currently due January 22, 2014), in exchange for which Starr will be allowed a corresponding two-day extension of time to February 7, 2014, of the time within which Starr may serve its expert reports upon defendant (currently due February 5, 2014). Defendant's counsel has consulted with Plaintiff's counsel to confirm that defendant will invoke and rely upon this agreement, and provided Plaintiff's counsel the text of this statement. Plaintiff's

counsel advised us that Starr consents to the filing of this statement. Accordingly, defendant respectfully requests that the Court issue an order adjusting the schedule in this case as follows:

(1) The January 22, 2014 deadline for defendant's responding to pending RFAs and interrogatories is hereby extended by two days until Friday, January 24, 2014, and

(2) The February 5, 2014 deadline for Starr's submission of expert reports is hereby extended by two days until Friday, Feburary 7, 2014.

                                      Respectfully submitted,

                                      JOYCE R. BRANDA
                                      Deputy Assistant Attorney General

                                      JEANNE E. DAVIDSON
                                      Director

:                                      /s/Brian A. Mizoguchi
                                      BRIAN A. MIZOGUCHI
                                      Assistant Director
                                      Commercial Litigation Branch
                                      Civil Division
                                      Department of Justice
                                      P.O. Box 480
                                      Ben Franklin Station
                                      Washington, D.C. 20044
                                      Tele: (202) 616-8239
                                      Fax: (202) 514-7969
                                      Email: brian.mizoguchi@usdoj.gov

                                      Attorneys for Defendant

January 24, 2014