**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STARR INTERNATIONAL COMPANY, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES,<br><br>　　　　　　Defendant. | No. 11-779C<br>(Judge Wheeler) |

**JOINT STATUS REPORT OF STARR INTERNATIONAL COMPANY, INC. AND GOLDMAN, SACHS & CO. REGARDING THE 30(B)(6) DEPOSITION OF GOLDMAN, SACHS & CO.**

Plaintiff Starr International Company, Inc. ("Starr"), through its counsel Stone & Magnanini LLP, and non-party Goldman Sachs & Co. ("Goldman"), through its counsel of record Willkie Farr and Gallagher LLP (collectively, the "Parties") submit the following joint status report regarding the 30(b)(6) deposition of Goldman.

Over the past months, the parties met and conferred about narrowing the topics for Goldman's 30(b)(6) deposition, and, pursuant to those discussions, Goldman offered to provide Starr with a declaration in lieu of Goldman's 30(b)(6) deposition and Starr is considering whether to narrow or eliminate the deposition on that basis. The parties have had ongoing and diligent discussions about the scope of that proposed declaration, but despite those efforts, the parties do not anticipate completing a declaration or deposition by February 28.

Consequently, the parties are seeking an extension of the discovery schedule as follows: (1) Goldman will provide Starr with a declaration by March 6, 2014; (2) the parties will meet and confer on or before March 12, 2014 concerning whether a 30(b)(6) deposition is necessary in light of that

declaration and reserve all rights to make any motions or objections in connection with any such deposition; and (3) to the extent that a 30(b)(6) deposition is necessary after the meet and confer, and subject to the parties' reservation of rights set forth at (2) above, such deposition will occur on or before March 31, 2014.

Starr also asserts that the deadline for filing supplemental expert reports will not be impacted by this schedule, and will run from February 28, 2014.

Respectfully Submitted,

STONE & MAGNANINI LLP

s/ David S. Stone
David S. Stone
150 JFK Parkway, 4th Floor
Short Hills, NJ 07078
Tel: (973) 218-1111
Fax: (973) 218-1106
Email: dstone@stonemagnalaw.com

*Attorneys for Plaintiff Starr International Company, Inc.*

WILLKIE FARR & GALLAGHER LLP

s/ Richard D. Bernstein
Richard D. Bernstein
1875 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 303-1108
Fax: (202) 303-2108
Email: rbernstein@willkie.com

*Attorneys of Record for Goldman Sachs & Co.*

February 27, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2014, I caused a true and correct copy of the Joint Status Report of Starr International Company, Inc. and Goldman, Sachs & Co. regarding the 30(B)(6) deposition of Goldman, Sachs & Co. to be served via the Court's ECF system on all counsel of record.

                                              s/ David S. Stone
                                              David S. Stone