# In the United States Court of Federal Claims

No. 11-779C

(Filed: April 23, 2014)

```
*************************************  *
                                       *
STARR INTERNATIONAL COMPANY,           *
INC., on its behalf and on behalf of a class  *
of others similarly situated,          *
                                       *
              Plaintiff,               *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
              Defendant.               *
                                       *
*************************************  *
```

## ORDER

On April 23, 2014, the Court conducted a quarterly discovery conference during which time counsel for the parties agreed to extend the deadline for the completion of expert depositions. Accordingly, the June 6, 2014 deadline for the completion of expert depositions is hereby extended by two weeks until Friday, June 20, 2014.

IT IS SO ORDERED.

s/ Thomas C. Wheeler  
THOMAS C. WHEELER  
Judge