# In the United States Court of Federal Claims

No. 11-779C

(Filed: May 15, 2014)

```
*************************************   *
                                        *
STARR INTERNATIONAL COMPANY,            *
INC., on its behalf and on behalf of a class *
of others similarly situated,           *
                                        *
                    Plaintiff,          *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************   *
```

ORDER

On May 14, 2014, the Court received a letter from Defendant's counsel of record advising the Court of an alleged violation of the Court's March 18, 2013 Amended Protective Order (Dkt. 104). The violation relates to the disclosure of deposition testimony in this case of Timothy F. Geithner, Henry M. Paulson, Jr., and Ben S. Bernanke. Defendant's counsel states that these depositions were confidential and subject to the Court's Protective Order, but were recently cited in a news article available to the public.

The submittal of letters to the Court is a disfavored practice, but the Court will accept Defendant's filing as a "Notice of Protective Order Violation." Plaintiff's counsel of record is directed to file a response to Defendant's notice by the close of business on Monday, May 19, 2014. Defendant also is invited to submit further information by that date so that the Court may understand: (1) the basis for the contention that the deposition transcripts were confidential and subject to the Court's Protective Order; (2) the names of all persons or entities who possess the original or copies of the deposition transcripts; and (3) all facts known to counsel for the parties, after investigation, to explain how these deposition transcripts were obtained by Charles Gasparino, the author of the news article.

If necessary, a hearing in open Court may follow on short notice.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge