## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STARR INTERNATIONAL COMPANY, INC., on its behalf and on behalf of a class of others similarly situated, </br></br>　　　　Plaintiff, </br></br>　　v. </br></br> UNITED STATES, </br></br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> No. 11-779C </br> (Judge Wheeler) |

## JOINT STATUS REPORT ON DISCOVERY

In accordance with the Court's proposal at the December 14, 2012 Status Conference that the parties raise any discovery issues through a joint report to the Court, Plaintiff, Starr International Company, Inc. (Starr), individually and on behalf of the Credit Agreement and Stock Split Classes, and Defendant, the United States, respectfully submit this response to the Court's directive that we "inform the Court by no later than May 19, 2014 whether they have agreed to the quick-peek procedure" suggested by the Court. Discovery Order No. 9 at 6. In lieu of a 'quick peek' procedure, following an exchange of letters between the parties, the United States, in an effort to resolve this matter, re-reviewed each of the nearly 250 documents challenged by Starr. On May 12, 2014, the United States produced all of these documents in whole or in part and provided detailed privilege log descriptions for the portions of the documents that remain redacted. Starr agrees that the Court's intervention in this privilege dispute is no longer necessary and that Starr has completed its challenges with respect to privilege assertions in fact discovery. Both parties reserve any appeal rights with respect to privilege issues.

|  |  |
|---|---|
|  | Respectfully submitted, |
| BOIES, SCHILLER & FLEXNER LLP | JOYCE R. BRANDA |
| /s/ David Boies | Deputy Assistant Attorney General |
| David Boies |  |
| Attorney of Record | /s/Robert E. Kirschman, Jr. |
| 333 Main Street | ROBERT E. KIRSCHMAN, JR. |
| Armonk, NY 10504 | Director |
| Tel. (914) 749-8200 |  |
| Fax (914) 749-8300 | /s/ Brian A. Mizoguchi |
| Email: dboies@bsfllp.com | BRIAN A. MIZOGUCHI |
| Robert J. Dwyer | Assistant Director |
| Alanna C. Rutherford | Commercial Litigation Branch |
| Julia C. Hamilton | Civil Division, Department of Justice |
| 575 Lexington Avenue | P.O. Box 480 |
| New York, NY 10022 | Washington, D.C. 20044 |
| Telephone: (212) 446-2300 | Tel.: (202) 305-3319 |
| SKADDEN, ARPS, SLATE, MEAGHER & | Fax: (202) 514-7969 |
| FLOM LLP | Email:brian.mizoguchi@usdoj.gov |
| John L. Gardiner |  |
| Four Times Square | Attorneys for Defendant |
| New York, NY 10036 |  |
| Telephone: (212) 735-3000 |  |

Attorneys for Plaintiffs Starr International Co., Inc., et al.

May 19, 2014