# In the United States Court of Federal Claims

No. 11-779C

(Filed: May 20, 2014)

```
*************************************  *
                                       *
STARR INTERNATIONAL COMPANY,           *
INC., on its behalf and on behalf of a class  *
of others similarly situated,          *
                                       *
                    Plaintiff,         *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                    Defendant.         *
                                       *
*************************************  *
```

SCHEDULING ORDER

On May 15, 2014, counsel for the Government filed a notice of a protective order violation. As agreed by the parties, the Court will conduct a status conference to discuss the parties' recommendations on how to proceed. The status conference will be held on Friday, May 23, 2014, at 10:00 AM (EDT) at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

                                                                    s/ Thomas C. Wheeler  
                                                                    THOMAS C. WHEELER  
                                                                    Judge