# In the United States Court of Federal Claims

No. 11-779C

(Filed: May 23, 2014)

```
*************************************  *
                                       *
STARR INTERNATIONAL COMPANY,           *
INC., on its behalf and on behalf of a class  *
of others similarly situated,          *
                                       *
                       Plaintiff,      *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                       Defendant.      *
                                       *
*************************************  *
```

## ORDER

On May 23, 2014, the Court held a status conference to discuss an apparent violation of the amended protective order (Dkt. No. 104). The violation relates to the disclosure of confidential deposition testimony of Timothy F. Geithner, Henry M. Paulson, Jr., and Ben S. Bernanke. These depositions were recently cited in a news article available to the public.

At this time, after investigation by counsel, it is unclear how the disclosure occurred. However, counsel for the parties are directed to inform the Court if they discover any new information or evidence regarding the violation.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge