IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STARR INTERNATIONAL COMPANY, INC., on its behalf and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 11-779C (Judge Wheeler) |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

## **DEFENDANT'S STATUS REPORT**

Pursuant to the Court's May 23, 2014 order (Dkt. No. 237), the United States provides the Court with new information that may be relevant to the violation of the amended protective order (Dkt. No. 104).

Yesterday, Charlie Gasparino of FOX Business – the same news reporter who previously acknowledged reviewing confidential deposition testimony of three former senior government officials – published an article from which it is apparent that a source in some manner associated with the Plaintiff provided nonpublic information about this case to Mr. Gasparino. A copy of the article, entitled "Eclectic Who's Who Ready to Chip in for Greenberg's Defense," is attached hereto.

The parties have exchanged correspondence regarding this issue, and we have requested certain information from Plaintiff in light of this development and other information provided to us by Plaintiff. In accordance with the May 23, 2014 order, we will continue to keep the Court apprised of any further information or evidence regarding the protective order violation.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | JOYCE R. BRANDA |
|  | Deputy Assistant Attorney General |
|  |  |
|  | /s/ Robert E. Kirschman, Jr. |
|  | ROBERT E. KIRSCHMAN, JR. |
|  | Director |
|  |  |
|  | /s/ Brian A. Mizoguchi |
|  | BRIAN A. MIZOGUCHI |
|  | Assistant Director |
|  | Commercial Litigation Branch |
|  | Civil Division |
| OF COUNSEL: | Department of Justice |
| MATTHEW F. SCARLATO | P.O. Box 480 |
| Trial Attorney | Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Telephone: (202) 305-3319 |
|  | Facsimile: (202) 514-7969 |
|  | Email: brian.mizoguchi@usdoj.gov |
|  |  |
|  | Attorneys for Defendant |

June 6, 2014