# EXHIBIT B

**U.S. Department of Justice**

Civil Division

*Washington, DC 20530*

June 6, 2014

*By Electronic Mail*

Robert J. Dwyer, Esq.
Boies, Schiller & Flexner, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
rdwyer@BSFLLP.com

      Re: *Starr Int'l Co., Inc. v. United States*, No. 11-779 (Fed. Cl.)

Dear Mr. Dwyer:

      This responds to your letter dated June 4, 2014, informing us of "a development that may be relevant to the . . . unauthorized disclosure of deposition transcripts subject to the Court's protective order." Your letter refers to Starr's commitment to us and to the Court to advise us "of any developments that might bear on who was responsible for the leak of the transcripts" and asks our view as to what action, if any, we believe to be appropriate for Starr to take either with or in the absence of our participation.

      We thank Starr for the information confirming that someone on Starr's side may have been providing nonpublic information about this case to Charlie Gasparino, the FOX Business reporter who authored both a June 5, 2014 article[1] and the May 13, 2014 article reflecting a violation of the protective order entered in this case. Under the circumstances, we request that Starr provide the United States additional information regarding its investigation into the unauthorized disclosure of the transcripts of Secretary Geithner, Secretary Paulson, and Chairman Bernanke's depositions.

      We note that several individuals associated with Starr (including a potential fact witness who has been deposed, J. Christopher Flowers) attended the meeting that was the subject of yesterday's article. In light of this additional information, we request that Starr inform us of what steps it has taken to confirm that none of those attendees, including Maurice 'Hank' Greenberg, was the source of the protective order violation. We also ask Starr to confirm that it

---

[1] A copy of the June 5 article, which may be found at http://www.foxbusiness.com/business-leaders/2014/06/05/eclectic-who-who-ready-to-chip-in-for-greenberg-defense/, is attached.

did not disclose to any potential investors in its lawsuit any of the transcripts provided to Mr. Gasparino, any confidential information from those transcripts, or any other confidential information protected by the Court's protective order. In light of the "limited number of people" in attendance at the meeting, we request that Starr investigate, for each participant, whether he or she may have acquired or sought access to the deposition transcripts at issue or any other information designated confidential in this case. We also ask Starr to inform us whether it solicited Mr. Flowers as a potential investor in its lawsuit before or after Mr. Flowers was deposed in this litigation, and whether Starr has offered any other potential fact witness a financial stake in the outcome of the litigation.

We further note that Starr has suggested that the protective order violation may have involved a "consultant to Starr" who no longer "serve[s] in that role." Please identify that consultant and his role in connection with this litigation. Please also elaborate on your statement that the consultant "was informed" on or around May 1, 2014 "that he would no longer serve in that role." Did he have any role in the case after May 1, 2014? After May 13, 2014? Finally, please explain what steps, if any, were taken by Starr to retrieve from this consultant the confidential transcripts and any other information designated confidential after the termination of his consultancy, and what further steps were taken, if any, to retrieve such information from him after Starr concluded that he might be involved in the protective order violation.

Finally, at the May 23 conference, Starr's counsel indicated to the Court that three persons had not yet executed a disclaimer of the transcripts' disclosure to the reporter. Please confirm that Starr has since obtained those three disclaimers.

The Court's May 23, 2014 Order, Dkt. 237, provides that "counsel for the parties are directed to inform the Court if they discover any new information or evidence regarding the violation." The June 5 article again discusses the confidential deposition of Timothy F. Geithner that was the subject of the Court's May 23 conference. The June 5 article refers to the news organization's review of the depositions of "top government officials" "even as a federal judge has ordered that they remain sealed at the request of the government." Pursuant to the Court's instructions, the United States will be filing today a report to the Court to inform it (1) of new information in the June 5 article that may be relevant to the violation of the amended protective order (Dkt. No. 104), forwarding a copy of that article, and (2) that the parties have exchanged correspondence regarding this issue, and that we have requested certain information from you in light of this development and other information provided to us by you.

Very truly yours,

*[signature]*

Brian A. Mizoguchi
Assistant Director
Commercial Litigation Branch



 Print  Close

# Eclectic Who's Who Ready to Chip in for Greenberg's Defense

By Charlie Gasparino

Published June 05, 2014

| FOXBusiness

Several large investors, including hedge fund impresario Steve Cohen, have expressed interest in financing a controversial lawsuit filed by former AIG (AIG) chief Hank Greenberg over the legality of the 2008 bailout of the insurance giant, the FOX Business Network has learned.

300x250

ADVERTISEMENT
ADVERTISEMENT

Greenberg, once the largest AIG shareholder, filed a lawsuit in federal court charging that the federal government's bailout of AIG amounted to an illegal "taking" of shareholder value. The bailout saved AIG from certain bankruptcy, but under the terms of the deal crafted by the Federal Reserve and the Treasury Department, shareholders like Greenberg were nearly wiped out.

Greenberg contends that the terms of the AIG bailout were more onerous than those given to other banks, and the government could have easily taken other steps to mitigate shareholder losses. He is seeking around $50 billion in damages.

