# In the United States Court of Federal Claims

No. 11-779C

(Filed:  June 26, 2014)

```
*********************************    *
                                     *
STARR INTERNATIONAL COMPANY,         *
INC., on its behalf and on behalf of a class *
of others similarly situated,        *
                                     *
                     Plaintiff,      *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
                     Defendant.      *
                                     *
*********************************    *
```

## ORDER

On June 25, 2014, counsel for the Government filed a motion requesting leave for an additional 15 pages when filing its motion for summary judgment. Plaintiff, Starr International Co., Inc., takes no position on this motion's request for additional pages. For good cause shown, Defendant's motion is GRANTED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge