# In the United States Court of Federal Claims

No. 11-779C

(Filed: July 23, 2014)

```
*************************************   *
                                        *
STARR INTERNATIONAL COMPANY,            *
INC., on its behalf and on behalf of a class *
of others similarly situated,           *
                                        *
                    Plaintiff,          *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************   *
```

## ORDER

     On July 22, 2014, counsel for the Plaintiff filed an unopposed motion requesting leave for an additional 15 pages when filing its memorandum in opposition to Defendant's motion for summary judgment. On June 26, 2014, the Court granted the Defendant an additional 15 pages based on the scope of this case. For good cause shown, Plaintiff's motion is GRANTED.

     IT IS SO ORDERED.

s/ Thomas C. Wheeler  
THOMAS C. WHEELER  
Judge
