IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STARR INTERNATIONAL COMPANY, INC., on its behalf and on behalf of a class of others similarly situated,<br><br>         *Plaintiff,*<br><br>    v.<br><br>THE UNITED STATES,<br><br>         *Defendant.* | No. 11-00779C (TCW) |

**NOTICE IDENTIFYING CONFIDENTIAL INFORMATION IN
PLAINTIFFS' DECLARATIONS CONCERNING CLASS MEMBERSHIP**

  Plaintiff Starr International Company, Inc. and the Classes respectfully submit this notice to identify material in the Exhibits to Plaintiffs' November 15, 2015 Declaration Concerning Class Membership [ECF Nos. 184-1, 184-2, 184-3, 184-4, and 184-5] and the appendix to the September 8, 2014 Joint Status Report [ECF No. 298-1] which should remain under seal pursuant to RCFC 5.2.

  Accordingly, Plaintiffs hereby attach public copies of the exhibits to the Declaration Concerning Class Membership filed on November 15, 2013 [ECF Nos. 184-1, 184-2, 184-3, 184-4, 184-5] and the Appendix to the Joint Status Report filed on September 8, 2014 [ECF No. 298-1].

Dated:  Armonk, New York
        September 23, 2014        BOIES, SCHILLER & FLEXNER LLP

By    /s/ David Boies
David Boies
Attorney of Record
333 Main Street
Armonk, NY 10504
Tel. (914) 749-8200
Fax (914) 749-8300
Email: dboies@bsfllp.com

*Counsel for Plaintiff Starr International, Inc. and for the Plaintiff Classes*

OF COUNSEL:
BOIES, SCHILLER & FLEXNER LLP    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Robert J. Dwyer
Alanna C. Rutherford    John L. Gardiner
575 Lexington Avenue    Four Times Square
New York, NY 10022    New York, NY 10036
Telephone:  (212) 446-2300    Telephone:  (212) 735-3000

Amy J. Mauser
5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone:  (202) 237-2727