# In the United States Court of Federal Claims

No. 11-779C

(Filed: September 26, 2014)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| STARR INTERNATIONAL COMPANY, INC., on its behalf and on behalf of a class of others similarly situated, | \* \* \* \* |
| Plaintiff, | \* \* |
| v. | \* \* |
| THE UNITED STATES, | \* \* |
| Defendant. | \* \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER REGARDING APPEARANCE OF WITNESSES AT TRIAL

Yesterday, September 25, 2014, the Court received two documents from the parties indicating possible scheduling conflicts in arranging for the appearance of certain witnesses at trial. One was a motion for protective order from Defendant, and the other was a letter from Plaintiff's counsel, Mr. Boies. These filings came just two business days before the start of trial. Rather than addressing the individual circumstances of particular witnesses, the Court will provide general guidance to the parties that will apply throughout the trial.

The trial date and expected trial duration in this case have been known to counsel since July 2013. The Court recognizes the importance of a party being able to present its witnesses in a desired order. The witnesses in question have received ample notice of their requested appearance dates. Upon receiving notice and a subpoena indicating when their appearance at trial is required, it is incumbent upon all witnesses to give this obligation a top priority and to rearrange their schedules as needed so they are available to testify when asked. The Court will have little sympathy for the assertion of any reasons why a witness cannot testify on a specified date. The importance of being at this trial when called overrides nearly all other personal and business obligations.

With the above guidance, counsel for the parties are encouraged to cooperate in having all witnesses available to testify when asked, recognizing that if a dispute must be presented formally for resolution, the Court will give strong weight to the needs of the parties in presenting their witnesses in a desired order.

IT IS SO ORDERED.

s/Thomas C. Wheeler<br>
THOMAS C. WHEELER<br>
Judge