*Starr International Company, Inc. v. The United States*
*Plaintiffs' Objections to Defendant's Second Supplemental Exhibit List*
*September 28, 2014*

| DX # | BEGIN BATES | END BATES | DESCRIPTION | DATE | CATEGORY | OBJECTION |
|---|---|---|---|---|---|---|
| | | | EXHIBITS NOT PREVIOUSLY LISTED | | | |
| DX-0955 | | | SUMMARY OF TERMS FOR SENIOR BRIDGE FACILITY | 9/16/2008 | New Fact Exhibit | 402, 403, 602, 801/802, 901, 1002 |
| DX-0956 | AIGSTARR00315483 | AIGSTARR00315489 | EMAIL AND ATTACHMENT FROM JON ARONSON TO ERIC LITZKY RE: SUMMARY OF TERMS OF SENIOR BRIDGE FACILITY; 09-16-08 SUMMARY OF TERMS FOR SENIOR BRIDGE FACILITY.PDF | 10/24/2008 | New Fact Exhibit | 402, 403, 602, 801/802, 901, 1002 |
| DX-0957 | AIGFIN010227727 | AIGFIN010227729 | EMAIL AND ATTACHMENT FROM PAUL ANDERSON TO OFER ELDAR ET AL RE: ML III - COUNTERPARTY TERM SHEET; C.P.TERMSHEET.WEIL.DOC | 2008.11.08 | New Fact Exhibit | 106, 402, 403, 602, 801/802 |
| DX-0958 | AIGSTARR00013303 | AIGSTARR00013338 | AIG DOMESTIC SECURITIES LENDING: A PRESENTATION TO STATE INSURANCE DEPARTMENTS | 4/4/2008 | New Fact Exhibit | 402/403, 602, 703 |
| DX-0959 | | | EMAIL FROM MATTHEW MOSHER TO JOYCE SHARA RE: RE: AIG - RINGING THE ALARM BELL | 9/15/2008 | New Fact Exhibit | 402, 403, 602, 801/802 |
| DX-0960 | | | COMMERCIAL PAPER FUNDING FACILITY: PROGRAM TERMS AND CONDITIONS, available at http://www.newyorkfed.org/markets/cpff_terms.html | 6/25/2008 | New Fact Exhibit | No objection. |
| DX-0961 | DPWSTARR_00020171 | DPWSTARR_00020172 | EMAIL FROM PAULA REYNOLDS TO MARSHALL S. HUEBNER RE: RE: HAPPY NEW YEAR AND SPECIAL SHAREHOLDER MEETING | 1/9/2008 | New Fact Exhibit | 602, 801/802 |
| DX-0962 | FRB018-00552326 | FRB018-00552330 | EMAIL FROM DEBORAH P. BAILEY TO DONALD KOHN ET. AL. RE: FW: AIG MEETING THIS AFTERNOON | 9/12/2008 | New Fact Exhibit | 402, 403, 602, 801/802 |
| DX-0963 | FRB018-01079858 | FRB018-01079859 | FRBNY OFFICE MEMORANDUM FROM SANDY KRIEGER TO CHRISTINE CUMMING RE: VALUATION OF COLLATERAL FOR AIG LOAN OF SEPT. 23, 2008 (UPDATED) | 9/22/2008 | New Fact Exhibit | No objection. |
| DX-0964 | FRB023-00000731 | FRB023-00000733 | DRAFT MEMORANDUM FROM ALVAREZ, ASHTON & VAN DER WEIDE TO VICE CHAIRMAN KOHN RE: AUTHORITY OF A RESERVE BANK TO TAKE WARRANTS IN CONNECTION WITH AN EXTENSION OF CREDIT UNDER SECTION 12(3), WITH HANDWRITTEN MARGINALIA | 9/17/2008 | New Fact Exhibit | 402, 403, 801/802, 901, 1002 |
| DX-0965 | FRBNY-TOWNS-R1-121525 | FRBNY-TOWNS-R1-121541 | EMAIL WITH ATTACHMENT FROM AMY FLYNN TO PAUL WHYNOTT ET AL RE: FW: CAPITAL STRUCTURE DISCUSSION; 2008.10.25 CAP STRUCTURE PRESENTATION.PDF | 10/25/2008 | New Fact Exhibit | 8/24/1901 |
