IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
STARR INTERNATIONAL COMPANY,
INC., Individually and on Behalf of All     :
Others Similarly Situated,
                                            :
            Plaintiff,
                                            :
     v.
                                            :
UNITED STATES,                                    No. 11-00779C (TCW)
                                            :
            Defendant.
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**JOINT STATUS REPORT CONCERNING CLASS MEMBERSHIP**

Plaintiff Starr International Company, Inc., individually and on behalf of the Credit Agreement and Stock Split Classes, and Defendant the United States respectfully submit the following joint status report, in response to the letter (the "Loutit Letter") sent to the Court on September 25, 2014 by counsel for Judith Loutit as Co-Trustee (with Northern Trust Company) of the James R. Loutit Irrevocable Trust 1978 f/b/o Christopher Cameron Loutit (the "1978 Trust").

**Plaintiffs' Position**

Starr submits that it would be appropriate for the Court to accept all of the Loutit family, as well as all individuals and entities who evidenced a desire to be bound by the outcome of this litigation before commencement of trial at 9:30 a.m. on September 29, 2014, as members of the Class.

The Loutit family maintains AIG shares in a series of family trusts for which J.P. Morgan & Company was in 2008 the discretionary co-trustee. Loutit Letter at 1. J.P. Morgan submitted an Electronic Enrollment Form in September 2013, prior to the initial deadline of September 16, 2013, on behalf of three Loutit entities: James R. Loutit 2008 GRAT, Douglas McLeod Loutit

1

Revocable Living Trust, and Douglas Loutit Trust. *See* November 15, 2013 Declaration Concerning Class Membership Exhibit I Part 1 at 2895, 2897 [ECF No. 313-2]; Exhibit I Part 2 at 986 [ECF No. 313-3]. In September 2014, other members of the Loutit family learned that no enrollment form had been submitted on their behalf. Those family members then submitted Paper Enrollment Forms to Rust Consulting, which were received and/or processed after preparation of the September 4, 2014 Declaration submitted to the Court in the Parties' September 8, 2014 Joint Status Report. [ECF No. 313-6]. The Loutit entities/family members who submitted Enrollment Forms in September 2014 are: Judith Loutit, James R. Loutit, James F.R. Loutit, Douglas McLeod Loutit, and the James R. Loutit Irrevocable Trust – 1978 FBO Christopher Cameron Loutit (by The Northern Trust Company as Co-Trustee).[1]

There are 9 individuals and entities, in addition to the Loutit family member/entities identified above, who have also expressed a desire to join one or both of the Classes in this action. A list of all such individuals and entities is attached as Exhibit A.[2] For the reasons set forth by Starr in the September 8, 2014 Joint Status Report, the inclusion of these supplemental class members is proper, as it will not prejudice the current Class Members or Defendant. *See* Joint Status Report at 6-7 [ECF No. 298]. If the Court accepts the Enrollment Forms from these supplemental class members, all Class Members and the Government will be in the same position as if each supplemental class member had submitted an Enrollment Form on or before September 16, 2013. Each supplemental Class Member will be bound to the same extent as every other Class Member.

---

[1] It appears certain members of the Loutit family, in an abundance of caution, submitted duplicate Enrollment Forms.
[2] One individual submitted an enrollment form but did not indicate to which Class or Classes he belongs. That Class member is identified separately in Exhibit B.

**Defendant's Position**

Without waiving our objections to class certification as set forth in our February 1, 2013 opposition to Starr's motion for class certification, without waiving any future objections to whether these newly raised individuals actually meet the class requirements, and without waiving any and all defenses to shareholder standing and claims asserted in this case by the classes, the United States does not object to Starr's request that the additional class members identified above be permitted to opt in as class members.

Respectfully submitted,

October 2, 2014

BOIES, SCHILLER & FLEXNER LLP


/s/ David Boies
David Boies
Attorney of Record
333 Main Street
Armonk, NY 10504
Tel. (914) 749-8200
Fax (914) 749-8300
Email: dboies@bsfllp.com

Robert J. Dwyer
Alanna C. Rutherford
Julia C. Hamilton
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
John L. Gardiner
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
*Attorneys for Plaintiff Starr International Co., Inc. and the Plaintiff Classes*

JOYCE R. BRANDA
Deputy Assistant Attorney General

/s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Director

/s/ Brian A. Mizoguchi
BRIAN A. MIZOGUCHI
KENNETH M. DINTZER
Assistant Director
Commercial Litigation Branch
Civil Division
P.O. Box 480
Washington, D.C. 20044
Tel.: (202) 305-3319
Fax: (202) 514-7969
Email:brian.mizoguchi@usdoj.gov
*Attorneys for Defendant*

# EXHIBIT A

| Claimant ID # | Name 1 | Name2 | Credit Agreement Class | Stock Split Class |
|---|---|---|:---:|:---:|
| 5070828 | ANNA D MOORE | | X | X |
| 5070824 | BRIAN F YORK | | X | X |
| 5070826 | DOUGLAS M LOUTIT | | X | |
| 5070817 | DOUGLAS MCLEOD LOUTIT | | X | |
| 5070822 | EST OF PETER T C BRAMHALL | | X | |
| 5070816 | FBO CHRISTOPHER CAMERON LOUTIT | JAMES R LOUTIT IRR TR 1978 | X | |
| 5070825 | FBO CHRISTOPHER CAMERON LOUTIT | THE JAMES R LOUTIT IRR TR 1978 | X | |
| 1187 | FIRST NEW YORK SECURITIES LLC | | | X |
| 1186 | FIRST NEW YORK SECURITIES LLC | | X | X |
| 5070827 | JAMES F R LOUTIT | | X | X |
| 5070819 | JAMES R LOUTIT | | X | X |
| 5070820 | JUDITH F LOUTIT | | X | X |
| 5070823 | MACEACHERN FAM TR | | X | X |
| 5070821 | PAMELA H BLACK | | X | |
| 5070818 | RICHARD FABBRO | | X | X |

Total number of records:   15                                      Totals:        14          9

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# EXHIBIT B

| Claimant ID # | Name1 | Name2 |
|---|---|---|
| 5070814 | MICHAEL PERRON | |

Total: 1

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.