# In the United States Court of Federal Claims

No. 11-779C

(Filed: October 3, 2014)

```
*************************************
                                    *
STARR INTERNATIONAL COMPANY,        *
INC., on its behalf and on behalf of a class *
of others similarly situated,       *
                                    *
                    Plaintiff,      *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                    Defendant.      *
                                    *
*************************************
```

### ORDER REGARDING CERTIFICATION
### OF ADDITIONAL CLASS MEMBERS

Before the Court is plaintiff Starr International Company, Inc.'s ("Starr's") request to certify additional class members who wish to opt into (1) the Credit Agreement Class and (2) the Stock Split Class ("Classes") despite submitting enrollment forms past the Court's September 16, 2013 deadline. See Joint Status Report dated Oct. 2, 2014, Dkt. No. 322 ("Joint Status Report"). It is well within the discretion of the trial court to permit late enrollment in a class action. See Zients v. LaMorte, 459 F.2d 628, 629-31 (2d Cir. 1972).

On October 2, 2014, in a joint status report filed with the Court, counsel for Starr requested the Court to allow "all of the Loutit family, as well as all individuals and entities who evidenced a desire to be bound by the outcome of this litigation before commencement of trial at 9:30 a.m. on September 29, 2014, as members of the Class[es]." Joint Status Report, Ex. A-B. The Loutit family maintains AIG shares in a series of family trusts. Joint Status Report at 1. Three Loutit entities: James R. Loutit 2008 GRAT, Douglas McLeod Loutit Revocable Living Trust, and Douglas Loutit Trust are currently class members. Id. at 1-2. In September 2014, other members of the Loutit family learned that no enrollment form was submitted on their behalf and subsequently

filed enrollment forms to Starr's class administrator, Rust Consulting, which were received or processed after preparation of the September 4, 2014 Declaration submitted to the Court.  Id. at 2.  Nine other individuals and entities, in addition to the Loutit family members and entities also expressed a desire to join the class action before commencement of trial.  See id.

Counsel for the Government indicated that it did not oppose Starr's certification of additional class members so long as its objections, as set forth in its February 1, 2013 opposition to Starr's motion for class certification, any future objections to whether the newly raised entities and individuals actually meet the requirements of the Classes, and any and all defenses to shareholder standing and claims asserted in this case by the Classes, were not waived.  See Joint Status Report at 3.  Without further objection from the Government and for good cause shown, the Court GRANTS certification of the additional class members identified above.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge