# In the United States Court of Federal Claims

No. 11-779C

(Filed: October 3, 2014)

```
*************************************
                                    *
STARR INTERNATIONAL COMPANY,        *
INC., on its behalf and on behalf of a class *
of others similarly situated,       *
                                    *
            Plaintiff,              *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
                                    *
*************************************
```

## ORDER

     Today, on October 3, 2014, the Court received a letter from the law firm of Sullivan & Cromwell LLP expressing concern that their attorneys would be asked about attorney-client privileged communications at trial. Dkt. No. 323. Three members of the firm, H. Rodgin Cohen, Michael M. Wiseman, and Robert W. Reeder III are prospective non-party witnesses to this case. The firm requested this Court to allow their attorneys to be heard on privilege matters when these witnesses testify.

     As discussed with counsel for the parties on October 3, 2014, the parties did not oppose the law firm's request. Therefore, the Court GRANTS the request of Sullivan & Cromwell. Attorneys from the firm will be permitted to be in the courtroom to be heard on matters of privilege if and when such issues arise.

     IT IS SO ORDERED.

                                                                 s/ Thomas C. Wheeler
                                                                 THOMAS C. WHEELER
                                                                 Judge