**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
STARR INTERNATIONAL COMPANY,
INC., Individually and on Behalf of the       :
Classes,
                                              :
              Plaintiff,
                                              :
        v.
                                              :
   UNITED STATES,                                       No. 11-00779C (TCW)
                                              :

       Defendant.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
```

## JOINT STATUS REPORT

To reduce the necessity of calling certain witnesses at trial, the parties have agreed to add additional joint exhibits that they seek to have the court admit at trial. These exhibits will be marked as JX 352 – JX 378.

To avoid calling a records custodian of Goldman Sachs, the parties have agreed that, with the Court's permission, the following exhibits will be added to the joint exhibit list:

| New Ex. # | Current Ex. # | Bates | Document Description | Date |
|---|---|---|---|---|
| JX-352 | PTX-19 | GS-STARR-00019437 to GS-STARR-00019508 | Goldman Sachs Slides: Strategy Review: Presentation to the Board of Directors of The Goldman Sachs Group, Inc. (June 2008) | 2008.06.00 |
| JX-353 | PTX-48 | GS-Starr-000000329 | Email (9/14/2008)<br>From: Chris Cole<br>To: Andy Chisholm, Andrea Vittorelli, Rich Friedman, cc: Jon Winkelreid, Gary Cohn, Douglas Feagin, Haitao Zhai<br>re: We need to have team ready to… | 2008.09.14 |
| JX-354 | PTX-51 | GS-Starr-000000297 to | Email (9/14/2008)<br>From: Douglas Feagin | 2008.09.14 |

| New Ex. # | Current Ex. # | Bates | Document Description | Date |
|---|---|---|---|---|
| | | GS-Starr-000000301 | To: Chris Cole, cc: Andy Chisholm re: FW: CIC | |
| JX-355 | PTX-110 | GS-STARR-00019520 | Email (9/17/2008 5:59 am) From: Chris Cole To: David Ryan re: Re: AIG | 2008.09.17 |
| JX-356 | PTX-117 | GS-STARR-00019611 to GS-STARR-00019612 | Email (9/17/2008 2:01 pm) From: Chris Cole To: David Zwiener re: Re: AIG | 2008.09.17 |
| JX-357 | PTX-172 | GS-STARR-00019803 to GS-STARR-00019805 | Email (9/20/2008 2:17 am) From: Andrea Vittorelli To: Chris Cole re: Fw: AIG call | 2008.09.20 |
| JX-358 | PTX-193 | GS-Starr-00019428 to GS-Starr-00019429 | Minutes of a Special Meeting of the Board of Directors of the Goldman Sachs Group, Inc. (September 21, 2008) | 2008.09.21 |
| JX-359 | PTX-2022 | n/a | The Goldman Sachs Group Annual Report Form 10-K for 2008 | 2009.01.27 |
| JX-360 | DX-284 | GS-Starr-000000092 to GS-Starr-000000093 | EMAIL FROM CHRIS COLE TO RICH FRIEDMAN ET AL RE: GETTING A LITTLE CRAZY | 2008.09.13 |
| JX-361 | DX-320 | GS-Starr-000000121 to GS-Starr-000000123 | EMAIL FROM CHRIS COLE TO RICH FRIEDMAN AND LIST, RE: NEW TWIST NOT GOOD, STATING THAT PAUL WILL KEEP HIM UPDATED AND THAT HE IS THEIR FRIEND | 2008.09.14 |
| JX-362 | DX-321 | GS-Starr-000000287 to GS-Starr-000000288 | EMAIL FROM ANDY CHISHOLM TO RICH FRIEDMAN BCC RICH FRIEDMAN RE: WHERE: ARE: YOU, STATING THEY ARE: FREED UP TO CHAT | 2008.09.14 |
| JX-363 | DX-641 | GS-STARR-00020235 to GS-STARR-00020252 | DOCUMENT FORWARD PURCHASE AGREEMENT | 2008.11.01 |
| JX-364 | DX-642 | GS-STARR-00020253 to GS-STARR- | DOCUMENT TERMINATION AGREEMENT, DRAFT | 2008.11.01 |

| New Ex. # | Current Ex. # | Bates | Document Description | Date |
|---|---|---|---|---|
| | | 00020260 | | |
| JX-365 | DX-670 | GS-Starr-00020123 to GS-Starr-00020128 | EMAIL AND ATTACHMENT FROM PAUL WHYNOTT TO HARVEY SCHWARTZ ET AL RE: PROPOSAL (GS) ATTACHMENTS ATT22561764.GIF, CPTERMSHEET.DOC, GOLDMAN SACHS.PDF | 2008.11.08 |

Additionally, to avoid calling any of the witnesses from Wachtell, Lipton, Rosen & Katz LLP listed on Plaintiffs' Corrected Witness List [D.E. 268], the parties have agreed, with the Court's permission, to add the following exhibits to the joint exhibit list:

| New Ex. # | Current Ex. # | Bates | Document Description | Date |
|---|---|---|---|---|
| JX-366 | PTX-78 | TRE00000001 to TRE00000005 | Email (9/16/2008 11:29 am)<br>From: Christine McLaughlin<br>To: Philip Mindlin, Lawrence Makow<br>re: FW: Term Sheet<br>Attaching 2008_09_16 Term Sheet.DOC (1:07 pm draft) | 2008.09.16 |
| JX-367 | PTX-88 | TRE00000025 | Email (9/16/2008)<br>From: Richard Kim<br>To: Steven Rosenblum, Lawrence Makow, Stephanie Seligman<br>re: RE: 2008_09_16 Term Sheet | 2008.09.16 |
