# HOGUET NEWMAN REGAL & KENNEY, LLP

10 East 40th Street  
New York, New York 10016

Tel 212.689.8808  
Fax 212.689.5101  
www.hnrklaw.com

LHoguet@hnrklaw.com

September 25, 2014

**FILED**  
OCT - 6 2014  
U.S. COURT OF FEDERAL CLAIMS

*By leave of the Judge*

<u>VIA E-MAIL & U.S. MAIL</u>

Hon. Thomas C. Wheeler  
United States Court of Claims  
717 Madison Place  
NW, Washington, DC 20439

Re: **<u>Starr International Co., Inc. v. United States</u>**  
    Case No. 11-779C

Dear Judge Wheeler:

  We write as attorneys for Judith Loutit as Co-Trustee (with Northern Trust Company) of the James R. Loutit Irrevocable Trust 1978 f/b/o Christopher Cameron Loutit (the "1978 Trust"). We are today sending to the Claims Administration, a Class Action Enrollment Form and Declaration on behalf of the 1978 Trust, which held 19,000 AIG shares throughout the period September 16-22, 2008.

  We are writing this letter to explain the late filing of this Form and respectfully to request that late filing be permitted to include the 1978 Trust as a class member in the above-entitled action.

  In 2008 JP Morgan & Company was the discretionary co-trustee of the 1978 Trust with Judith Loutit, who is the mother of the beneficiary. Subsequently, Northern Trust was appointed as successor to JP Morgan as discretionary co-trustee. Apparently when notices inviting AIG shareholders to opt in to the class in this action, JP Morgan received them. We do not know if the notices also went to Northern Trust. Class counsel advised us yesterday that JP Morgan filed timely opt-in forms for three Louit family trusts (two trusts for the benefit of Douglas M. Loutit and the 2008 James R. Loutit GRAT). However, for reasons we cannot determine, it appears that no form was filed on behalf of the 1978 Trust, or if such a form was filed, it has been lost or is not recognized in the Claims Administrator's system. The family co-trustee, Judith Loutit, was unaware of this problem until yesterday and the 1978 Trust's beneficiary, Christopher



Loutit, was similarly unaware of it. Having discovered the error, we have all mobilized promptly to make this filing.

Respectfully, we are not able to determine how it came about that the 1978 Trust was left out of the Class Action Enrollment Form process, but on behalf of the co-trustee and her son, the trust beneficiary, we request that the 1978 Trust be recognized as an opt-in class member. If the Court on the Claims Administration require any additional information or filings, we would be happy to comply. Please copy me and my associate Damian Cavaleri on any correspondence. We thank the Court for this consideration.

Other Loutit family members, including James F.R. Loutit, are in similar positions and have recently filed their Class Action Enrollment Forms.

Respectfully,

Laura B. Hoguet

Cc: Matthew Schutzer, Esq.
    Rust Consulting, Inc.
    Christopher Perry, Northern Trust Company
    Christoper Loutit
    Judith Loutit

To:    **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

__X__   Filed by my leave, **OR**,

### *PURSUANT TO THE ACCOMPANYING ORDER:*
*(Note – This is a separately written order)*

_____   Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

_____   Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

_____   Returned to party for correction of defect(s).

_____   Returned to party.

*Thomas C. Wheeler*
Signature

10-6-14
Date