**Federal Rule of Evidence 502(d) Agreement Regarding Privilege**

Whereas, the United States and the Federal Reserve Bank of New York ("FRBNY") have each asserted the attorney-client privilege over certain documents and portions of documents in connection with the litigation captioned *Starr International Company, Inc. v. United States*, No. 11-779C (the "Action"), currently pending before the Honorable Thomas C. Wheeler of the U.S. Court of Federal Claims (the "Court");

Whereas, the Court has issued Discovery Order No. 6, dated November 6, 2013, which holds that the United States has waived attorney-client privilege and deliberative process privilege as to certain delineated categories of communications, and ordered that the United States and FRBNY produce certain documents;

Whereas the Court has approved, on December 6, 2013, a stipulation by the United States, FRBNY, and Starr International Company, Inc. ("Starr") entitled "Federal Rule of Evidence 502(d) Agreement Regarding Privilege" regarding the production of documents in accordance with Discovery Order No. 6 (the "Prior Rule 502(d) Agreement");

Whereas the Court has approved, on September 15, 2014, a joint pretrial proposal filed by the United States and Starr on September 8, 2014, stipulating that no testimony or exhibits discussed during trial would be deemed to cause any waiver of privilege with respect to matters that concern the subjects discussed or produced following Discovery Order No. 6 in reliance upon the Prior Rule 502(d) Agreement (the "Pretrial Conference Agreement");

Whereas the Court has stated, on October 9, 2014, that it views the scope of waiver now at issue in the Action as broader than the scope of Discovery Order No. 6, and ordered that the United States and FRBNY search for and produce certain additional documents;

Whereas the United States and FRBNY respectfully object and preserve all rights with respect to the Court's October 9, 2014 determination but whereas the United States, FRBNY, and Starr (together "the Parties") seek to avoid disputes over the status of these documents in connection with their production or use at trial;

Therefore, the Parties agree that any further documents protected by the attorney-client privilege that the United States or FRBNY produce pursuant to the Court's October 9, 2014 determination will be subject to the terms of the Prior Rule 502(d) Agreement and the Pretrial Conference Agreement, and shall be protected against a determination of waiver to the fullest extent permitted by Federal Rule of Evidence 502(d).

Dated October 15, 2014

*/s/ Dana Rutherford*
BOIES, SCHILLER & FLEXNER LLP
David Boies
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Fax: (914) 749-8300
Email: dboies@bsfllp.com

Robert J. Dwyer
Alanna C. Rutherford
575 Lexington Ave
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
rdwyer@bsfllp.com
arutherford@bsfllp.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Gregory S. Bailey
R. Ryan Stoll
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0780

*Attorneys for Plaintiff Starr International Company, Inc.*

JOYCE R. BRANDA
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

_____
BRIAN A. MIZOGUCHI
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-3319

*Attorneys for Defendant United States of America*


_____
DEBEVOISE & PLIMPTON LLP
John Kiernan
Nick Tompkins
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
jskiernan@debevoise.com
ntompkin@debevoise.com

*Attorneys for the New York Federal Reserve Bank*


**SO ORDERED.**


Date: _____        _____
                                     Hon. Thomas C. Wheeler
                                     United States Court of Federal Claims