The size of those damages—and the possibility that Greenberg could win the case—is what has a group of influential investors including Cohen interested in an unusual deal: providing funding to pay down legal costs of the case, in exchange for a "right" to collect a percentage of the damages if Greenberg prevails.

The funding of lawsuits is a growing part of the alternative investment business as litigation and its costs have exploded in recent years. What makes this effort unusual is that some of the top investors in the world would be betting against the U.S. government in its effort to win one of the most controversial pieces of litigation to arise out of the 2008 financial crisis.

Cohen was one of about a half dozen investors to attend a March 6 meeting at Greenberg's New York office where the deal, and the progress of the case, first took center stage. Other investors included Chris Flowers, the head of the investment fund JC Flowers, Home Depot (HD) founder and financier Ken Langone, and prominent hedge fund manager Stan Druckenmiller, these people say.

During the meeting Greenberg's high-profile attorney, David Boies, provided an upbeat assessment of Greenberg's case, which has survived various dismissal attempts and is heading for a trial date possibly later in the summer.

Boies has taken depositions from the top government officials involved in the 2008 efforts by the federal government to bail out the financial system including former Treasury Secretary Hank Paulson, former Federal Reserve chairman Ben Bernanke and Tim Geithner, who at the time of the financial crisis served as the president of the New York Federal Reserve bank.

FOX Business has reviewed the depositions even as a federal judge has ordered that they remain sealed at the request of the government.

During the meeting, Boies said progress in the case has been good. He quipped at one point that he didn't "want to pat himself too much on the back" for Greenberg's court victories, according to people with knowledge of the matter. Those included the judge's refusal to dismiss as well as the taking of testimony from top government officials including Bernanke's in February.

Another indication that Greenberg's case is finding some success in the court is that a federal judge in March ruled that the case could have class-action status.

These people say following Boies presentation the investors appeared eager to participate in the deal even if Greenberg has yet to

decide if he will go forward with the funding plan. His legal costs are said to have surpassed $50 million and Greenberg intends to discuss specific terms of any deal individually with the investors, people close to the matter say.

Press officials for Greenberg, Cohen, Flowers, Langone and Druckenmiller declined to comment. A spokeswoman for Boies didn't return calls for comment.

Earlier in the year, a federal appeals court dismissed a separate case filed by Greenberg against the New York Federal Reserve Bank on the grounds that "unusual and exigent circumstances" forced the bank to bail out AIG in the manner that it did.

But a separate case against the U.S. government over the $182 billion rescue of AIG remains and the government continues to argue that the depositions from the key officials involved in the bailout should remain under seal.

Those depositions, reviewed by FOX Business, show that Geithner, for instance, scrambled to bail out AIG after the bankruptcy of Lehman Brothers in September of 2008 because he didn't fully grasp its importance to the financial system. AIG insured the toxic debt held on the balance sheets of the big banks, meaning that its insolvency would lead to massive losses across the financial system.

It is the haphazard way the bailouts were conducted that Greenberg contends led to the government to unfairly penalize AIG shareholders, The shareholders of other big firms that benefited from federal assistance, such as Goldman Sachs (GS), fared much better, Greenberg says in his lawsuit.

Still, the move to fund Greenberg's efforts will undoubtedly raise eyebrows since he is challenging the legality of a taxpayer financed bailout of a company that is widely regarded as among the main culprits of the excessive risk taking that caused the 2008 financial collapse.

In fact, at least one large investor wasn't interested in Greenberg's invitation to join the March 6 meeting: Billionaire businessman and conservative activist David Koch didn't respond to a request for his attendance, people with knowledge of the matter say. A press official for Koch declined comment.

The eclectic mix of investors that Greenberg might be turning to is controversial as well; Cohen, for instance, faces civil charges that he failed to properly supervise employees who allegedly violated insider trading laws, and in a move first reported by FOX Business has hired Boies for his defense.

The billionaire money manager denies the charges, but his hedge fund SAC Capital was indicted by the Manhattan U.S. Attorney's office and closed down as part of the government's insider-trading crackdown. Cohen was not criminally charged in the matter but he no longer manages outside money and has renamed his "family office" that manages his own massive wealth Point72 Asset Management.

Print    Close

**URL**

http://www.foxbusiness.com/business-leaders/2014/06/05/eclectic-who-who-ready-to-chip-in-for-greenberg-defense/

Home | Video | Markets | Industries | Economy & Policy | Investing | Technology | Personal Finance | Business Leaders | On Air | Small Business

Quotes delayed at least 15 minutes. Market Data provided by Interactive Data (Terms & Conditions). Powered and implemented by Interactive Data Managed Solutions. Company fundamental data provided by Morningstar. Earnings estimates data provided by Zacks. Mutual fund and ETF data provided by Lipper. Economic data provided by Econoday. Dow Jones & Company Terms & Conditions.

This material may not be published, broadcast, rewritten, or redistributed. © 2014 FOX News Network, LLC. All rights reserved. Privacy | Terms