| DX-0966 | PWC_STARR_US00371717 | PWC_STARR_US00371730 | PRICEWATERHOUSECOOPERS MEMO FROM PETER MUNTER AND BRIAN WILLIAMSON RE: AMERICAN INTERNATIONAL GROUP, INC. SARBANES OXLEY EVALUATION OF THE CONTROL DEFICIENCY RELATING TO ACCESS, ROLES AND RESPONSIBILITY OF CRITICAL CONTROL FUNCTIONS | 2/28/2008 | New Fact Exhibit | 106, 402, 403, 602, 801/802 |
| DX-0967 | PWC_STARR_US01635247 | PWC_STARR_US01635260 | AIG AUDIT COMMITTEE MEETING | 12/13/2007 | New Fact Exhibit | 106, 402, 403, 801/802 |
| DX-0968 | | | AIG MAY 21, 2008 FORM 8-K | 5/21/2008 | New Fact Exhibit | No objection. |
| DX-0969 | AIG-OD-STARR00004445 | AIG-OD-STARR00004497 | AIG LIQUIDITY AND CAPITAL ANALYSIS: UPDATE OF FINANCE COMMITTEE PRESENTATION ON APRIL 17, 2008 | 5/5/2008 | New Fact Exhibit | 402, 403, 602, 801/802 |
| DX-0970 | AIGSTARR00253102 | AIGSTARR00253105 | EMAIL AND ATTACHMENT FROM ERIC LITZKY TO MORRIS W. OFFIT ET AL RE: MEMORANDUM FROM BOB GENDER - SUMMARY OF CAPITAL RAISING SECURITIES ISSUANCES; AIG CAPITAL MEM2.DOC, CAPITAL RAISE SUMMARY.PDF | 5/19/2008 | New Fact Exhibit | 402, 403, 801/802 |
| DX-0971 | AIGSTARR00044844 | AIGSTARR00044846 | EMAIL FROM STEVEN BENSINGER TO DAVID HERZOG RE: RE: | 8/28/2008 | New Fact Exhibit | 402, 403, 801/802 |
| DX-0972 | FRBNY-STARR(CFC)-00025470 | FRBNY-STARR(CFC)-00025474 | EMAIL AND ATTACHMENT FROM ANDREW DANZIG TO SUSAN MCLAUGHLIN RE: FW: FINANCING OPTIONS TO MITIGATE CREDIT RISK TO AIG; FINANCING OPTION TO MITIGATE CREDIT RISK TO AIG.DOC | 9/21/2008 | New Fact Exhibit | 402, 403, 602, 801/802 |
| DX-0973 | WP-AC Document 0006260 | WP-AC Document 0006261 | EMAIL AND ATTACHMENT FROM KATHLEEN SHANNON TO MARSHALL S. HUEBNER RE: RE 8-K; FORM 8-KA DRAFT, SEPT. 19,2008.DOC | 9/19/2008 | New Fact Exhibit | No objection. |
| DX-0974 | SP-Starr000186 | SP-Starr000188 | STANDARD & POOR'S GLOBAL CREDIT PORTAL RATINGSDIRECT BULLETIN: AMERICAN INTERNATIONAL GROUP INC. RATINGS UNAFFECTED BY SECOND-QUARTER'S $5.4 BILLION LOSS | 8/7/2008 | New Fact Exhibit | 402, 403, 602, 703, 801/802 |
| DX-0975 | | | TERM SECURITIES LENDING FACILITY: PROGRAM TERMS AND CONDITIONS, AVAILABLE AT HTTP://WWW.NEWYORKFED.ORG/MARKETS/TSLF_TERMS.HTML | 3/24/2009 | New Fact Exhibit | No objection. |
| DX-0976 | TREAS 00072016 | TREAS 00072016 | EMAIL FROM DAN JESTER TO KEVIN WARSH RE: RE: IN FOMC MTG | 9/16/2008 | New Fact Exhibit | 106, 402, 403, 801/802 |
| DX-0977 | | | EXHIBIT NUMBER NOT USED | | | |
| DX-0978 | AIGSTARR00315484 | AIGSTARR00315489 | SUMMARY OF TERMS FOR SENIOR BRIDGE FACILITY | 9/16/2008 | New Fact Exhibit | 402, 403, 602, 801/802, 901, 1002 |
| DX-0979 | FRB018-00575294 | FRB018-00575294 | EMAIL FROM MICHELE SMITH TO CHAIRMAN RE: RE HERE IS THE FINAL PRESS RELEASE -- GOING AT 9 | 9/16/2008 | New Fact Exhibit | No objection. |