| JX-368 | PTX-90 | TRE00000099 | Email (9/16/2008 5:13 pm)<br>From: Steven Rosenblum<br>To: Richard Kim, Edward Herlihy, Lawrence Makow, Stephanie Seligman, Philip Mindlin, Eric Rosof<br>re: RE: AIG Regulatory Aspects | 2008.09.16 |
| JX-369 | PTX-95 | TRE00000112 | Email (9/16/2008 8:49 pm)<br>From: Richard Kim<br>To: Lawrence Makow<br>re: No Subject-14978.EML | 2008.09.16 |
| JX-370 | PTX-101 | TRE00000157 to TRE00000158 | Email (9/16/2008 10:46 pm)<br>From: David Neill<br>To: Nelson Fitts<br>re: Re: | 2008.09.16 |

| New Ex. # | Current Ex. # | Bates | Document Description | Date |
|---|---|---|---|---|
| JX-371 | PTX-120 | TREAS00218491 to TREAS00218494 | Email (9/17/2008)<br>From: Stephen Albrecht<br>To: Jim Wilkinson, Jeremiah Norton, Dan Jester, Steven Shafran, Laurie Schaffer, John Knepper, Peter Bieger, Richard Kim, Lawrence Makow, cc: Robert Hoyt<br>re: AIG Equity Call | 2008.09.17 |
| JX-372 | PTX-134 | TREAS00256609 to TREAS00256621 | Email (9/18/2008 1:14 am)<br>From: Stephen Albrecht<br>To: Laurie Schaffer, John Knepper, Peter Bieger<br>re: FW: Draft Preferred Stock Attaching Draft Certificate of Designations of Series A Participating Preferred Stock | 2008.09.18 |
| JX-373 | PTX-135 | TRE00000259 | Email (9/18/2008 1:33 am)<br>From: Philip Mindlin<br>To: Lawrence Makow, Richard Kim, Steven Rosenblum, Eric Rosof, Stephanie Seligman, Jodi Schwartz, cc: Edward Herlihy<br>re: AIG update | 2008.09.18 |
| JX-374 | PTX-153 | TREAS00256476 | Email (9/19/2008)<br>From: S. Seligman<br>To: Stephen Albrecht<br>re: FW: Draft of Preferred Shares | 2008.09.19 |
| JX-375 | PTX-162 | TREAS00121972 to TREAS00121975 | Email (9/19/2008)<br>From: Stephen Albrecht<br>To: Jeremiah Norton<br>re: RE: Equity alternatives | 2008.09.19 |
| JX-376 | PTX-167 | TREAS00256314 to TREAS00256320 | Email (9/19/2008)<br>From: Mark Veblen<br>To: Jeremiah Norton, Stephen Albrecht, Thomas Baxter, Marshall Huebner, cc: Lawrence Makow, S. Seligman, Richard Kim, Edward Herlihy, P. Mindlin<br>re: RE: Equity structure<br>And Attached AIG Equity Investment Options - Option B - dated September 19, 2008 - clean & redline | 2008.09.19 |
| JX-377 | PTX-187 | FRBNY- | Email (9/21/2008 2:14 pm) | 2008.09.21 |

| New Ex. # | Current Ex. # | Bates | Document Description | Date |
|---|---|---|---|---|
|  |  | STARR(CFC)-0258327 to FRBNY-STARR(CFC)-0258352, FRBNY-STARR(CFC)-0258596 to FRBNY-STARR(CFC)-0258607, FRBNY-STARR(CFC)-0259244 to FRBNY-STARR(CFC)-0259262 | From: Richard Kim<br>To: Thomas Baxter<br>re: Morgan Stanley Executed Applications<br>Attaching Application to FRBOG by Morgan Stanley to become a Bank Holding Company, Conversion Application, and Notification to FRBOG by Morgan Stanley to retain Morgan Stanley Trust |  |
| JX-378 | PTX-2719 | TRE00000028 to TRE00000039 | Email (9/16/2008)<br>From: Jeremiah Norton<br>To: Edward Herlihy, Lawrence Makow<br>re: Fw: Revised AIG Term Sheet Attaching Draft Term Sheet | 2008.09.16 |

Should the Court agree to these changes, the parties request that these new joint exhibits be admitted into evidence along with the other exhibits listed on the parties' joint exhibit list admitted on September 29, 2014. *See* Trial Tr. (Sept. 29, 2014) at 78:1-16.

Dated: October 6, 2014

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

/s/ David Boies                                                         JOYCE R. BRANDA
David Boies                                                              Acting Assistant Attorney General
Attorney of Record
333 Main Street                                                        /s/Robert E. Kirschman, Jr.
Armonk, NY 10504                                                 ROBERT E. KIRSCHMAN, JR.

5

Tel. (914) 749-8200  
Fax (914) 749-8300  
Email: dboies@bsfllp.com  

Robert J. Dwyer  
Alanna C. Rutherford  
Julia C. Hamilton  
575 Lexington Avenue  
New York, NY 10022  
Telephone: (212) 446-2300  

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  
John L. Gardiner  
Four Times Square  
New York, NY 10036  
Telephone: (212) 735-3000  
Attorneys for Plaintiff Starr International Co., Inc. and the Plaintiff Classes  

Director  

*/s/* Brian A. Mizoguchi  
BRIAN A. MIZOGUCHI  
Assistant Director  
Commercial Litigation Branch  
Civil Division  
P.O. Box 480  
Washington, D.C. 20044  
Tel.: (202) 305-3319  
Fax: (202) 514-7969  
Email:brian.mizoguchi@usdoj.gov  
Attorneys for Defendant