| DX-0980 | FRBNY-STARR(CFC)-0460043 | FRBNY-STARR(CFC)-0460055 | EMAIL AND ATTACHMENT FROM ALEJANDRO LATORRE TO PAUL WHYNOTT RE: SLIDES FOR BOARD STAFF PRESENTATION; ML III - BOARD STAFF.PPT | 10/30/2008 | New Fact Exhibit | No objection. |

*Starr International Company, Inc. v. The United States*
**Plaintiffs' Objections to Defendant's Second Supplemental Exhibit List**
*September 28, 2014*

| | | | | | | |
|---|---|---|---|---|---|---|
| DX-0981 | FRBNY-STARR(CFC)-0267122 | FRBNY-STARR(CFC)-0267132 | EMAIL FROM SARAH DAHLGREN TO JAMES HENNESSY RE: FW: AIG SLIDES - TWO SUGGESTIONS; ATTACHMENTS: OFFICE MEMORANDUM RE: VALUATION OF COLLATERAL FOR AIG LOAN OF SEPT. 23, 2008 (UPDATED) AND AIG UPDATE OCTOBER 14, 2008 PPT | 10/13/2008 | New Fact Exhibit | 4/15/1900 |
| DX-0982 | TREAS00256489 | TREAS00256491 | EMAIL FROM MARSHALL HUEBNER TO LS MAKOW ET AL RE: RE EQUITY STRUCTURE | 9/19/2008 | New Fact Exhibit | 801/802 |
| DX-1920 | | | LOMBARD STREET: A DESCRIPTION OF THE MONEY MARKET, BY WALTER BAGEHOT | 1/1/1962 | New Expert Relied Upon Exhibit | No objection. |
| DX-1921 | | | "UNDERSTANDING THE CREDIT CRISIS: THE TREASURY, THE FED, AND THE BANKING SYSTEM" BY GEORGE OLDFIELD AND MICHAEL CRAGG, THE BRATTLE GROUP, ISSUE 2, 2008 | 1/1/2008 | New Expert Relied Upon Exhibit | 106, 402, 403, 703, 801/802 |
| DX-1922 | | | WALL STREET JOURNAL ARTICLE: TARP PROFIT ON CITIGROUP: $12.3 BILLION, AVAILABLE AT HTTP://ONLINE.WSJ.COM/ARTICLES/SB10001424052748703293204576105763449264874 | 1/27/2011 | New Expert Relied Upon Exhibit | 402, 403, 703, 801/802 |
| DX-1923 | KPMG STARR 0001286- | KPMG STARR 0001290 | EMAIL AND ATTACHMENT FROM LEO C. CHAN TO OOMENN THOMAS, CAROLYN WORTH, ET AL RE: RE AIG DRAFT MEMO REGARDING THE APPROPRIATE DATE FOR THE CDS AND COMMON STOCK DATA; DRAFT MEMO TO FILE - VAL METHOD.DOC | 10/21/2008 | New Expert Relied Upon Exhibit | 106, 402, 403, 602, 703, 801/802 |
| | | | CORRECTED EXHIBITS PREVIOUSLY PROVIDED TO STARR | | | |
| DX-0066 | PWC_STARR_US01508590 | PWC_STARR_US01508733 | AIG MEMO, TITLE: GLOBAL SECURITIES LENDING WITH BRIEF INFORMATION ON ATTACHMENTS, NOVEMBER 6, 2007 | 11/6/2007 | Replacement with attachments added | 402, 403, 602, 801/802 |
| DX-0101 | AIGSTARR00334434 | AIGSTARR00334443 | EMAIL FROM KATHLEEN SHANNON TO MARSHAL COHEN ET AL RE: AUDIT COMMITTEE MEETING, WITH ATTACHED AUDIT COMMITTEE FP SS CDS DRAFT | 2/25/2008 | Replacement with attachments added | 402, 403, 801/802, 1002 |
| DX-0129 | STARR-CFC-002393 | STARR-CFC-002398 | EMAIL AND ATTACHMENTS FROM LEE WOLOSKY TO BERTIL LUNDQVIST, DRAFT LETTER TO AIG BOARD, ATTACHMENTS TWO COPIES OF LETTER TO BOARD MAY 11 2008 ALTERNATIVE V3.DOC | 5/11/2008 | Replacement with attachments added | 402, 403, 602, 801/802 |
| DX-0155 | FRBNY-STARR(CFC)-0474350 | FRBNY-STARR(CFC)-0474354 | EMAIL FROM JOSEPH SOMMER TO JAMES BERGIN RE: NON-BANK RESOLUTION | 7/7/2008 | Replacement with attachments added | No objection. |
| DX-0156 | AIGSTARR00229190 | AIGSTARR00229194 | EMAIL FROM WILLIAM DOOLE TO ALAN PRYOR, FW: FOLLOWUP ATTACHMENT: AIG 62208 FINAL.DOC; AIG PRESENTATION 62208 REVISED2.PPT JULY 7, 2008 | 7/7/2008 | Replacement with attachments added | 106, 402, 403, 602, 801/802 |
| DX-0161 | FRBNY-STARR(CFC)-0474394 | FRBNY-STARR(CFC)-0474399 | EMAIL FROM VICTORIA FUSCO-ALLEN TO TIMOTHY GEITHNER ET AL RE: EQUITY KICKERS AND RESERVE BANK LOANS | 7/11/2008 | Replacement with attachments added | No objection. |
| DX-0173 | FITCH-DOJ-STARR010945 | FITCH-DOJ-STARR010999 | EMAIL FROM WISH SHANLEY TO MARK ROUCK RE: AIG-BANK CREDIT FACILITIES | 8/5/2008 | Replacement with attachments added | 402, 403 |
| DX-0211 | STARR-CFC-010570 | STARR-CFC-010578 | MEMO FROM HOWIE, FOR YOUR MEETING WITH WILLEMSTAD, TO MAURICE R GREENBERG RE: AIG-CREDIT DEFAULT SWAPS AND SUBPRIME ISSUES, SEPTEMBER 2, 2008 | 9/2/2008 | Replacement due to image quality | 402, 403, 801/802 |
| DX-0227 | AIGSTARR00015281 | AIGSTARR00015283 | EMAIL FROM TERI WATSON TO ROBERT WILLEMSTAD ET AL SUBJECT FW: RATING AGENCY LOGISTICS - OS REVIEW 2008.PDF - ADOBE ACROBAT PROFESSIONAL WITH ATTACHMENTS RATING AGENCY LOGISTICS - OS REVIEW 2008.PDF; RATING AGENCY COMMENTS - WHAT COULD CHANGE THE RATINGS 9_2.DOC | 9/9/2008 | Replacement due to image quality | 402, 403, 602, 801/802 |
| DX-0235 | JPM00033164 | JPM00033167 | EMAIL FROM JOSHUA X WHITE TO TIM STAMBAUGH RE: NORTHSTAR ASSET VALUATION SCHEDULE WITH ATTACHMENT, SEPTEMBER 10, 2008 | 9/10/2008 | Replacement due to image quality | 402, 403, 602, 801/802 |
| DX-0306 | FRBNY-STARR(CFC)-00006629 | FRBNY-STARR(CFC)-00006639 | EMAIL FROM ZOLTAN POZSARR, TO PAUL WHYNOTT, CC ALEJANDRO LATORRE, PAUL WHYNOTT, RE:  THE CC LIST, REFERENCING CDS COUNTERPARTY SPREADSHEET, EXPOSURE: 091208 SPREADSHEET AND COUNTERPARTY EXPOSURE: REPORT 9-13 | 9/14/2008 | Replacement with attachments added | 403, 602, 801/802 |
| DX-0307 | FRBNY-STARR(CFC)-00006644 | FRBNY-STARR(CFC)-00006653 | EMAIL FROM ALEJANDRO LATORRE, TO ADAM ASHCRAFT, ALEJANDRO LATORRE, CHRISTOPHER CALABIA, ELISE LIEBERRS, HAYLEY BOESKY, JIM MAHONEY, PATRICIA MOSSER, PAUL WHYNOTT, RICHARD CHARLTON, TOBIAS ADRIAN, WILLIAM WALSH, CATHERINE VOIGTS, TIMOTHY GEITHNER, MICHAEL SILVA, MEG MCCONNELL, WILLIAM DUDLEY, WILLIAM RUTLEDGE, TERRENCE CHECKI, SUSAN STIEHM, ARTHUR ANGULO, CC TANSHEL POINTER, RE: PROS AND CONS ON AIG LENDING, CONTAINS DOCUMENT AIG SUBSIDIARIES ARE: THEY A SOURCE OF STRENGTH, REFERENCING ATTACHMENTS PROS AND CONS OF LENDING TO AIG, COUNTERPARTY EXPOSURE: REPORT, AIG SUBSIDIARIES | 9/14/2008 | Replacement with attachments added | 402, 403, 602, 701, 801/802 |
| DX-0350 | FRBNY-STARR(CFC)-00008347 | FRBNY-STARR(CFC)-00008352 | EMAIL FROM JIM MAHONEY TO ADAM ASHCRAFT, ALEJANDRO LATORRE, ALEXANDER J PSOMAS, BARD STERMASI, CHRISTOPHER CALABIA, DENISE GOODSTEIN, DIANNE DOBBECK, ELISE LIEBERS, ERIKA GOTTFRIED, JIM MAHONEY, KEVIN COFFEY, MARK SCAPP, MIN KIM, PAUL WHYNOTT, TOBIAS ADRIAN RE: FOLLOW-UP QUESTIONS ON PRIMARY DIRECT CREDIT REPORT, SEPTEMBER 15, 2008 | 9/15/2008 | Replacement with attachments added | 403, 602, 801/802 |

*Starr International Company, Inc. v. The United States*
**Plaintiffs' Objections to Defendant's Second Supplemental Exhibit List**
*September 28, 2014*

| | | | | | | |
|---|---|---|---|---|---|---|
| DX-0395 | FRBNYAIG00514 | FRBNYAIG00516 | PRELIMINARY DRAFT, SUMMARY OF TERMS FOR SENIOR BRIDGE FACILITY (AGREEMENT), SEPTEMBER 16, 2008 | 9/16/2008 | Replacement due to image quality | 403, 602 |
| DX-0416 | FRBNY-STARR(CFC)-00041346 | FRBNY-STARR(CFC)-00041347 | EMAIL CHAIN AND ATTACHMENT FROM TIMOTHY GEITHNER TO MICHELLE SMITH RE: PRESS RELEASE, STILL SEARCHING | 9/16/2008 | Replacement with attachments added | No objection. |
| DX-0433 | STARR-CFC-012465 | STARR-CFC-012466 | CORRESPONDENCE IN REPLY FROM HANK GREENBERG TO MADAME HO CHING RE: AIG SITUATION AND POSSIBLE FED LOAN | 9/16/2008 | Replacement due to image quality | No objection. |
| DX-0589 | FRB018-01228786 | FRB018-01228809 | EMAIL FROM DEBORAH P BAILEY TO SCOTT ALVAREZ RE: FW: DOCUMENTS FOR 10AM DISCUSSION, OCTOBER 3, 2008, DISCUSSING PROPOSAL FOR THE FRBNY ENTERING INTO SECURITIES LENDING TRANSACTIONS WITH AIG AS A COUNTERPARTY | 10/3/2008 | Replacement with attachments added | 402, 403 |
| DX-0626 | AIGSTARR00361265 | AIGSTARR00361437 | EMAIL FROM ANTHONY VALOROSO TO SARAH DAHLGREN RE: FED MEMOS, WITH ATTACHED LIQUIDITY FACILITY FINAL MEMO; PREFERRED STOCK EQUITY CLASSIFICATION, PREFERRED STOCK | 10/28/2008 | Replacement with attachments added | 106, 402, 403 |
| DX-0644 | FRBNY-STARR(CFC)-0159709 | FRBNY-STARR(CFC)-0159758 | EMAIL FROM JEFFREY SCHWARTZ TO STEPHANIE HELLER ET AL RE: NOV 4, 2008 DRAFT OF THE AIG TRUST | 11/4/2008 | Replacement with attachments added | 402, 403, 602 |
| DX-0719 | FRBNY-TOWNS-R3-005008 | FRBNY-TOWNS-R3-005013 | EMAIL FROM ERIC LITZKY TO STEPHEN F. BOLLENBACH RE: LETTER DAVID HERZOG TO MR. GREENBERG | 12/24/2008 | Replacement with attachments added | No objection. |
| DX-0743 | FRB018-00391643 | FRB018-00391643 | EMAIL FROM WILLIAM DUDLEY TO CHAIRMAN AND DONALD KOHN SUBJECT FW: I JUST HAD AN ALARMING CALL FROM MIKE HSU AT UST | 2/14/2009 | Replacement due to image quality | No objection. |
| DX-0745 | FRBNY-STARR(CFC)-0445980 | FRBNY-STARR(CFC)-0445993 | EMAIL FROM SARAH DAHLGREN TO WILLIAM DUDLEY, THOMAS BAXTER, SANDY KRIEGER, TERRENCE CHECKI, CHRISTINE CUMMING, MICHAEL SILVA, MICHAEL SCHETZEL AND MEG MCCONNELL RE: AIG REVISED PROPOSAL DECK WITH ATTACHMENTS, FEBRUARY 15, 2009 | 2/15/2009 | Replacement with duplicate copy of attachment removed | 402, 403, 801/802 |
| DX-0765 | FRB018-00552134 | FRB018-00552167 | EMAIL FROM CHAIRMAN TO DONALD L KOHN AND SCOTT ALVAREZ SUBJECT FW: AIG WITH ATTACHMENTS | 2/18/2009 | Replacement with duplicate copy of document removed | 402, 403, 602, 801/802 |
| DX-0767 | AIGSTARR00294919 | AIGSTARR00295203 | EMAIL FROM FRANK REDA TO LESLEY MERCADO RE: FW: FINAL ACCOUNTING MEMO, 4Q FED ARRANGEMENTS, FACILITY D, WARRANTS AND SERIES C, WITH ATTACHMENTS FED FACILITY ISSUE MEMO 4Q08 FINAL.DOC, MARCH 2, 2009 | 3/2/2009 | Replacement with attachments added | No objection. |
| DX-0788 | FRBNY-STARR(CFC)-0206543 | FRBNY-STARR(CFC)-0206730 | EMAIL FROM PETER BAZOS TO STEPHEN ALBRECHT RE:AIG-PROXY STATEMENT 2009 | 3/31/2009 | Replacement with attachments added | No objection. |
| DX-0849 | AP0043834 | AP0043902 | LETTER FROM ALAN AVERY TO SARAH DAHLGREN, CC THOMAS C BAXTER, KEVIN F BARNARD, JILL M CONSIDINE, CHESTER B FELDBERG, PETER A LANGERMAN, RE: REPORTS UNDER THE AIG CREDIT FACILITY TRUST AGREEMENT DATED JULY 22, 2010, WITH ATTACHMENTS | 7/22/2010 | Replacement with attachments added | 402, 403, 801/802 |
| DX-0916 | JPM00008981 | JPM00009013 | SPREADSHEET | UNDATED | Replacement with attachments added | 402, 403, 602, 801/802 |
| DX-0919 | Starr-CFC-020505 | Starr-CFC-020555 | STARR INTERNATIONAL COMPANY, INC. AND SUBSIDIARIES CONSOLIDATED FINANCIAL STATEMENTS FOR THE YEARS ENDED DECEMBER 31, 2009 AND 2008 AND INDEPENDENT AUDITORS REPORT | 12/31/2009 | Replacement due to image quality | 402, 403, 801/802 |
| DX-0939 | | | AIG 2007 10-K | 12/31/2007 | Replacement with attachments added | 402, 403, 801/802 |
| DX-0945 | AIGSTARR00229164 | AIGSTARR00229168 | EMAIL FROM ALEXANDER LUHOWY TO BRIAN SCHREIBER, ELIAS HABAYEB, WILLIAM DOOLEY, ALAN PRYOR RE: BLACKROC MATERIALS ATTACH AIG PRESENTATION - MORTGAGE AND STRUCTURED CREDIT EXPOSURES SITUATION ASSESSMENT AND POTENTIAL ACTION STEP | 7/2/2008 | Replacement with attachments added | 402, 403, 602, 801/802 |
| DX-1419 | AIGSTARR00116202 | AIGSTARR00116205 | EMAIL FROM JOHN GRACE TO JENS BERDING, PATRICIA SKIGEN RE. LIQUIDITY BENEFIT DISCUSSION PAGES | 8/27/2008 | Replacement with attachments added | 106, 402, 403, 602, 801/802 |
| DX-1444 | FRB018-00552299 | FRB018-00552311 | EMAIL FROM CHAIRMAN TO BRIAN MADIGAN ET AL, RE: RE DRAFT MEMO ON AIG | 9/15/2008 | Replacement with attachments added | 402, 403, 602, 801/802 |
| DX-1500 | | | BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM PRESS RELEASE, OCTOBER 8, 2008 | 10/8/2008 | Replacement due to image quality | No objection. |